**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**CASE NO.:  9:17-CV-81330**

**PATSY HARNISH AND**
**JOHN HARNISH,**

                **Plaintiff,**

**-vs-**

**OCWEN LOAN SERVICING, LLC,**

                **Defendant.**

_____/

## VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

**COMES NOW,** the Plaintiff, **PATSY HARNISH** and **JOHN HARNISH** ("Plaintiffs" or "Harnishs"), by and through undersigned counsel, and brings this action against the Defendant, **OCWEN LOAN SERVICING, LLC.,** ("Defendant" or "OCWEN"), and as grounds thereof would allege as follows:

## INTRODUCTION

1.     This is an action brought by a consumer for Defendant's violation of the Real Estate Settlement Procedures Act, 12 U.S.C. §§ 2601, *et seq.* ("RESPA"), and its implementing regulation and a violation of sections of Florida Consumer Collections Practices Act, ("FCCPA"), Florida Statute §559.72 and §559.77.

2.     The Consumer Financial Protection Bureau ("CFPB") is the primary regulatory agency authorized by Congress to supervise and enforce compliance of RESPA. The CFPB periodically issues and amends mortgage servicing rules under Regulation X, 12 C.F.R. § 1024, and § 1026, RESPA's implementing regulation.

3.      Specifically, Plaintiffs seek the remedies provided in RESPA for Defendant's failure to comply with Section 2605(k) of RESPA, and Section 1024.41 of Regulation X.

4.      Plaintiffs seek both legal and equitable relief arising out of residential mortgage financing and subsequent mortgage foreclosure action as involving Plaintiffs' residential property located in Mounds, Oklahoma (the "Property") with regard to the Dodd-Frank Wall Street and Consumer Protection Act of 2011, the Truth in Lending Act 15 U.S.C. §§1601, *et. seq.,* the Real Estate Settlement Procedures Act ("RESPA"), 12. U.S.C. §§ 2602, *et. seq.*

## JURISDICTION AND VENUE

5.      Jurisdiction is proper in Palm Beach County because the matter arises under F.S.A. Chapter 34.01(c) and the amount in controversy is more than $10,000.00 exclusive of interest, costs and attorney's fees.

6.      Venue is proper because this is the County where the RESPA violation occurred.

7.      The Defendant's main office is based in West Palm Beach, Florida.

## PARTIES

8.      At all material times, Defendant, was and is a company which regularly engages in the business of servicing mortgages in Palm Beach County, Florida and has done substantial business in Florida.

9.      At all times material hereto Defendant, was and is a loan servicer as the term is defined in 12 U.S.C. § 2605(i)(2) and 12 C.F.R. § 1024.2(b), that services the loan obligation which is secured by a mortgage on Plaintiffs' property.

## BACKGROUND OF THE LOAN TRANSACTION AND RESPA VIOLATION

10.     The Plaintiffs took out a home loan on May 24, 2004 to finance the purchase of their primary residential property located at 19510 Carriage Court, Mounds, OK 74047 ("property").

11.     As part of the acquisition of the property, on May 24, 2004, Plaintiffs obtained a loan from the original lender, GreenPoint Mortgage Funding, Inc., with an original principal balance of $703,000.00 ("Loan").

12.     The Loan is a federally related mortgage loan as defined by 12 C.F.R. §1024.2(b).

13.     On or around December 16, 2015, Bank of New York Mellon Trust Company, N.A. ("BNYM") filed a foreclosure suit (Tulsa county case number: CJ-2015-4621) against the Harnishs regarding the property.  Ocwen was the servicer for BNYM on this loan and prosecuted the foreclosure on behalf of BNYM.

14.     On February 16, 2016, the borrowers submitted a complete application for the Home Affordable Foreclosure Alternative (HAFA) Deed-in-Lieu ("DIL") program through their attorneys Home Defense Law Group, ("HDLG").

15.     Under the HAFA program, the borrowers would be eligible for up to $10,000.00 in relocation help.

16.     The HAFA requirements were as follows:

- There is a documented hardship

- The borrower has not purchased a new house within the last 12 months

- The first mortgage is less than $729,750.00

- The mortgage was obtained on or before  January 1, 2009

- The borrower must not have been convicted within the last 10 years of felony larceny, theft, fraud, forgery, money laundering, or tax evasion in connection with a mortgage or real estate transaction

- The mortgage is owned or guaranteed by Fannie Mae and Freddie Mac

17.     The Plaintiffs documented their hardship in the DIL application.

18.     The Plaintiffs purchased the home in 2004, which is not within the last 12 months.

19.     The first mortgage $703,000 which is less than $729,750.00.

20.     The mortgage was obtained on May 4, 2004, which is before January 1, 2009.

21.     The Plaintiffs were not convicted within the last 10 years of felony larceny, theft, fraud, forgery, money laundering, or tax evasion in connection with a mortgage or real estate transaction.

22.     The mortgage was guaranteed by Fannie Mae and Freddie Mac.

23.     Pursuant to C.F.R. § 1024.41 (b)(i)(B) Servicer must notify the borrower in writing within 5 days (excluding legal public holidays, Saturdays, and Sundays) after receiving the loss mitigation application that the servicer acknowledges receipt of the loss mitigation application and that the servicer has determined that the loss mitigation application is either complete or incomplete.

24.      On February 24, 2016, 6 days after receipt of the DIL application, Ocwen sent the borrowers a letters acknowledging receipt of the Loss Mitigation Acceptance Form and notifying the borrowers that no further information or documents are required. The letter continued on to state that the "final approval will be conditioned upon receipt of the following from the necessary third parties:

- An independent valuation of the property that verifies that the purchase price is greater than or equal to the fair market value of the property.

- Verification that closing costs associated with tractions are reasonable and customary.
- If applicable, approval from the investor or mortgage insurer of your loan to proceed with the transaction."

See a copy of the letter attached hereto as Exhibit "A".

25.     The letter did not state that any title issues would be a condition of approval for the DIL.

26.     On March 7, 2016, 14 days after receipt of the DIL application, Ocwen sent a letter confirming receipt of the Deed-in-Lieu Application. The letter has a bolded sentence that reads, "**No further action is required of you[r]until we complete the review and respond accordingly. If anything further is required, we will contact you.**" See a copy of the letter attached hereto as Exhibit "B".

27.     There was a second letter also dated March 7, 2016, 14 days after receipt of the DIL application, in which Ocwen requested additional documentation from the borrowers, specifically, the "latest copy of a utility bill with mailing address and service address or bank statement/paystub/credit card statement/award letter/benefits letter to prove that the property is owner occupied. Kindly provide a copy of W-9 Form with SS# and mailing address of the last 60 days." Shortly thereafter, the requested documents were forwarded to Ocwen's attention. See a copy of the letter attached hereto as Exhibit "C".

28.     On March 16, 2016, 21 days after the DIL submission, Ocwen agent Aabid ID #108306 called HDLG to advise that Ocwen received the W-9 but not the utility bill as requested.  It was explained to Ocwen's agent that it was impossible as the W-9 and the utility bill was scanned as one single PDF and sent to Ocwen as a single document.

29.     The agent continued on and requested verbally a letter of explanation regarding the reason for a different mailing address. He also added that as long as the title is cleared and the attorney conducts a deep title search then the closing will go forward.  If the client is

approved by HAFA, they will be eligible for up to $10,000.00 in relocation assistance.  If it is an in-house deed-in lieu then they will be eligible for up to $3,000.00 in relocation assistance.  Later that day, the letter of explanation regarding the mailing address and the property address was sent to Ocwen.

30.     On April 1, 2016, 33 days after the DIL submission, HDLG called Ocwen to determine the status of the DIL. Sunil, Agent ID 105757 for Ocwen, concluded that they were waiting for the documents that were submitted to be validated. HDLG reminded Ocwen that the original package was submitted on February 16, 2016 and the final requested documents were sent on March 16, 2016.

31.     On April 22, 2016, 48 days after the DIL submission, HDLG called Ocwen and spoke to Prerna ID #103505. The agent advised that there is still confusion regarding the property and mailing address.  Later that day, a letter of explanation was resent to Ocwen.

32.     On May 5, 2016, 57 days after the DIL submission, HDLG once again called Ocwen and spoke to Kishore Panwar Agent ID #103488 to follow up on the DIL application. The agent stated he would follow up with underwriting to review the account so it can be approved and move on to the next step. He requested that HDLG call back in two weeks.

33.     On May 23, 2016, 69 days after the DIL submission, HDLG spoke to Panwar and found out that the HAFA DIL was denied but the Harnishs were still under review for an in house DIL. He suggested that HDLG call back in a few weeks to find out what underwriting decided.

34.     On June 13, 2016, 83 days after the DIL submission, HDLG called Panwar to follow up on status of the DIL. Left a message requesting a call back.

35.     On June 16, 2016, 86 days after the DIL submission, Panwar called HDLG and was unable to reach someone during that time. HDLG called later that same day and could not reach Panwar once again.

36.     On June 22, 2016, 90 days after the DIL submission, HDLG called Panwar to follow up on status of the DIL. Left a message requesting a call back.

37.     On June 26, 2016, 93 days after the DIL submission, HDLG called Panwar to follow up on status of the DIL. Left a message requesting a call back.

38.     Pursuant to 12 C.F.R. § 1024.41 (c)(1)(ii) the servicer must provide to the borrower within 30 days of receiving the complete loss mitigation application a determination of which loss mitigation options, if any, it will offer to the borrower on behalf of the owner or assignee of the mortgage.

39.     It took 126 calendar days and 96 days excluding weekends and holidays for Ocwen to deny the DIL application but gave the no specific reasons as to why the DIL was denied, which is in violation of 12 C.F.R. § 1024.41(d).  The letter stated the following:

> We carefully reviewed your file, and assessed your eligibility for a Deed-in-lieu of Foreclosure (DIL) option.
>
> Conclusions based on our analysis:
> There is an issue with your mortgage title that prevents acceptance into this program[.] The results require that we cancel your DIL application. We encourage you to make an appointment with your Relationship Manager, Kishore Dilip Panwar to discuss options.
>
> See a copy of the letter attached hereto as Exhibit "D".

40.     Ocwen did not ask the Harnishs about the title issues nor did it give the Harnishs an opportunity to correct the title issues.

41.     On August 11, 2016, HDLG spoke with Panwar.  Panwar verbally advised that in May of 2016, the title came back with liens and that the file was closed in June.  He went over

the two liens that came up on the title search. The first was Notice of Pending Action on December 16, 2015 case number CJ-2015-04621. The second lien was a junior mortgage for $100,000.00.

42.     The first lien was the foreclosure action that was still pending, where Ocwen was the servicer. The second lien was a lien was paid off prior to the foreclosure action. The release of lien was not recorded with the county.

43.     On August 18, 2016, 7 days after finding out about the lien, the release of mortgage for the second lien was recorded under DOC#2017053697.

44.     Ocwen did not identify any other mortgage title issues either verbally or in writing.

45.     On August 31, 2016, the release of the mortgage lien was faxed to Ocwen. See a copy of the fax coversheet and the release attached hereto as Exhibit "E".

46.     On September 6, 2016, 6 days after the release was faxed over, HDLG called Panwar requesting a call back and confirmation of receipt of the release of mortgage.

47.     On September 16, 2016, 16 days after the release was faxed over, HDLG once again called Panwar requesting a call back and confirmation of receipt of the release of mortgage.

48.     On September 20, 2016, 20 days after the release was faxed over, HDLG sent the release of lien to Shairpo & Cejda, ("S&C"), counsel for BNYM in the foreclosure matter, because they were not getting a response from Ocwen. The law firm notified HDLG that underwriting was requesting that a whole new DIL package be submitted.

49.     On October 7, 2016, a second complete DIL application package was emailed to S&C in the foreclosure and faxed directly to Ocwen. See copy of the fax coversheet attached hereto as Exhibit "F".

50.     On October 31, 2016, 15 days after the second DIL submission, HDLG followed up with Ocwen to find out the status of the DIL application, a message was left for a return call back.

51.     Once again, Ocwen did not acknowledge receipt of the package in writing within 5 days pursuant to 12 C.F.R. § 1024.41 (b)(i)(B).

52.     On November 2, 2016, 17 days after the second DIL submission and still not having heard back from Ocwen, HDLG contacted S&C and at that time S&C stated that the RMA form was missing from the application.  The RMA was sent to S&C via email that same day.

53.     On November 21, 2016, 29 days after the second DIL submission, Ocwen requested a 4506-T form be submitted by the Harnishs. The 4506-T form was faxed to Ocwen on November 22, 2016. See a copy of the fax coversheet attached hereto as Exhibit "G".

54.     On November 22, 2016, 30 days after the second DIL submission, S&C notified HDLG via email that Ocwen was also requesting a letter of explanation for the $1,790.00 in income for Mrs. Harnish.

55.     On November 28, 2016, 6 days after receiving the Ocwen's request for the letter of explanation, HDLG sent the letter of explanation and the proof of funds by fax to Ocwen. See a copy of the fax coversheet attached hereto as Exhibit "H".

56.     On December 8, 2016, 41 days after the second DIL submission, HDLG received a letter from Ocwen requesting a Non-Borrower Authorization form from Mr. Harnish.

57.     On December 13, 2016, 3 business days after receiving the request for Non-Borrower Authorization, HDLG faxed the Non-Borrower Authorization form to Ocwen and emailed it to S&C. See a copy of the fax coversheet attached hereto as Exhibit "I".

58.     On January 4, 2017, 58 days after the second DIL submission, HDLG received notice that Ocwen was in receipt of a complete package and the file has been moved to underwriting.

59.     On January 10, 2017, 62 days after the second DIL submission Ocwen sent a letter denying the Harnishs for a loan modification, but conditionally approved for a Deed-in-Lieu of Foreclosure. Harnishs were instructed to call the relationship manager, Donavan S. Clarke to discuss the conditional approval.  A copy of the letter is attached hereto as Exhibit "J".

60.     Ocwen was on notice that the second loss mitigation package was for a DIL and it was processed as a loan modification instead of a DIL, which wasted another 95 calendar days of the Harnishs.

61.     On January 25, 2017, 15 days after the conditional approval, HDLG called Ocwen for an update on the status of the deed-in-lieu approval. A message was left requesting a return phone call.

62.     On or around February 1, 2017, 22 days after the conditional approval, Ocwen moved forward on behalf of BNYM with a Motion for Summary Judgment in the foreclosure in direct violation of §1024.41(g) as the application for the conditional DIL was still pending.  The foreclosure court entered a Final Judgment of Foreclosure.  A copy of the order of the summary judgment is attached hereto as Exhibit "K".

63. 12 C.F.R. §1024.41(g) states as follows:

    (g)    *Prohibition on foreclosure sale*. If a borrower submits a complete loss mitigation application after the servicer has made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process but more than 37 days before a foreclosure sale, **a servicer shall not move for foreclosure judgment or order of sale**, or conduct a foreclosure sale, unless:

        (1)    The servicer has sent the borrower a notice pursuant to paragraph (c)(1)(ii) of this section that the borrower is not eligible for any loss mitigation option and the appeal process in paragraph (h) of this section is not applicable, the borrower has not requested an appeal within the applicable time period for requesting an appeal or if the borrower's appeal has been denied;

        (2)    The borrower rejects all loss mitigation options offered by the servicer; or

        (3)    The borrower fails to perform under an agreement on a loss mitigation offer.

(Emphasis added)

64.    At this time, there was no final judgment on the foreclosure action, therefore no sale date had been set.

65.    On February 3, 2017, 24 days after the conditional approval, HDLG called Ocwen for an update on the status of the conditional approval for the DIL. A message was left requesting a return phone call.

66.    On February 7, 2017, 27 days after the conditional approval, HDLG spoke with Mr. Clarke, he indicated that another DIL application would need to be completed, this contrary to the January 10, 2017 conditional approval and in violation of §1024.41(c)(1)(i)and (ii).

67.    On March 2, 2017, the Court signed a Notice of Sheriff's Sale.  Neither BNYM nor Ocwen objected to the sale.  The sale was set for April 18, 2017.  See a copy of the Notice attached hereto as Exhibit "L".

68.    On March 7, 2017, the requested DIL application was faxed to Ocwen.  See a copy of the fax coversheet attached hereto as Exhibit "M".

69.    On March 14, 2017, HDLG called Ocwen to find out the status of the DIL application.  Victor, ID # 104410 from Ocwen stated that the denial letter was being processed

because the sale date was set for April 18, 2017 and there was not enough time to process the DIL application.  HDLG reminded Victor that the package was faxed to Ocwen on March 7, 2017, more than 37 days before the sale date. Further, he verbally stated that there was a lien on the property for $100,000.00, which was the other reason for the denial.

70.     On March 14, 2017, the recorded release of mortgage was faxed to Ocwen for the second time.  See a copy of the fax coversheet attached hereto as Exhibit "N".

71.     On March 15, 2017, Ocwen sent a denial of the DIL. The basis for the denial was that "there is a confirmed Foreclosure Sale date scheduled on your mortgage within 60 days." See copy of the letter attached hereto as Exhibit "O".

72.     On April 13, 2017, the Harnishs filed for Chapter 13 bankruptcy since Ocwen would not move to cancel sale, in direct violation of 12 C.F.R. §1024.41(g).

73.     Subsequently, the April 18, 2017 foreclosure sale was cancelled.

74.     On April 18, 2017, the third DIL application was submitted to Ocwen.

75.     On April 20, 2017, HDLG called Ocwen to confirm receipt of the DIL application. Rosahnd ID#105641, stated that Ocwen did not receive the application and requested it be faxed to a different number.  Later that same day the package was refaxed to the different number.

76.     April 24, 2017, Ocwen sent another conditional approval for DIL and no further action was required from the Harnishs.  See a copy of the letter attached hereto as Exhibit "P".

77.     On April 25, 2017, HDLG called Ocwen to determine the status of the file. Contrary to the letter dated April 24, 2017, Ocwen was requesting another letter of explanation as to the relationship between Patsy Harnish and John Harnish and another letter of authorization before it would assign a relationship manager to the file.

78. On April 25, 2017, the requested documents were sent to Ocwen.

79. Once again in violation of 12 C.F.R. § 1024.41(b)(2)(i)(B), Ocwen did not acknowledge receipt of the package in writing within 5 days.

80. May 8, 2017, HDLG stopped charging the Harnishs for the continuing representation.

81. On May 23, 2017, HDLG called Ocwen to speak with the assigned specialist, Lelani Rivera. Ms. Rivera stated that the lender conducted a title search and a junior lien is still outstanding. HDLG advised Ms. Rivera that the junior lien was released and recorded on August 8, 2016, and was previously sent to Ocwen. Ms. Rivera requested that the lien be emailed to her attention and that once she receives it, she will forward it to underwriting.

82. On May 30, 2017, Ms. Rivera called HDLG to notify the Harnishs that the release of lien submitted was not the only junior lien on the property. This was the first time Ocwen clarified what junior lien was still outstanding. The information was also relayed verbally and not in writing. The lien that was outstanding was DC # 2006011362.

83. The purported lien was cleared up in 2008, the lender for the junior lien did not record the satisfaction of mortgage. Mr. Harnish contacted the junior lien holder and had them file a release of mortgage. The entire process took approximately eight (8) days from the time he was notified of the specific outstanding lien to the time the satisfaction was recorded.

84. If Ocwen had timely notified the Harnishs in writing from the first application for a DIL in 2016, specifically what junior liens were outstanding, the Harnishs would have requested the lender to record the release of liens and gotten the satisfactions recorded in less than eight days.

85.    On June 13, 2017, HDLG forwarded the recorded release of mortgage. See a copy of the recorded release attached hereto as Exhibit "Q".

86.    On June 13, 2017, the recorded release of the mortgage was sent to Ocwen.

87.    On July 18, 2017, Ocwen sent the Harnishs the pre-approval for the DIL.  This is almost a year and a half after the first application for the DIL. See a copy of the pre-approval letter attached hereto as Exhibit "R".

88.    On September 16, 2017, 67 days excluding holidays and weekends after the recorded release of mortgage was sent over to Ocwen, the DIL was finalized.  See a copy of the DIL attached hereto as Exhibit "S".

89.    Through no fault of the Harnishs, it took 578 calendar days to complete the DIL from the date of the first complete DIL package submission.

90.    On October 31, 2017, BNYM filed a Dismissal without Prejudice. A copy of the dismissal is attached hereto as Exhibit "T".

91.    On October 31, 2017, the Court executed the Order vacating the judgment entered on February 22, 2017 and the note and mortgage reinstated. A copy of the Order is attached hereto as Exhibit "U".

92.    Because of the constant lack of communication and issues caused by Ocwen, the Harnishs were not able to obtain the HAFA DIL which offered up to $10,000 in relocation assistance, because the program ended on December 31, 2016. The Harnishs also had to incur attorney's fees in order to maintain representation when the DIL could have been completed much sooner.

### Count I: Violation of 12 U.S.C. §2605(k)

**Violation of the Real Estate Settlement Procedures Act ("RESPA"), 12. U.S.C. §§ 2605(k), *et. seq.* and Regulation X**

93.    Plaintiffs hereby incorporate by reference the allegations of paragraphs 1 through 85, inclusive, as if fully set forth herein.

94.    Section 6, Subsection (k) of RESPA states in relevant part:

> **(k) Servicer prohibitions**
> **(1) In general**
> A servicer of a federally related mortgage shall not—
> …
> **(E)** fail to comply with any other obligation found by the Bureau of Consumer Financial Protection, by regulation, to be appropriate to carry out the consumer protection purposes of this chapter.

12 U.S.C. § 2605(k)(emphasis added).

95.    Section 1024.41 (Loss Mitigation Procedures) of Regulation X was promulgated pursuant to Section 6 of RESPA and thus subject to RESPA's private right of action. *See 78 Fed. Reg. 10696,* 10714, FN. 64 (Feb. 14, 2013)("The [CFPB] notes that regulations established pursuant to section 6 of RESPA are subject to section 6(f) of RESPA, which provides borrowers a private right of action to enforce such regulations").

96.    The CFPB's authority to prescribe such regulations under Section 2605(k)(1)(E), is stated in Section 2617 of RESPA: "The [CFPB] is authorized to prescribe such rules and regulations, to make such interpretations, and to grant such reasonable exemptions for classes of transactions, as may be necessary to achieve the purposes of this chapter." 12 U.S.C. § 2617.

97.    Defendant is a servicer within the meaning of the RESPA as implemented by Regulation X.

98.    Pursuant to 12 C.F.R. § 1024.41(b)(2)(i)(B), Defendant was obligated notify the borrower in writing within 5 days (excluding legal public holidays, Saturdays, and Sundays) after receiving the loss mitigation application and that the servicer acknowledges receipt of the loss mitigation application and that the servicer has determined that the loss mitigation

application is either complete or incomplete. If loss mitigation application is incomplete, the notice shall state the additional documents and information the borrower must submit to make the loss mitigation application  complete and the applicable date pursuant to paragraph (b)(2)(ii) of this section.  The notice to the borrower shall include a statement that the borrower should consider contacting servicers of any other mortgage loans secured by the same property to discuss available loss mitigation options.

99.     Under the Official Interpretations of this section, CFPB states:

> LATER DISCOVERY OF ADDITIONAL INFORMATION REQUIRED TO EVALUATE APPLICATION
> Even in a servicer has informed a borrower that an application is complete (or notified the borrower of specific information necessary to complete an incomplete application), if the servicer determines, in the course of evaluating the loss mitigation application submitted by the borrower, that additional information or a corrected version of a previously submitted document is required, the servicer must promptly request the additional information or corrected document from the borrower pursuant to the reasonable diligence obligation in §1024.41(b)(1). See §1024.41(c)(2)(iv) addressing facially incomplete applications

100.    126 days from the acknowledgement of a complete application to the denial of the DIL is not prompt.  Further, Ocwen did not act with reasonable diligence when requesting additional documents to evaluate the DIL application.  Ocwen should have notified the Plaintiff specifically that there were two junior liens and should have given the Plaintiff the opportunity to provide the satisfaction of both liens before denying the first DIL application.

101.    Borrowers may enforce these regulations pursuant to section 2605(f), which allows an aggrieved plaintiff to recover two types of damages from a loan servicer for its violation of the Act – (A) any actual damages to the borrower as a result of the failure; and (B) any additional [statutory] damages, as the court may allow, in the case of a pattern or practice of noncompliance with the requirements of this section, in an amount not to exceed $2,000." 12 U.S.C. § 2605(f)(1).

102.    As a direct and proximate result of Defendant's failure to comply with Regulation X and RESPA, Plaintiffs have specifically suffered actual damages that include, but are not limited to, the attorney's fees and costs to continue the foreclosure representation while the modifications were pending, costs, including but not limited to court reporting costs, associated with the foreclosure trial in an amount to be proven at trial, the loss of the $10,000.00 relocation assistance under the HAFA program.

103.    Specifically, the Harnishs were on a flat fee month to month with HDLG, for representation in the foreclosure action.  Since Ocwen moved forward with the Motion for Summary Judgment of foreclosure on February 1, 2017, the Harnishs incurred the attorney's fees for the foreclosure representation and the continuing months of representation to continue to apply for the DIL until May 8, 2017, which is when HDLG stopped billing the Harnishs.

104.    Pursuant to 12 U.S.C. § 2605(f)(3), Plaintiffs are entitled to the actual damages and costs of this action, together with a reasonable attorney's fee as determined by the court.

105.    Plaintiffs have hired Consumer Law Attorneys, for legal representation in this case as a separate action from the foreclosure and has agreed to pay a reasonable attorney's fee.

WHEREFORE, Plaintiffs pray that this Honorable Court enter judgment against Defendant, award Plaintiffs actual damages under this action, attorney's fees and costs and any further relief this Court deems just and proper.

## Count II: Violation of 12 U.S.C. §2605(k)

**Violation of the Real Estate Settlement Procedures Act ("RESPA"), 12. U.S.C. §§ 2605(k), *et. seq.* and Regulation X**

106.    Plaintiffs hereby incorporate by reference the allegations of paragraphs 1 through 85, inclusive, as if fully set forth herein.

107.    Section 6, Subsection (k) of RESPA states in relevant part:

> **(k) Servicer prohibitions**
> **(1) In general**
> A servicer of a federally related mortgage shall not—
> …
> **(E)** fail to comply with any other obligation found by the Bureau of Consumer Financial Protection, by regulation, to be appropriate to carry out the consumer protection purposes of this chapter.

12 U.S.C. § 2605(k)(emphasis added).

108.    Section 1024.41 (Loss Mitigation Procedures) of Regulation X was promulgated pursuant to Section 6 of RESPA and thus subject to RESPA's private right of action. *See 78 Fed. Reg. 10696,* 10714, FN. 64 (Feb. 14, 2013)("The [CFPB] notes that regulations established pursuant to section 6 of RESPA are subject to section 6(f) of RESPA, which provides borrowers a private right of action to enforce such regulations").

109.    The CFPB's authority to prescribe such regulations under Section 2605(k)(1)(E), is stated in Section 2617 of RESPA: "The [CFPB] is authorized to prescribe such rules and regulations, to make such interpretations, and to grant such reasonable exemptions for classes of transactions, as may be necessary to achieve the purposes of this chapter." 12 U.S.C. § 2617.

110.    Defendant is a servicer within the meaning of the RESPA as implemented by Regulation X.

111.    Pursuant to 12 C.F.R. § 1024.41(d), if the borrowers' complete loss mitigation package is denied for any trial or permanent loan modification option available, the servicer shall state in the notice sent to the borrower the **specific** reason or reasons for the servicer's determination.

112.    The servicer violated 12 C.F.R. § 1024.41(d) by giving a vague reason for the denial, in the June 29, 2016 letter, Ocwen gave the bare minimum of details as to why the DIL was denied.   The letter (Exhibit "D") stated the following:

> We carefully reviewed your file, and assessed your eligibility for a Deed-in-lieu of Foreclosure (DIL) option.
>
> Conclusions based on our analysis:
> There is an issue with your mortgage title that prevents acceptance into this program[.] The results require that we cancel your DIL application. We encourage you to make an appointment with your Relationship Manager, Kishore Dilip Panwar to discuss options.

113.   Had Ocwen pursuant to 12 C.F.R. § 1024.41(d) specifically identified the two junior liens in writing, the Harnishs could have had the lienholders record the satisfactions of both liens as both had been satisfied in 2008. The first recorded satisfaction took (7) seven day to get from the lien holder.  Once identified, the second recorded satisfaction only took eight (8) days to be recorded. Therefore, had Ocwen specifically identified both liens as outstanding, the Plaintiffs could have satisfied the vague written reason for the denial of the first DIL application and qualified for the HAFA DIL.

114.   Borrowers may enforce these regulations pursuant to section 2605(f), which allows an aggrieved plaintiff to recover two types of damages from a loan servicer for its violation of the Act – (A) any actual damages to the borrower as a result of the failure; and (B) any additional [statutory] damages, as the court may allow, in the case of a pattern or practice of noncompliance with the requirements of this section, in an amount not to exceed $2,000." 12 U.S.C. § 2605(f)(1).

115.   As a direct and proximate result of Defendant's failure to comply with Regulation X and RESPA, Plaintiffs have specifically suffered actual damages that include, but are not limited to, the attorney's fees and costs to continue the foreclosure representation while the modifications were pending, costs, including but not limited to court reporting costs, associated

with the foreclosure trial in an amount to be proven at trial the loss of the $10,000.00 relocation assistance under the HAFA program.

116.    Specifically, the Harnishs were on a flat fee month to month with HDLG, for representation in the foreclosure action.  Since Ocwen moved forward with the Motion for Summary Judgment of foreclosure on February 1, 2017, the Harnishs incurred the attorney's fees for the foreclosure representation and the continuing months of representation to continue to apply for the DIL.

117.    Pursuant to 12 U.S.C. § 2605(f)(3), Plaintiffs are entitled to the actual damages and costs of this action, together with a reasonable attorney's fee as determined by the court.

118.    Plaintiffs have hired Consumer Law Attorneys, for legal representation in this case as a separate action from the foreclosure and has agreed to pay a reasonable attorney's fee.

WHEREFORE, Plaintiffs pray that this Honorable Court enter judgment against Defendant, award Plaintiffs actual damages under this action, attorney's fees and costs and any further relief this Court deems just and proper.

### Count III: Violation of 12 U.S.C. §2605(k)

**Violation of the Real Estate Settlement Procedures Act ("RESPA"), 12. U.S.C. §§ 2605(k),
*et. seq.* and Regulation X**

119.    Plaintiff hereby incorporates by reference the allegations of paragraphs 1 through 85, inclusive, as if fully set forth herein.

120.    Section 6, Subsection (k) of RESPA states in relevant part:

**(k) Servicer prohibitions**
**(1) In general**
A servicer of a federally related mortgage shall not—
…
**(E)** fail to comply with any other obligation found by the Bureau of Consumer Financial Protection, by regulation, to be appropriate to carry out the consumer protection purposes of this chapter.

12 U.S.C. § 2605(k)(emphasis added).

121.    Section 1024.41 (Loss Mitigation Procedures) of Regulation X was promulgated pursuant to Section 6 of RESPA and thus subject to RESPA's private right of action. *See 78 Fed. Reg. 10696,* 10714, FN. 64 (Feb. 14, 2013)("The [CFPB] notes that regulations established pursuant to section 6 of RESPA are subject to section 6(f) of RESPA, which provides borrowers a private right of action to enforce such regulations").

122.    The CFPB's authority to prescribe such regulations under Section 2605(k)(1)(E), is stated in Section 2617 of RESPA: "The [CFPB] is authorized to prescribe such rules and regulations, to make such interpretations, and to grant such reasonable exemptions for classes of transactions, as may be necessary to achieve the purposes of this chapter." 12 U.S.C. § 2617.

123.    Defendant is a servicer within the meaning of the RESPA as implemented by Regulation X.

124.    Pursuant to 12 C.F.R. § 1024.41(c)(2)(iv), if the borrower submits all the missing documents and information  as stated in the notice required pursuant to § 1026.41(b)(2)(i)(B), or no additional information is requested in such notice, the application shall be considered facially complete. If the servicer later discovers additional information or corrections to a previously submitted document are required to complete the application, the servicer must promptly request the missing information or corrected documents and treat the application as complete for the purposes of paragraphs (f)(2) and (g) of this section until the borrower is given a reasonable opportunity to complete the application. If the borrower completes the application within this period, the application shall be considered complete as of the date it was facially complete, for the purposes of paragraphs (d), (e), (f)(2), (g), and (h) of this section, and as of the date the application was actually complete for the purposes of paragraph (c). A servicer that complies

with this paragraph will be deemed to have fulfilled its obligation to provide an accurate notice under paragraph (b)(2)(i)(B)

125.    Ocwen failed to treat the first loss mitigation/DIL as an incomplete package as it did the third DIL application as required by 1024.41(c)(2)(iv).   Ocwen allowed Harnish to supplement the third application with proof of the satisfaction of the second junior lien.   The final application that resulted with final approval for the DIL.

126.    If Ocwen had given the Harnishs a reasonable opportunity to supplement the facially complete application with the proof of the satisfaction of both junior mortgage liens, the DIL approval could have been completed in August of 2016 instead of late July of 2017.

127.    Both title issues could have been fixed within days if the Harnishs were given the opportunity in a timely matter. When the Harnishs found out about the first recorded satisfaction, it took (7) seven day to get the lien holder to fix the issue.   For the second recorded satisfaction, once it was specifically identified, it took (8) eight days to get the lien issue resolved.   The time it took to get the satisfaction of both liens was days. If Ocwen properly identified the issues and informed the Harnishs specifically the reasons for the DIL denial as required by 12 C.F.R. § 1024.41(d), the Harnishs would have qualified for the HAFA DIL and incurred a substantially lowered amount of attorney's fees paid to HDLG.

128.    Borrowers may enforce these regulations pursuant to section 2605(f), which allows an aggrieved plaintiff to recover two types of damages from a loan servicer for its violation of the Act – (A) any actual damages to the borrower as a result of the failure; and (B) any additional [statutory] damages, as the court may allow, in the case of a pattern or practice of noncompliance with the requirements of this section, in an amount not to exceed $2,000." 12 U.S.C. § 2605(f)(1).

129.    As a direct and proximate result of Defendant's failure to comply with Regulation X and RESPA, Plaintiffs have specifically suffered actual damages that include, but are not limited to, the attorney's fees and costs to continue the foreclosure representation while the modifications were pending, costs, including but not limited to court reporting costs, associated with the foreclosure trial in an amount to be proven at trial the loss of the $10,000.00 relocation assistance under the HAFA program.

130.    Specifically, the Harnishs were on a flat fee month to month with HDLG, for representation in the foreclosure action until May 8, 2017.  Since Ocwen moved forward with the Motion for Summary Judgment of foreclosure on February 1, 2017, the Harnishs incurred the attorney's fees for the foreclosure representation and the continuing months of representation to continue to apply for the DIL.

131.    Pursuant to 12 U.S.C. § 2605(f)(3), Plaintiffs are entitled to the actual damages and costs of this action, together with a reasonable attorney's fee as determined by the court.

132.    Plaintiffs have hired Consumer Law Attorneys, for legal representation in this case as a separate action from the foreclosure and has agreed to pay a reasonable attorney's fee.

WHEREFORE, Plaintiffs pray that this Honorable Court enter judgment against Defendant, award Plaintiffs actual damages under this action, attorney's fees and costs and any further relief this Court deems just and proper.

### Count IV: Violation of 12 U.S.C. §2605(k)

**Violation of the Real Estate Settlement Procedures Act ("RESPA"), 12. U.S.C. §§ 2605(k), *et. seq.* and Regulation X**

133.    Plaintiffs hereby incorporate by reference the allegations of paragraphs 1 through 85, inclusive, as if fully set forth herein.

134.    Section 6, Subsection (k) of RESPA states in relevant part:

> **(k) Servicer prohibitions**
> **(1) In general**
> A servicer of a federally related mortgage shall not—
> …
> **(E)** fail to comply with any other obligation found by the Bureau of Consumer Financial Protection, by regulation, to be appropriate to carry out the consumer protection purposes of this chapter.

12 U.S.C. § 2605(k)(emphasis added).

135.   Section 1024.41 (Loss Mitigation Procedures) of Regulation X was promulgated pursuant to Section 6 of RESPA and thus subject to RESPA's private right of action. *See 78 Fed. Reg. 10696,* 10714, FN. 64 (Feb. 14, 2013)("The [CFPB] notes that regulations established pursuant to section 6 of RESPA are subject to section 6(f) of RESPA, which provides borrowers a private right of action to enforce such regulations").

136.   The CFPB's authority to prescribe such regulations under Section 2605(k)(1)(E), is stated in Section 2617 of RESPA: "The [CFPB] is authorized to prescribe such rules and regulations, to make such interpretations, and to grant such reasonable exemptions for classes of transactions, as may be necessary to achieve the purposes of this chapter." 12 U.S.C. § 2617.

137.   Defendant is a servicer within the meaning of the RESPA as implemented by Regulation X.

138.   Pursuant to 12 C.F.R. § 1024.41(g), upon receipt of a Loss Mitigation Application and the foreclosure sale was not set, Defendant was obligated to not move for a foreclosure judgment. Defendant willingly and knowingly made the decision to seek a foreclosure judgment despite 12 C.F.R. § 1024.41(g).

139.   Borrowers may enforce these regulations pursuant to section 2605(f), which allows an aggrieved plaintiff to recover two types of damages from a loan servicer for its violation of the Act – (A) any actual damages to the borrower as a result of the failure; and (B)

any additional [statutory] damages, as the court may allow, in the case of a pattern or practice of noncompliance with the requirements of this section, in an amount not to exceed $2,000." 12 U.S.C. § 2605(f)(1).

140.     As a direct and proximate result of Defendant's failure to comply with Regulation X and RESPA, Plaintiffs have specifically suffered actual damages that include, but are not limited to, the attorney's fees and costs to continue the foreclosure representation while the modifications were pending, costs, including but not limited to court reporting costs, associated with the foreclosure trial in an amount to be proven at trial, the loss of the $10,000.00 relocation assistance under the HAFA program.

141.     Specifically, the Harnishs were on a flat fee month to month with HDLG, for representation in the foreclosure action.  Since Ocwen moved forward with the Motion for Summary Judgment of foreclosure on February 1, 2017, the Harnishs incurred the attorney's fees for the foreclosure representation and the continuing months of representation to continue to apply for the DIL.

142.     Pursuant to 12 U.S.C. § 2605(f)(3), Plaintiffs are entitled to the actual damages and costs of this action, together with a reasonable attorney's fee as determined by the court.

143.     Plaintiffs have hired Consumer Law Attorneys, for legal representation in this case as a separate action from the foreclosure and has agreed to pay a reasonable attorney's fee.

WHEREFORE, Plaintiffs pray that this Honorable Court enter judgment against Defendant, award Plaintiffs actual damages under this action, attorney's fees and costs and any further relief this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial.

## VERIFICATION

Under penalty of perjury, I declare that I have read the foregoing, and the facts alleged therein are true and correct to the best of my knowledge and belief, and that I am authorized to make this verification of Complaint.

_____
Signature of John Harnish

_____12-8-17_____
Date

_____
Signature of Patsy Harnish

_____12-8-12_____
Date

Dated this ____12-8-17____

Respectfully Submitted,

By:      /S/  Allegra Fung
Allegra Fung, Esq.,
FBN: 371660
Young Kim, Esq.,
FBN: 122202
Consumer Law Attorneys
2325 Ulmerton Rd, Ste. 16
Clearwater, FL 33762
Ph: 877.241.2200
Service e-mail:
service@consumerlawattorneys.com
File Attorney(s):
afung@consumerlawattorneys.com
ykim@consumerlawattorneys.com

# Exhibit

# "A"



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936





02/24/2016                                                                 Loan Number: 7655508885

patsy j Harnish
2325 Ulmerton Rd Suite 16
Clearwater, Fl 33762

Property Address: 19510 Carriage Ct
Mounds, OK 74047-5516

Customer Name: Patsy J Harnish

# IMPORTANT INFORMATION ABOUT YOUR CONDITIONAL
# DEED-IN-LIEU OF FORECLOSURE APPROVAL
# PLEASE READ CAREFULLY

Dear Customer(s),

We acknowledge receipt of your Loss Mitigation Acceptance form, and are pleased that you have elected to accept our conditional Deed-In-Lieu of Foreclosure offer. At this time, no further information or documents are required. Once we review all transactional documents received from you and information from the necessary third parties we will issue a decision within 30 calendar days.

Please note that final approval will be conditioned upon receipt of the following from the necessary third parties:

- An independent valuation of the property that verifies that the purchase price is greater than or equal to the fair market value of the property.

- Verification that closing costs associated with the transaction are reasonable and customary.

- If applicable, approval from the investor or mortgage insurer of your loan to proceed with the transaction.

**This offer is conditional and does not guarantee final approval.**

After receipt of all required transactional documentation, we will complete a review of the loan terms, investor requirements, and mortgage insurance requirements, if applicable. We will also work with you to complete an independent valuation review. A valuation agent will contact you or your designated point of contact for access to the property so that the valuation agent can set up an appointment.

Once the valuation is completed and the title report obtained and if the title is clear, we will issue a decision within 30 calendar days. If sent an offer, you will have a minimum 14 calendar days from the date of receipt to provide signed written acceptance of the offer or return the deed in lieu documents according to provided instructions. If you fail to perform all actions required to accept the DIL offer, our offer may be rejected.

NMLS # 1852                                                                                    DLCAPM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



8-814-40582-0000010-001-3-000-001-000-000

## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936



**Please Note:** Because you indicated that you are not interested in retaining ownership of the property, you are ineligible for all loan modification options including the Home Affordable Modification Program ("HAMP"), our proprietary modifications, and the Shared Appreciation Modification ("SAM"). Please note not all eligibility factors were evaluated.

If you believe the non-approval for a loan modification was based on inaccurate information, you have the right to appeal. To appeal, you have 30 days to appeal the decision in writing and submit documentation to support your request for additional review. If an appeal is submitted, we will provide a written response.

No foreclosure sale will be conducted and you will not lose your home during this 30-day period. However, please note the foreclosure sale may not be suspended for this 30-day period if, despite our reasonable attempts to delay the sale, the court with jurisdiction over the foreclosure proceedings, or the bankruptcy court in a bankruptcy case, or the public official charged with carrying out the sale fails or refuses to halt the sale.

Please submit your appeal and supporting documentation to the following address:

Ocwen Loan Servicing, LLC
P.O. Box 785061,
Orlando, FL 32878-5061
Fax: (407) 737-5171

You can also email your appeal, including supporting documentation, to hampnpvcases@ocwen.com

If you fail to return all transactional documents mentioned in this letter and your loan is delinquent, we may continue efforts to collect the debt, refer the loan to foreclosure, or resume foreclosure activities. However, if you return the items within 45 days, we will not proceed with these default related activities.

At times like these we feel it is important for you to seek financial advice from a trusted source experienced with situations like yours. Therefore, we recommend you call 1.800.CALL.FHA to find a HUD-Certified housing counseling agency to discuss your needs. You can also call the HOPE hotline number (888-995-HOPE) to seek assistance at no charge from HUD-approved housing counselors and can request assistance in understanding this borrower notice letter by asking for MHA HELP.

You can also reach our Customer Care Center at (800) 746-2936. They can answer general questions about your account, or set up time for you to speak with your relationship manager. They are available Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.
Bhavin Jain has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents.

Sincerely,
Loss Mitigation
Loan Servicing

NMLS # 1852                                                                                                      DLCAPM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



# Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL  33409
Toll Free: (800) 746 - 2936



**Balance Waiver:** A deficiency will remain after acceptance of a deed-in-lieu. Ocwen agrees to waive the remaining balance due on the referenced loan or such waiver is required by state law and, therefore, Ocwen will release the Borrower(s) from further obligation upon successful completion of the deed-in-lieu. Furthermore, Ocwen agrees to waive all rights to pursue for further judgment or deficiencies, costs, fees, interest or expenses in association with the referenced loan. Ocwen further agrees that it shall not transfer any further obligations or rights to pursue further judgment or deficiencies to a third party debt-collector. Unless prohibited by state law, Ocwen will report this debt forgiveness to the Internal Revenue Service (IRS) on Form 1099-C.

**Tax Consequences:** Please be advised that completing a deed-in-lieu may have consequences with respect to your federal, state, or local tax liability, as well as eligibility for any public assistance benefits you may receive. Ocwen cannot advise you on tax liability or any effect on public assistance benefits and you may wish to consult with a qualified individual or organization about any possible tax or other consequences resulting from the deed-in-lieu and/or deficiency waiver.

**Credit Reporting:** We will follow standard industry practice and report to the major credit reporting agencies that your mortgage was settled for less than the full payment. We have no control over or responsibility for the impact of this report on your credit score. You may access the following website to learn more about the potential impact of a short sale on your credit: http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.

**Please Note:** Federal law requires that we advise you that this notice is from a debt collector attempting to collect on a debt and any information will be used for that purpose.

**Notice Regarding Bankruptcy:** If you are currently involved in an open bankruptcy case or if you have been discharged of your personal liability for repayment of this debt, this notice is being provided for informational purposes only and is not an attempt to collect a pre-petition or discharged debt. Furthermore, any action that we may take is for the sole purpose of protecting our lien interest in your property and is not to recover any amounts from you personally. If you have surrendered your property during your bankruptcy case, please disregard this notice.

**Notice:** the federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

If you would like to submit a qualified written request, a notice of error, or a request for information you must use the following address:

Research Department
PO Box 24736
West Palm Beach, FL 33416-4736

NMLS # 1852                                                                                                                          DLCAPM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

8-814-40582-0000010-001-5-000-001-000-000

**Form W-9**
(Rev. October 2007)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

**Give form to the requester. Do not send to the IRS.**

Name (as shown on your income tax return)

Business name, if different from above

Check appropriate box: ☐ Individual/Sole proprietor   ☐ Corporation   ☐ Partnership
☐ Limited liability company. Enter the tax classification (D=disregarded entity, C=corporation, P=partnership) ▶ _____
☐ Other (see instructions) ▶

☐ Exempt payee

Address (number, street, and apt. or suite no.)

Requester's name and address (optional)

City, state, and ZIP code

List account number(s) here (optional)

*(left margin, vertical text)* Print or type   See Specific Instructions on page 2.

### Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Social security number**

**or**

**Employer identification number**

### Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification. See the instructions on page 4.

**Sign Here**   Signature of U.S. person ▶                    Date ▶

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

● An individual who is a U.S. citizen or U.S. resident alien,

● A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

● An estate (other than a foreign estate), or

● A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

● The U.S. owner of a disregarded entity and not the entity,

Cat. No. 10231X                                Form **W-9** (Rev. 10-2007)

Form W-9 (Rev. 10-2007)                                                                Page 2

• The U.S. grantor or other owner of a grantor trust and not the trust, and

• The U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

**Foreign person.** If you are a foreign person, do not use Form W-9. Instead, use the appropriate Form W-8 (see Publication 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the payee has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

*Example.* Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a nonresident alien or a foreign entity not subject to backup withholding, give the requester the appropriate completed Form W-8.

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS 28% of such payments. This is called "backup withholding." Payments that may be subject to backup withholding include interest, tax-exempt interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1. You do not furnish your TIN to the requester,

2. You do not certify your TIN when required (see the Part II instructions on page 3 for details),

3. The IRS tells the requester that you furnished an incorrect TIN,

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the instructions below and the separate Instructions for the Requester of Form W-9.

Also see *Special rules for partnerships* on page 1.



## Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

# Specific Instructions

## Name

If you are an individual, you must generally enter the name shown on your income tax return. However, if you have changed your last name, for instance, due to marriage without informing the Social Security Administration of the name change, enter your first name, the last name shown on your social security card, and your new last name.

If the account is in joint names, list first, and then circle, the name of the person or entity whose number you entered in Part I of the form.

**Sole proprietor.** Enter your individual name as shown on your income tax return on the "Name" line. You may enter your business, trade, or "doing business as (DBA)" name on the "Business name" line.

**Limited liability company (LLC).** Check the "Limited liability company" box only and enter the appropriate code for the tax classification ("D" for disregarded entity, "C" for corporation, "P" for partnership) in the space provided.

For a single-member LLC (including a foreign LLC with a domestic owner) that is disregarded as an entity separate from its owner under Regulations section 301.7701-3, enter the owner's name on the "Name" line. Enter the LLC's name on the "Business name" line.

For an LLC classified as a partnership or a corporation, enter the LLC's name on the "Name" line and any business, trade, or DBA name on the "Business name" line.

**Other entities.** Enter your business name as shown on required federal tax documents on the "Name" line. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on the "Business name" line.

**Note.** You are requested to check the appropriate box for your status (individual/sole proprietor, corporation, etc.).

## Exempt Payee

If you are exempt from backup withholding, enter your name as described above and check the appropriate box for your status, then check the "Exempt payee" box in the line following the business name, sign and date the form.

Generally, individuals (including sole proprietors) are not exempt from backup withholding. Corporations are exempt from backup withholding for certain payments, such as interest and dividends.

**Note.** If you are exempt from backup withholding, you should still complete this form to avoid possible erroneous backup withholding.

The following payees are exempt from backup withholding:

1. An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2),

2. The United States or any of its agencies or instrumentalities,

3. A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or instrumentalities,

4. A foreign government or any of its political subdivisions, agencies, or instrumentalities, or

5. An international organization or any of its agencies or instrumentalities.

Other payees that may be exempt from backup withholding include:

6. A corporation,

7. A foreign central bank of issue,

8. A dealer in securities or commodities required to register in the United States, the District of Columbia, or a possession of the United States,

9. A futures commission merchant registered with the Commodity Futures Trading Commission,

10. A real estate investment trust,

11. An entity registered at all times during the tax year under the Investment Company Act of 1940,

12. A common trust fund operated by a bank under section 584(a),

13. A financial institution,

14. A middleman known in the investment community as a nominee or custodian, or

15. A trust exempt from tax under section 664 or described in section 4947.

The chart below shows types of payments that may be exempt from backup withholding. The chart applies to the exempt payees listed above, 1 through 15.

| IF the payment is for . . . | THEN the payment is exempt for . . . |
|---|---|
| Interest and dividend payments | All exempt payees except for 9 |
| Broker transactions | Exempt payees 1 through 13. Also, a person registered under the Investment Advisers Act of 1940 who regularly acts as a broker |
| Barter exchange transactions and patronage dividends | Exempt payees 1 through 5 |
| Payments over $600 required to be reported and direct sales over $5,000 [1] | Generally, exempt payees 1 through 7 [2] |

[1] See Form 1099-MISC, Miscellaneous Income, and its instructions.
[2] However, the following payments made to a corporation (including gross proceeds paid to an attorney under section 6045(f), even if the attorney is a corporation) and reportable on Form 1099-MISC are not exempt from backup withholding: medical and health care payments, attorneys' fees, and payments for services paid by a federal executive agency.

## Part I. Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see *How to get a TIN* below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN. However, the IRS prefers that you use your SSN.



If you are a single-member LLC that is disregarded as an entity separate from its owner (see *Limited liability company (LLC)* on page 2), enter the owner's SSN (or EIN, if the owner has one). Do not enter the disregarded entity's EIN. If the LLC is classified as a corporation or partnership, enter the entity's EIN.

**Note.** See the chart on page 4 for further clarification of name and TIN combinations.

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local Social Security Administration office or get this form online at www.ssa.gov. You may also get this form by calling 1-800-772-1213. Use Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can apply for an EIN online by accessing the IRS website at www.irs.gov/businesses and clicking on Employer Identification Number (EIN) under Starting a Business. You can get Forms W-7 and SS-4 from the IRS by visiting www.irs.gov or by calling 1-800-TAX-FORM (1-800-829-3676).

If you are asked to complete Form W-9 but do not have a TIN, write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

**Note.** Entering "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.

**Caution:** *A disregarded domestic entity that has a foreign owner must use the appropriate Form W-8.*

## Part II. Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if items 1, 4, and 5 below indicate otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). Exempt payees, see *Exempt Payee* on page 2.

**Signature requirements.** Complete the certification as indicated in 1 through 5 below.

1. **Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.** You must give your correct TIN, but you do not have to sign the certification.

2. **Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must give the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

Form W-9 (Rev. 10-2007)                                                                                    Page **4**

**3. Real estate transactions.** You must sign the certification. You may cross out item 2 of the certification.

**4. Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

**5. Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), IRA, Coverdell ESA, Archer MSA or HSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) | The actual owner of the account or, if combined funds, the first individual on the account [1] |
| 3. Custodian account of a minor (Uniform Gift to Minors Act) | The minor [2] |
| 4. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee [1] |
| b. So-called trust account that is not a legal or valid trust under state law | The actual owner [1] |
| 5. Sole proprietorship or disregarded entity owned by an individual | The owner [3] |

| For this type of account: | Give name and EIN of: |
|---|---|
| 6. Disregarded entity not owned by an individual | The owner |
| 7. A valid trust, estate, or pension trust | Legal entity [4] |
| 8. Corporate or LLC electing corporate status on Form 8832 | The corporation |
| 9. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 10. Partnership or multi-member LLC | The partnership |
| 11. A broker or registered nominee | The broker or nominee |
| 12. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |

[1] List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

[2] Circle the minor's name and furnish the minor's SSN.

[3] You must show your individual name and you may also enter your business or "DBA" name on the second name line. You may use either your SSN or EIN (if you have one), but the IRS encourages you to use your SSN.

[4] List first and circle the name of the trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.) Also see Special rules for partnerships on page 1.

**Note.** If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.

## Secure Your Tax Records from Identity Theft

Identity theft occurs when someone uses your personal information such as your name, social security number (SSN), or other identifying information, without your permission, to commit fraud or other crimes. An identity thief may use your SSN to get a job or may file a tax return using your SSN to receive a refund.

To reduce your risk:
- Protect your SSN,
- Ensure your employer is protecting your SSN, and
- Be careful when choosing a tax preparer.

Call the IRS at 1-800-829-1040 if you think your identity has been used inappropriately for tax purposes.

Victims of identity theft who are experiencing economic harm or a system problem, or are seeking help in resolving tax problems that have not been resolved through normal channels, may be eligible for Taxpayer Advocate Service (TAS) assistance. You can reach TAS by calling the TAS toll-free case intake line at 1-877-777-4778 or TTY/TDD 1-800-829-4059.

**Protect yourself from suspicious emails or phishing schemes.** Phishing is the creation and use of email and websites designed to mimic legitimate business emails and websites. The most common act is sending an email to a user falsely claiming to be an established legitimate enterprise in an attempt to scam the user into surrendering private information that will be used for identity theft.

The IRS does not initiate contacts with taxpayers via emails. Also, the IRS does not request personal detailed information through email or ask taxpayers for the PIN numbers, passwords, or similar secret access information for their credit card, bank, or other financial accounts.

If you receive an unsolicited email claiming to be from the IRS, forward this message to *phishing@irs.gov*. You may also report misuse of the IRS name, logo, or other IRS personal property to the Treasury Inspector General for Tax Administration at 1-800-366-4484. You can forward suspicious emails to the Federal Trade Commission at: *spam@uce.gov* or contact them at *www.consumer.gov/idtheft* or 1-877-IDTHEFT(438-4338).

Visit the IRS website at *www.irs.gov* to learn more about identity theft and how to reduce your risk.



---

**Privacy Act Notice**

Section 6109 of the Internal Revenue Code requires you to provide your correct TIN to persons who must file information returns with the IRS to report interest, dividends, and certain other income paid to you, mortgage interest you paid, the acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA, or Archer MSA or HSA. The IRS uses the numbers for identification purposes and to help verify the accuracy of your tax return. The IRS may also provide this information to the Department of Justice for civil and criminal litigation, and to cities, states, the District of Columbia, and U.S. possessions to carry out their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You must provide your TIN whether or not you are required to file a tax return. Payers must generally withhold 28% of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to a payer. Certain penalties may also apply.



8-814-40582-0000010-001-0-000-001-000-000

## NON-OWNER OCCUPANT CERTIFICATION FORM
**If property is not your primary residence AND non-borrower currently lives in the property**

**ONLY Deed-in-Lieu & Short Sale Applicants**



You are the occupant of a property that is being sold or transferred in conjunction with the U.S. Department of the Treasury's Home Affordable Foreclosure Alternative (HAFA) Program.

Because you will be required to vacate the property as a condition of the sale or transfer, you may be eligible to receive $3,000 in relocation assistance. If you wish to be considered for this assistance, you must complete and sign this form and return it to the owner of the property (Owner).

### Occupant Information

| Occupant Name | Co-Occupant Name |
|---|---|
| Occupant's Date of Birth (MM│DD│YY): _____│____│____ | Co-Occupant's Date of Birth (MM│DD│YY): _____│____│____ |
| Property Address: | |

I certify that I currently occupy the property described above (the Property) as a principal residence and, to the best of my knowledge, I am required to vacate the Property as a condition of the pending sale or transfer.

### Dodd-Frank Certification

The following information is requested by the federal government in accordance with the Dodd-Frank Wall Street Reform and Consumer Protection Act (Pub. L.111-203). You are required to furnish this information. The law provides that no person shall be eligible to begin receiving assistance from the Making Home Affordable Program (MHA), authorized under the Emergency Economic Stabilization Act of 2008 (12 U.S.C. 5201 et seq.), or any other mortgage assistance program authorized or funded by that Act, if such person, in connection with a mortgage or real estate transaction, has been convicted, within the last 10 years, of any one of the following: (A) Felony larceny, theft, fraud, or forgery, (B) Money laundering or (C) Tax evasion.

I/we certify under penalty of perjury that I/we have not been convicted within the last 10 years of any one of the following in connection with a mortgage or real estate transaction:

(A) Felony, larceny, theft, fraud, or forgery,
(B) Money laundering or
(C) Tax evasion.

I / we understand that the servicer, the U.S. Department of the Treasury, or their respective agents may investigate the accuracy of my statements by performing routine background checks, including automated searches of federal, state and county databases, to confirm that I / we have not been convicted of such crimes. I / we also understand that knowingly submitting false information may violate Federal law.

This certification is effective on the earlier of the date listed below or the date this RMA is received by the servicer.

☐ I/We do not comply with the above requirements.

By checking this box, I/we acknowledge that I/we would make this loan ineligible for MHA program but be eligible for Ocwen's proprietary modification Program.

### Non-Owner Occupant Acknowledgement and Agreement

1) I authorize and give permission to the Servicer, Treasury, and their respective agents, to assemble and use a current consumer report to investigate my eligibility for HAFA relocation assistance, the accuracy of my statements and any documentation that I may provide in connection with requesting HAFA relocation assistance. I understand that these consumer reports may include, without limitation, a credit report, and be assembled and used at any point to assess my eligibility.

2) I understand that if I have engaged in fraud or if it is determined that any of my statements or any information contained in the documentation that I provide are materially false and that I was ineligible for relocation assistance under HAFA, the Servicer, Treasury, or their respective agents may seek remedies available at law and in equity, such as recouping any assistance I previously received.

3) I understand that Ocwen will collect and record personal information that I submit, including, but not limited to, my name, address, social security number and date of birth. I understand and consent to the Servicer's disclosure of my personal information and the terms of any assistance I may receive under MHA to Treasury and its agents, Fannie Mae and Freddie Mac in connection with their responsibilities under MHA, companies that perform support services in conjunction with MHA, any investor, insurer, guarantor, or servicer that owns, insures, guarantees, or services the mortgage loan(s) secured by the Property, and to any HUD-certified housing counselor assisting Owner.

8-814-40582-0809019-001-10-000-091-009-009

| 4) I understand that the Owner may, but is not required to, request relocation assistance on my behalf, and I authorize the Owner to submit this Certification to Ocwen in connection with any such request, along with any other documentation that Ocwen may require. The undersigned certifies under penalty of perjury that all statements in this document are true and correct. | | | | |
|---|---|---|---|---|
| Occupant Signature | – | – | | |
| | Occupant Social Security Number | | Date (MM\|DD\|YY) | |
| Co-Occupant Signature | – | – | | |
| | Co-Occupant Social Security Number | | Date (MM\|DD\|YY) | |



| Section 10 | IRS FORM 4506T-EZ |
| --- | --- |

Form **4506T-EZ**

(Rev. August 2014)

Department of the Treasury
Internal Revenue Service

**Short Form Request for Individual Tax Return Transcript**

OMB No. 1545-2154

▶ Request may not be processed if the form is incomplete or illegible.

▶ For more information about Form 4506T-EZ, visit *www.irs.gov/form4506tez.*

**Tip.** Use Form 4506T-EZ to order a 1040 series tax return transcript free of charge, or you can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get Transcript of Your Tax Records" under "Tools" or call 1-800-908-9946.

| 1a Name shown on tax return. If a joint return, enter the name shown first. | 1b First social security number or individual taxpayer identification number on tax return |
| --- | --- |
| 2a If a joint return, enter spouse's name shown on tax return. | 2b Second social security number or individual taxpayer identification number if joint tax return |

3  Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

4  Previous address shown on the last return filed if different from line 3 (see instructions)

5  If the transcript is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.

| Third party name | Telephone number |
| --- | --- |

Ocwen Loan Servicing, LLC

Address (including apt., room, or suite no.), city, state, and ZIP code

ATTN: Home Retention Department, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409

**Caution.** If the tax transcript is being mailed to a third party, ensure that you have filled in line 6 before signing. Sign and date the form once you have filled in this line. Completing this step helps to protect your privacy. Once the IRS discloses your IRS transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

6     **Year(s) requested.** Enter the year(s) of the return transcript you are requesting (for example, "2008"). Most requests will be processed within 10 business days.

| 2012 | 2013 | 2014 | |
| --- | --- | --- | --- |

**Note.** *If the IRS is unable to locate a return that matches the taxpayer identity information provided above, or if IRS records indicate that the return has not been filed, the IRS will notify you or the third party that it was unable to locate a return, or that a return was not filed, whichever is applicable.*

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am the taxpayer whose name is shown on either line 1a or 2a. If the request applies to a joint return, **either** spouse must sign. **Note.** *For transcripts being sent to a third party, this form must be received within 120 days of the signature date.*

|  | Phone number of taxpayer on line 1a or 2a |
| --- | --- |

**Sign Here**

| ▶ Signature (see instructions) | Date |
| --- | --- |
| ▶ Spouse's signature | Date |

For Privacy Act and Paperwork Reduction Act Notice, see page 2.          Cat. No. 54185S          Form **4506T-EZ** (Rev. 08-2014)

Form 4506T-EZ (Rev. 08-2014)                                                                                                                            Page **2**

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about developments related to Form 4506T-EZ, such as legislation enacted after it was published, go to www.irs.gov/form4506tez.

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Individuals can use Form 4506T-EZ to request a tax return transcript for the current and the prior three years that includes most lines of the original tax return. The tax return transcript will not show payments, penalty assessments, or adjustments made to the originally filed return. You can also designate (on line 5) a third party (such as a mortgage company) to receive a transcript. Form 4506T-EZ cannot be used by taxpayers who file Form 1040 based on a tax year beginning in one calendar year and ending in the following year (fiscal tax year). Taxpayers using a fiscal tax year must file Form 4506-T, Request for Transcript of Tax Return, to request a return transcript.

Use Form 4506-T to request tax return transcripts, tax account information, W-2 information, 1099 information, verification of non-filing, and record of account.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get Transcript of Your Tax Records" under "Tools" or call 1-800-908-9946.

**Where to file.** Mail or fax Form 4506T-EZ to the address below for the state you lived in when the return was filed.

If you are requesting more than one transcript or other product and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

| If you filed an individual return and lived in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | RAIVS Team Stop 6716 AUSC Austin, TX 73301 512-460-2272 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | RAIVS Team Stop 37106 Fresno, CA 93888 559-456-7227 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | RAIVS Team Stop 6705 P-6 Kansas City, MO 64999 816-292-6102 |

**Line 1b.** Enter your employer identification number (EIN) if your request relates to a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, include it on this line.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note.** If the address on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address.

**Signature and date.** Form 4506T-EZ must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the information be sent to a third party, the IRS must receive Form 4506T-EZ within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.

Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506T-EZ exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. If you request a transcript, sections 6103 and 6109 require us to provide this information, including your SSN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506T-EZ will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 9 min.; **Preparing the form,** 18 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506T-EZ simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see *Where to file* on this page.

8-814-49582-0909010-001-13-000-001-008-000



## Section 5 — OTHER PROPERTIES OWNED

You must provide information about ALL properties that you or the co-borrower own, other than your principal residence.

If any borrowers own other properties

| | Property #1 | Property #2 | Property #3 |
|---|---|---|---|
| Property Address | | | |
| Current Property Value | $ | $ | $ |
| Mortgage Servicer Name | | | |
| Mortgage Balance | $ | $ | $ |
| Mortgage Loan Number | | | |
| 2nd Mortgage - Servicer Name | | | |
| 2nd Mortgage Balance | $ | $ | $ |
| 2nd Mortgage - Loan Number | | | |
| Property is: | ☐ Owner Occupied ☐ Renter Occupied ☐ Vacant | ☐ Owner Occupied ☐ Renter Occupied ☐ Vacant | ☐ Owner Occupied ☐ Renter Occupied ☐ Vacant |
| *If rented* - Gross Monthly Rent | $ | $ | $ |
| **Total** Monthly Mortgage Payment — if applicable, include monthly principal interest, real property taxes and insurance premiums | $ | $ | $ |

NOTE - Please attach a separate sheet with details for any additional properties

## Section 6 — HOUSEHOLD ASSETS AND EXPENSES FORM

| Combined Assets — Round all figures to the nearest dollar | | Monthly Expenses — Round all figures to the nearest dollar | |
|---|---|---|---|
| Total $ in Checking Account(s) | $ | Credit Cards / Installment Debt (Total Minimum Payment) | $ |
| Total $ in Savings Account(s) | $ | Child support / Alimony / Dependent Care | $ |
| Money Market Value / Amount | $ | Car Payments | $ |
| Stocks Value | $ | Mortgage payments on other Properties | $ |
| Bonds Value | $ | Bank / Finance Loan Payments | $ |
| CD's Value / Amount | $ | Student Loan Payments | $ |
| Estimated Value of Real Estate Owned | $ | Food / Household supplies | $ |
| Other Cash On Hand | $ | Utilities / Water / Sewer / Phone(s) | $ |
| Other | $ | Auto Expenses (Gas, Maintenance, Insurance, etc.) | $ |
| | | Other (For example, Medical Expenses, Out of Pocket Insurance Premiums, etc.) | $ |
| Assets TOTAL | $        .00 | Expenses TOTAL | $        .00 |

| Section 7 | MONTHLY INCOME FORM |
|---|---|
|  | Round all figures to the nearest dollar |

**ALL figures** should represent the total amount received **per month** for that income category



|  | Patsy J Harnish |  |  |
|---|---|---|---|
| BASE PAY / SALARY (Monthly Gross Amount before deductions) | $ | $ | $ |
| Hire Date | ____\|____\|____ MM   DD   YY | ____\|____\|____ MM   DD   YY | ____\|____\|____ MM   DD   YY |
| How often are you paid? | ☐ Weekly  ☐ Monthly<br>☐ Every 2 weeks  ☐ Twice a month | ☐ Weekly  ☐ Monthly<br>☐ Every 2 weeks  ☐ Twice a month | ☐ Weekly  ☐ Monthly<br>☐ Every 2 weeks  ☐ Twice a month |
| Do you have more than one employer? | ☐ Yes  ☐ No | ☐ Yes  ☐ No | ☐ Yes  ☐ No |
| OVERTIME PAY  (Average per month) | $ | $ | $ |
| BONUS  (Average per month) | $ | $ | $ |
| TIPS  (Average per month) | $ | $ | $ |
| COMMISSIONS  (Average per month) | $ | $ | $ |
| SELF-EMPLOYMENT INCOME (Average net per month) | $ | $ | $ |
| UNEMPLOYMENT BENEFITS | $ | $ | $ |
| PUBLIC ASSISTANCE / FOOD STAMPS | $ | $ | $ |
| SOCIAL SECURITY RETIREMENT BENEFITS | $ | $ | $ |
| SOCIAL SECURITY SURVIVOR BENEFITS | $ | $ | $ |
| DISABILITY BENEFITS:  (check one)<br>☐ Less than 1 Year  ☐ 1 Year or Greater | $ | $ | $ |
| SUPPLEMENTAL SECURITY INCOME (SSI) | $ | $ | $ |
| PENSIONS, ANNUITIES, OR RETIREMENT PLANS | $ | $ | $ |
| WORKER'S COMPENSATION | $ | $ | $ |
| ALIMONY * | $ | $ | $ |
| CHILD SUPPORT * | $ | $ | $ |
| MONTHLY GROSS RENTAL INCOME FROM ALL PROPERTIES | $ | $ | $ |
| OTHER INCOME – EXAMPLES: INVESTMENT, INTEREST, DIVIDENDS, ROYALTY, ETC. | $ | $ | $ |
| **TOTAL (GROSS INCOME)** | $_____.00 | $_____.00 | $_____.00 |

*You are NOT required to disclose alimony, child support or separate maintenance income.

# Exhibit

# "B"



8-814-43380-0000014-001-3-000-000-000-000



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

03/07/2016

Loan Number: 7655508885

Patsy J Harnish
2325 Ulmerton Rd Suite 16
Clearwater, Fl 33762

Property Address: 19510 Carriage Ct
Mounds, OK 74047-5516

## Confirmation of Receipt of Your
## Deed-In-Lieu Application

Dear Customer(s),

Your loan is being reviewed for the Home Affordable Foreclosure Alternative (HAFA) Deed-In-Lieu program. We value your business and want to assure you that we are processing the request as quickly as possible. It takes approximately 45 days for us to complete the review. If you qualify, we will send you a Deed-In-Lieu offer.

Keep in mind, if you have not been previously reviewed for the Home Affordable Modification Program (HAMP), it may be a good alternative for you. If you qualify, you would be able to keep your property with affordable and sustainable monthly payments. Please contact us by 03/21/2016 if you would like to apply for a loan modification.

**No further action is required of your until we complete the review and respond accordingly. If anything further is required, we will contact you.**

> **Important—Do not ignore any foreclosure notices.**
> The HAFA evaluation and the foreclosure process may proceed at the same time. You may receive foreclosure/eviction notices - delivered by mail or in person - or you may see steps being taken to proceed with a foreclosure sale of your home. While you will not lose your home during the HAFA evaluation, to protect your rights under applicable foreclosure law, you may need to respond to these foreclosure notices or take other actions. If you have any questions about the foreclosure process and the evaluation of your HAFA request, contact us at (800) 746-2936. We are available Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 09:00 am to 9:00 pm ET.
>
> If you do not understand the legal consequences of the foreclosure, you are also encouraged to contact a lawyer or housing counselor for assistance. We have included the contact information for certain national counseling services.

---

NMLS # 1852

HAFANOSM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL  33409
Toll Free: (800) 746 - 2936



## Financial/Housing Counseling Services

When you are experiencing a financial hardship, counseling may be a way to help you manage your finances. We urge you to contact HUD-approved agencies to obtain assistance in keeping your home or visit www.HUD.gov. This assistance is available at no charge. For specific guidance on this notice or information related to the Home Affordable Foreclosure Alternative Program, ask the counselor for MHA HELP.

| | |
|---|---|
| **HUD-Approved Housing Counseling:** | **1-800-569-4287** |
| **HOPE Hotline Number:** | **1-888-995-4673** |

Bhavin Jain has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents.

Sincerely,
Loss Mitigation
Loan Servicing

NMLS # 1852

HAFANOSM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



# Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 – 2936

## Frequently Asked Questions

### What is the Home Affordable Foreclosure Alternative (HAFA) Deed-In-Lieu program ?



A Deed-In-Lieu of Foreclosure is a much less stressful alternative to foreclosure. You simply transfer the deed to us, leave the house in good condition and we consider the debt completely settled.

If your property is currently occupied, the occupant could qualify for relocation assistance. An occupant may be you, a tenant, or a relative living rent-free. If eligible, the relocation assistance payment can be up to $3,000 to help with moving expenses.

### How Does a Deed-in-Lieu (DIL) Work?

**Title:** You must provide clear and marketable title with a general warranty deed or local equivalent.

You must also be able to deliver marketable title free of any other liens. We will contribute up to  *$8,500 or maximum amount allowable by investor* toward paying off any subordinate mortgage lien holders.

We require each subordinate lien holder to release you from personal liability for the loans in order for the sale to qualify for this program, but we do not take any responsibility for ensuring that the lien holders do not seek to enforce personal liability against you. Therefore, we recommend that you take steps to satisfy yourself that the subordinate lien holders release you from personal liability.

**Property Condition:** All occupants must vacate the property and it must be left in reasonably clean condition, free of interior and exterior trash, debris or damage. Additionally, all personal belongings must be removed from the property. The yard must be clean and neat and you must deliver all the keys and controls (e.g., garage door openers) to us.

**Transfer/Closing:** You may be required to sign standard pre-closing documents as well as attend a closing of the transfer of your property where all borrowers on the mortgage must be present.

### IRS and Credit Reporting Information

**Possible Income Tax Considerations:** We are required by law to report the difference between the principal owed and the amount that we receive from the sale to the Internal Revenue Service (IRS) as debt forgiveness on Form 1099C. In some cases, debt forgiveness could be taxed as income. Amounts allowed for moving expenses may also be reported as income. We suggest that you contact the IRS or your tax preparer to determine if you may have any tax liability.

**Credit Bureau Reporting:** We will follow standard industry practice and report to the major credit reporting agencies that your mortgage was settled for less than the full balance. We have no control over, or responsibility for, the impact of this report on your credit score. To learn more about the potential impact of a deed-in-lieu on your credit, you may want to go to http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.

---

NMLS # 1852                                                                                                                     HAFANOSM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

8-814-43264-0000008-001-1-000-001-000-000

 

Patsy J Harnish
2325 ULMERTON RD STE 16
CLEARWATER FL  33762-3362

8-814-40582-0000010-001-1-000-001-000-000



patsy j Harnish
2325 ULMERTON RD STE 16
CLEARWATER FL  33762-3362



# Exhibit

## "C"

8:814-43264-0000008-001-2-000-001-000-000



OCWEN

## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!*™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

---

03/07/2016                                                          Loan Number: 7655508885



Patsy J Harnish
2325 Ulmerton Rd Suite 16
Clearwater, Fl 33762

Property Address: 19510 Carriage Ct
Mounds, OK 74047-5516

Customer Name : Patsy J Harnish

## Urgent - Deed in Lieu Application Request
## Documents Needed by 04/06/2016

Dear Customer(s),

**Urgent Request**! To secure your eligibility for Deed in lieu of Foreclosure (DIL) under the Making Home Affordable (MHA) Program, please send the required documents listed below on or before 04/06/2016.

We believe you are a good candidate for the MHA Home Affordable Foreclosure Alternative (HAFA) DIL program, including a possible cash award to assist with relocation.  But, we need additional documents to verify your eligibility.

Please Do Not Delay. We must receive the documents listed below, along with this letter, on or before 04/06/2016 without all required documents, your request will be declined under the HAFA program.

To expedite processing, Fax or Email this letter and ALL required documents:

**Fax: 407-737-5136 - OR - Email: DIL@ocwen.com**

**Required Documents:**

Kindly provide a latest copy of Utility Bill with mailing address and service address or Bank Statement/Paystubs/Credit Card Statement/Award letter/Benefits letter to prove that the property is owner occupied.

Kindly provide a copy of W-9 Form with SSN# and mailing address of last 60 days.

If you have any questions, please call us toll-free at (800) 746-2936.
We are available Monday through Friday 8:00 am to 9:00 pm ET, Saturday 8:00 am to 5:00 pm ET and Sunday 9:00 am to 9:00pm ET.

**Mailing Address:**

---

NMLS # 1852                                                                      HDILMDM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

8-814-43364-0009808-001-3-000-001-000-000



OCWEN

## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

**Ocwen Loan Servicing, LLC**
**Attn: Collateral Based Solutions (DIL)**
**P. O. Box 24763**
**West Palm Beach, Florida 33416-4738**

Sincerely,
Loss Mitigation
Loan Servicing



---

NMLS # 1852

HDILMDM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



8-814-43264-0000008-001-1-000-001-000-000

## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!*™

1661 Worthington Road, Suite 100
West Palm Beach, FL  33409
Toll Free: (800) 746 - 2936



## INFORMATION ABOUT DEED-IN-LIEU OF FORECLOSURE

1. **What is a Deed-in-Lieu of foreclosure?**
   A Deed-in-Lieu of foreclosure (Deed-in-Lieu) is an option to settle your mortgage. You hand the property title over to your mortgage holder. This transfers ownership to them, so you both avoid a costly and time-consuming foreclosure process.

2. **Why is a Deed-in-Lieu a good option for me?**
   In many cases, a Deed-in-Lieu is a great solution for both you and Ocwen. With a Deed-in-Lieu, you could walk away with no more mortgage debt, a less negative impact on your credit than foreclosure or bankruptcy and a check for relocation assistance when you move out. Unlike a short sale, a Deed-in-Lieu does not require the time and energy associated with listing and selling your house. There are no realtors involved and you don't have to worry about getting an offer. You simply transfer the title to settle the loan.

3. **What if I have a second mortgage or other lien against my property? Do I still qualify?**
   In order to participate in the Deed-in-Lieu program, your property needs to have a clear title. This means all other mortgages, plus any liens or encumbrances on the property, must be settled or paid off. However, we can negotiate on your behalf to help settle those accounts and release other liens on your title.

4. **My home is already in foreclosure. What happens if I file for a Deed-in-Lieu?**
   If foreclosure proceedings are already underway, your Deed-in-Lieu submission will not automatically stop them—including those with a confirmed sale date. Be sure to discuss your options with your Relationship Manager.

5. **How will a Deed-in-Lieu affect my state and federal income taxes?**
   There are possible income tax considerations, but they vary depending on the circumstances. Please contact the IRS or your tax preparer to discuss your specific tax situation.

6. **How will you report my Deed-in-Lieu to the credit bureaus?**
   We will follow standard industry practice and report to the major credit reporting agencies. We have no control over, or responsibility for, the impact of this report on your credit score. For more information, visit http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.

7. **How will a Deed-in-Lieu affect my credit report?**
   A Deed-in-Lieu program will have a negative impact on your credit report. Though it is impossible to predict the exact impact for you personally, a Deed-in-Lieu may be viewed more favorably by future creditors than a foreclosure. This is just one reason why more and more people are finding that a Deed-in-Lieu of foreclosure program is a sensible option for them.

8. **Where can I get more information about Deed-in-Lieu?**
   Call our Customer Care Center at (800) 746-2936, Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET. Or, call the Homeowner's HOPE ™ Hotline at 1-888-995-HOPE (4673) or 1-877-304-9709 (TTY) to speak with a HUD-certified counselor.

9. **I am renting my house to tenants right now. Am I still eligible for Deed-in-Lieu?**
   Yes. Properties that are vacant or tenant occupied are now eligible for Deed-in-Lieu. This includes family members or dependents living in the property rent-free. However, if you are not living in the property, you won't be eligible for relocation assistance. Instead, your tenants would be eligible to receive relocation assistance.

10. **I have a modification application under review—is this offer still good?**
    Since we want to provide homeowners with as many foreclosure alternatives as possible, if you are eligible for a modification, this offer won't work for you.

11. **When will I receive my cash incentives? Where will Ocwen send my payment?**
    We will ask for your new address when we send you the final agreement and deed transfer paperwork. Make sure your new address is a physical address, not a P.O. Box. Once we receive final inspection, we cut the check and mail it to your new address.

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!*™

1661 Worthington Road, Suite 100
West Palm Beach, FL  33409
Toll Free: (800) 746 - 2936

03/07/2016                                                                      Loan Number: 7655508885

## REQUEST FOR MORTGAGE ASSISTANCE (RMA) / HARDSHIP AFFIDAVIT



Dear Customer(s),

If you are facing financial difficulties, you are not alone. We are here to help you. Since 2010, we've found solutions for more than 100,000 Americans struggling to make mortgage payments.

No matter what your situation, you may have options.  We offer multiple solutions to help you through difficult times, including, but not limited to, the Home Affordable Modification Program (HAMP) and Home Affordable Foreclosure Alternative Program (HAFA). We also offer our own modification options and foreclosure alternatives.  Please note, the options available to you may vary due to the requirements of the owner of your loan.

The table below outlines the variety of solutions available. We encourage you to complete and return the enclosed   Request for Mortgage Assistance (RMA) / Hardship Affidavit application.

**The sooner you apply, the sooner we can help.**

| Solutions for Keeping the Property | | | |
|---|---|---|---|
| **Solution** | **How it Works** | **May Apply to You IF...** | **What To Do** |
| Lump Sum Reinstatement | Make a lump sum payment for past due payments and fees. | You can afford your payment now and you have funds to catch up on past due payments. | Call us toll-free (800) 746-2936 NO application necessary |
| Short-term Repayment Plan (Forbearance Plan) | Repay what you owe over time by adding extra funds to your regular monthly payment. | You can afford your payment now and can add extra money to cover past due payments.  You just need a few months to catch up. | |
| Modification | Make your payment more affordable by changing the terms of your loan permanently. | You can't afford your current payment, may be "upside down" on your home's value and have a source of income. | Complete and return this application |
| Temporary Forbearance / Unemployment Plan | Temporarily make a lower monthly payment for a specific time period. | You are temporarily unemployed, have unemployment benefits and / or other income, but you need help while you are between jobs. | |

NMLS # 1852                                                                                      HDILMDM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

8-814-43264-0000008-001-6-000-001-000-000



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners Is What We Do!*™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

03/07/2016

Loan Number: 7655508885



| Solutions for **Giving Back or Selling the Property** and avoiding the stress of foreclosure | | | |
|---|---|---|---|
| Solution | How it Works | May Apply to You IF... | What To Do |
| Deed-in-Lieu of Foreclosure | Transfer ownership and the property deed to us and cancel your debt. In many cases we can also provide you **cash** to assist with relocation. | (i) You can't afford your home.<br>(ii) Modification options don't apply to you or do not match your needs.<br>(iii) You would like a quicker way to get out of the property without the hassle of a short sale. | Complete and return this application |
| Short Sale | Find a buyer and sell your home to settle the debt with Ocwen. If you qualify, **relocation assistance** may be available. | You can't afford your monthly mortgage payments and your home is worth less than the amount you owe. | |

NMLS # 1852

HDILMDM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

8-814-43264-0000008-001-7-000-001-000-000



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL  33409
Toll Free: (800) 746 - 2936

03/07/2016

Loan Number: 7655508885



### Important Application Information

To avoid delays, please make sure **all** pages are complete, accurate and signed or initialed where indicated.

- ☐ Send all forms and documents <u>at ONE time</u> and send ALL pages of requested documents.
- ☐ KEEP A COMPLETE COPY OF WHAT YOU SEND TO US.
- ☐ Be sure to INITIAL, SIGN and DATE forms as indicated.
- ☐ **The faster you apply, the faster we reply.**

### Where to Send Your Application

**Fax or Email** - for *fastest* processing        or        **Regular Mail**

Fax: 407-737-6352
Email: **rma@ocwen.com**

Ocwen Loan Servicing
Attn: Home Retention Department
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

**Questions?** Call us toll-free at **(800) 746-2936**.
Monday through Friday 8:00 am to 9:00 pm ET, Saturday 8:00 am to 5:00 pm ET and Sunday 9:00 am to 9:00 pm ET.
Bhavin Jain has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents.

### If Your Loan is in Foreclosure

- ■ A Complete Application includes all required forms and ALL requested documentation.
- ■ NOTE TO BORROWERS WITH A FORECLOSURE SALE SCHEDULED IN THE NEXT 37 DAYS:
  If we receive your Complete Application for modification* at least 7 business days before a scheduled foreclosure sale date, we will not complete the foreclosure action until we review and decision your application.
  *This ONLY applies if you wish to keep your property. Foreclosure sales scheduled in the next 37 days cannot be stopped if you wish to give back or sell your property.
- ■ You may be evaluated for loss mitigation option and have the property pursued for foreclosure  at the same time. However, once we have determined that a complete package has been submitted, we will not refer your loan to foreclosure or proceed with a foreclosure sale, until we have completed an evaluation for all types of foreclosure alternatives. You may receive foreclosure / eviction notices - delivered by mail or in person - or you may see steps being taken to proceed with a foreclosure sale of your home. IMPORTANT - **To protect your rights** under applicable foreclosure law, you may need to respond to these foreclosure notices or take other actions .
- ■ Upon acceptance of a modification Trial Payment Plan (TPP) and for the duration of the TPP, Ocwen will take those actions within its authority that are necessary to halt further activity and events in the foreclosure process, whether judicial or non-judicial, including but not limited to refraining from scheduling a foreclosure sale or causing a judgment to be entered. However, please be aware that there are certain circumstances which prevent Ocwen from being able to suspend further foreclosure activity.
- ■ If you have any questions about the foreclosure process, call us toll-free at (800) 746-2936. We also encourage you to contact a lawyer or housing counselor for questions about the consequences of foreclosure.

### After You Apply

**Application reviews can take up to 30 days from the date the complete package is received.  We will be sure to let you know when our review is complete.**

For more information, please see the **Frequently Asked Questions** (Section 19) and information provided within this RMA.

Sincerely,
Loan Servicing



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL  33409
Toll Free: (800) 746 - 2936



03/07/2016      Loan Number: 7655508885

## REQUEST FOR MORTGAGE ASSISTANCE (RMA) / HARDSHIP AFFIDAVIT
### Application Checklist

👫 **ALL** borrowers and applicants must complete or provide

⚠️ Special Instructions

📝 Forms that must be **signed**

| SECTION | FORM NAME | REQUIREMENTS |
|---|---|---|
| 1 | ☐ STATEMENT OF INTENTION  👫 | |
| 2 | ☐ BORROWER INFORMATION FORM  👫 | |
| 3 | ☐ PROPERTY INFORMATION FORM  👫 | |
| 4 | ☐ OCCUPANCY AND RENTAL INFORMATION FORM -If rented, include **Lease Agreement** ⚠️ | |
| 4A | ☐ RENTAL PROPERTY CERTIFICATION  📝 | ONLY if property is rented or available to rent |
| 5 | ☐ OTHER PROPERTIES OWNED  👫 | |
| 6 | ☐ HOUSEHOLD ASSETS AND EXPENSES FORM  👫 | |
| 7 | ☐ MONTHLY INCOME FORM  👫 | |
| 8 | ☐ INCOME DOCUMENTATION REQUIRED  - Include necessary documents  👫 | |
| 9 | ☐ PROFIT AND LOSS FORM – see List of Documents required with application | ALL Self-Employed borrowers |
| 10 | ☐ IRS FORM 4506T-EZ-(for each borrower)  👫 ⚠️ 📝 | |
| 11 | ☐ HARDSHIP STATEMENT  👫 | |
| 12 | ☐ DODD-FRANK CERTIFICATION FORM | |
| 13 | ☐ NON BORROWER CONSENT FORM  👫 📝 | ONLY if including income for non-borrowers |
| 14 | ☐ CONSENT FOR RELEASE OF INFORMATION FORM  👫 | |
| 15 | ☐ BORROWER ACKNOWLEDGEMENT AND AGREEMENT  👫 | |
| 16 | ☐ INFORMATION FOR GOVERNMENT  MONITORING PURPOSES (Optional) 👫 | |

**Please Note:** Additional information about assistance options is available in sections 17-21, including FAQs and Homeowner's Hotline information

## IMPORTANT NOTICE TO BORROWERS

Be advised that by signing this document you understand that any documents and information you submit to your servicer in connection with the Making Home Affordable Program are under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy of your property, hardship circumstances and / or income, expenses, or assets will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution. By signing this document you certify, represent and agree that: "Under penalty of perjury, all documents and information I have provided to my Servicer in connection with the Making Home Affordable Program, including the documents and information regarding my eligibility for the program, are true and correct.

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by calling 1-877-SIG-2009 (toll-free), 202-622-4559 (fax), or www.sigtarp.gov and provide them with your name, our name as your servicer, your property address, loan number and the reason for escalation. Mail can be sent to Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L St NW, Washington, DC 20220.

8-814-43264-0000008-001-8-000-001-000-000



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL  33409
Toll Free: (800) 746 - 2936

03/07/2016

Loan Number: 7655508885



Making Home Affordable Program
Request For Mortgage Assistance (RMA)

MAKING HOME AFFORDABLE.gov



| **IMPORTANT.** When you sign and date this form, you will make important certifications, representations and agreements, including certifying that all of the information in this RMA is accurate and truthful. |
| --- |

## Section 1 — STATEMENT OF INTENTION

I want to:

☐ KEEP the property      ☐ GIVE BACK the property      ☐ SELL the property      ☐ UNSURE / No Preference

(Review all my options)

## Section 2 — BORROWER INFORMATION FORM

| Borrower(s) Name | Patsy J Harnish | | |
| --- | --- | --- | --- |
| Social Security Number | - - | - - | - - |
| Home Phone Number | ( ) - | ( ) - | ( ) - |
| Cell or Work Number | ( ) - | ( ) - | ( ) - |
| Email Address | | | |

Property Address: 19510 Carriage Ct Mounds, OK 74047-5516

Mailing Address:  If same as Property Address, check here. ☐

### Contact Information

What is the best number to reach you? ( ) _____ - _____

What is the best time to reach you? _____ am / pm

Time Zone _____

☐ Check here if your primary language is Spanish.
If checked, we will do our best to  assign a Spanish-speaking Relationship Manager.

*Marque aquí, si su lengua principal es el Español. Esta información será utilizada para tratar de asignar un Gerente de Relaciones que hable Español cuando esté disponible, después de que su documentación haya sido recibida. Si necesita ayuda para completar esta documentación, por favor llámenos al telefono listado en su estado de cuenta mensual.*

### Military Service

Is any borrower an active duty or recently discharged service member?
☐ Yes      ☐ No

Has any borrower been deployed away from his / her residence or recently received a Permanent Change of Station order?   ☐ Yes      ☐ No

Is any borrower the surviving spouse of a deceased service member who was on active duty at the time of death?   ☐ Yes      ☐ No

### Bankruptcy

Is any borrower in active bankruptcy?      ☐ Yes      ☐ No

**If Yes:**
**What chapter?**   ☐ Chapter 7      ☐ Chapter 13

Filing Date: _____

Bankruptcy case #: _____

Has your bankruptcy been discharged?      ☐ Yes      ☐ No

### Other Properties

How many single family properties, other than your principal residence, do you and / or any co-borrower(s) own individually, jointly, or with others? (total count) _____

Has the mortgage on your primary residence ever had a Home Affordable Modification Program (HAMP) trial period plan or permanent modification?
☐ Yes      ☐ No

Has the mortgage on any other property that you or any co-borrowers own had a permanent Home Affordable Modification Program (HAMP) modification?
☐ Yes      ☐ No      If yes, indicate how many? _____

Are you or any co-borrower currently in or being considered for a Home Affordable Modification Program (HAMP) trial period plan - on any property other than your primary residence?
☐ Yes      ☐ No



8-814-43264-0000008-001-10-000-001-000-000

## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL  33409
Toll Free: (800) 746 - 2936

03/07/2016

Loan Number: 7655508885



| Section 3 | PROPERTY INFORMATION FORM |
|---|---|

| **Property Residence Status** | **HOA / Condo Fees** |
|---|---|
| I consider the property my principal / primary residence.   ☐ Yes (Skip 4)   ☐ No | The property has condominium or homeowners association (HOA) fees   ☐ Yes   ☐ No |
| I currently occupy / live at the property   ☐ Yes (Skip 3A)   ☐ No | If yes, what is the total monthly amount of your HOA fees (round to the nearest dollar)?   $_____ .00 |
| Do you have any other liens on this property?   ☐ Yes (add details below)   ☐ No | Who are fees paid to?   Name: _____   Street Address: _____   City: _____   State: _____   Zip: _____ |

| Other lien details: | Other Lien | Other Lien | Other Lien |
|---|---|---|---|
| Other Lien Holder's Name / Servicer | | | |
| Balance and Interest Rate | | | |
| Loan Number | | | |
| Other Lien Holder's Phone Number | | | |

| Section 3A | If you do NOT occupy the property, please provide details about where you currently live: |
|---|---|

1. What is the total monthly rent or mortgage payment where you currently live (round to the nearest dollar)? $_____ .00
2. Have you been temporarily displaced (military, job transfer, etc.)?   ☐ Yes   ☐ No (Complete Section 4)
   A. Please describe why you are displaced _____
   B. Do you intend to stay where you currently live after your displacement ends?   ☐ Yes   ☐ No (Complete Section 4)

| Section 4 | OCCUPANCY AND RENTAL INFORMATION FORM  Complete ONLY if your application is for property which is NOT your principal residence. | If property is NOT your principal residence |
|---|---|---|

| Is this property used as a second home or seasonal home? | ☐ Yes (Skip Sections 4 and 4A) | ☐ No |
|---|---|---|
| Is the property occupied? | ☐ Yes | ☐ No |

| If Property is **Occupied** (check one) | If Property is **Not Occupied** (check one) |
|---|---|
| ☐ Rent-paying tenant (also complete Section 4A)   IMPORTANT - Be sure to include a copy of the lease! | ☐ Vacant but available for rent (also complete Section 4A on next page)   Describe efforts to rent property _____ |
| Lease start date (MM / YY) _____ | _____ Monthly Rent $ _____ .00 | ☐ No intent to rent |
| ☐ Occupied rent-free by a legal dependent, parent, or guardian | ☐ Condemned |
| ☐ Occupied rent-free by someone else | ☐ Other (describe): |



8-814-43264-0000008-001-11-000-001-000-000

## Ocwen Loan Servicing, LLC

WWW.OCWEN.COM

*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

---

03/07/2016                                                              Loan Number: 7655508885



| Section 4A | Rental Property Certification ONLY if property is rented or available to rent |
|---|---|

**By initialing below, I am requesting a mortgage modification under MHA with respect to the rental property described in this Section 3 and I hereby certify under penalty of perjury that each of the following statements is true and correct with respect to that property.**

1. I intend to rent the property to a tenant or tenants for at least five years following the effective date of my mortgage modification. I understand that the servicer, the U.S. Department of the Treasury, or their respective agents may ask me to provide evidence of my intention to rent the property during such time. I further understand that such evidence must show that I used reasonable efforts to rent the property to a tenant or tenants on a year-round basis, if the property is or becomes vacant during such five-year period.

   <u>Note</u>: The term "reasonable efforts" includes, without limitation, advertising the property for rent in local newspapers, websites or other commonly used forms of written or electronic media and / or engaging a real estate or other professional to assist in renting the property, in either case, at or below market rent.

   **This certification is effective on the earlier of the date listed below or the date the RMA is received by your servicer.**

2. The property is not my secondary residence and I do not intend to use the property as a secondary residence for at least five years following the effective date of my mortgage modification. I understand that if I do use the property as a secondary residence during such five-year period, my use of the property may be considered to be inconsistent with the certifications I have made herein. <u>Note</u>: The term "secondary residence" includes, without limitation, a second home, vacation home or other type of residence that I personally use or occupy on a part-time, seasonal or other basis.

3. I do not own more than five (5) single-family homes (i.e., one-to-four unit properties) (exclusive of my principal residence). <u>**Notwithstanding the foregoing certifications, I may at any time sell the property, occupy it as my principal residence, or permit my legal dependent, parent or grandparent to occupy it as their principal residence with no rent charged or collected, none of which will be considered to be inconsistent with the certifications made herein.**</u>



| Patsy J Harnish | | |
| Initials | Initials | Initials |
| | | Date (MM\|DD\|YY) |

---



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

03/07/2016                                                               Loan Number: 7655508885



### Section 5 — OTHER PROPERTIES OWNED
You must provide information about ALL properties that you or the co-borrower own, other than your principal residence.

If any borrowers own other properties

| | Property #1 | Property #2 | Property #3 |
|---|---|---|---|
| Property Address | | | |
| Current Property Value | $ | $ | $ |
| Mortgage Servicer Name | | | |
| Mortgage Balance | $ | $ | $ |
| Mortgage Loan Number | | | |
| 2nd Mortgage - Servicer Name | | | |
| 2nd Mortgage Balance | $ | $ | $ |
| 2nd Mortgage - Loan Number | | | |
| Property is: | ☐ Owner Occupied ☐ Renter Occupied ☐ Vacant | ☐ Owner Occupied ☐ Renter Occupied ☐ Vacant | ☐ Owner Occupied ☐ Renter Occupied ☐ Vacant |
| *If rented* - Gross Monthly Rent | $ | $ | $ |
| **Total** Monthly Mortgage Payment   If applicable, include monthly principal interest, real property taxes and insurance premiums | $ | $ | $ |

NOTE - Please attach a separate sheet with details for any additional properties

### Section 6 — HOUSEHOLD ASSETS AND EXPENSES FORM

| Combined Assets Round all figures to the nearest dollar | | Monthly Expenses Round all figures to the nearest dollar | |
|---|---|---|---|
| Total $ in Checking Account(s) | $ | Credit Cards / Installment Debt (Total Minimum Payment) | $ |
| Total $ in Savings Account(s) | $ | Child support / Alimony / Dependent Care | $ |
| Money Market Value / Amount | $ | Car Payments | $ |
| Stocks Value | $ | Mortgage payments on other Properties | $ |
| Bonds Value | $ | Bank / Finance Loan Payments | $ |
| CD's Value / Amount | $ | Student Loan Payments | $ |
| Estimated Value of Real Estate Owned | $ | Food / Household supplies | $ |
| Other Cash On Hand | $ | Utilities / Water / Sewer / Phone(s) | $ |
| Other | $ | Auto Expenses (Gas, Maintenance, Insurance, etc.) | $ |
| | | Other (For example, Medical Expenses, Out of Pocket Insurance Premiums, etc.) | $ |
| **Assets TOTAL** | $_____ , _____.00 | **Expenses TOTAL** | $_____.00 |

RMA / HARDSHIP AFFIDAVIT – Other Properties Owned / Household Assets & Expenses



8-814-43264-0000008-001-13-000-001-000-000

## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!*™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

03/07/2016

Loan Number: 7655508885



| Section 7 | MONTHLY INCOME FORM |
|---|---|
| | Round all figures to the nearest dollar |

**ALL figures** should represent the total amount received **per month** for that income category

| | Patsy J Harnish | | |
|---|---|---|---|
| BASE PAY / SALARY (Monthly Gross Amount before deductions) | $ | $ | $ |
| Hire Date | ___\|___\|___ MM  DD  YY | ___\|___\|___ MM  DD  YY | ___\|___\|___ MM  DD  YY |
| How often are you paid? | ☐ Weekly  ☐ Monthly  ☐ Every 2 weeks  ☐ Twice a month | ☐ Weekly  ☐ Monthly  ☐ Every 2 weeks  ☐ Twice a month | ☐ Weekly  ☐ Monthly  ☐ Every 2 weeks  ☐ Twice a month |
| Do you have more than one employer? | ☐ Yes  ☐ No | ☐ Yes  ☐ No | ☐ Yes  ☐ No |
| OVERTIME PAY (Average per month) | $ | $ | $ |
| BONUS (Average per month) | $ | $ | $ |
| TIPS (Average per month) | $ | $ | $ |
| COMMISSIONS (Average per month) | $ | $ | $ |
| SELF-EMPLOYMENT INCOME (Average net per month) | $ | $ | $ |
| UNEMPLOYMENT BENEFITS | $ | $ | $ |
| PUBLIC ASSISTANCE / FOOD STAMPS | $ | $ | $ |
| SOCIAL SECURITY RETIREMENT BENEFITS | $ | $ | $ |
| SOCIAL SECURITY SURVIVOR BENEFITS | $ | $ | $ |
| DISABILITY BENEFITS: (check one) ☐ Less than 1 Year  ☐ 1 Year or Greater | $ | $ | $ |
| SUPPLEMENTAL SECURITY INCOME (SSI) | $ | $ | $ |
| PENSIONS, ANNUITIES, OR RETIREMENT PLANS | $ | $ | $ |
| WORKER'S COMPENSATION | $ | $ | $ |
| ALIMONY * | $ | $ | $ |
| CHILD SUPPORT * | $ | $ | $ |
| MONTHLY GROSS RENTAL INCOME FROM ALL PROPERTIES | $ | $ | $ |
| OTHER INCOME – EXAMPLES: INVESTMENT, INTEREST, DIVIDENDS, ROYALTY, ETC. | $ | $ | $ |
| **TOTAL (GROSS INCOME)** | $_____.00 | $_____.00 | $_____.00 |

*You are NOT required to disclose alimony, child support or separate maintenance income.



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

03/07/2016                                                                       Loan Number: 7655508885



| Section 8 | INCOME DOCUMENTATION REQUIRED |
|---|---|
| | ANY and ALL borrowers must report and provide evidence of ALL income sources |

**IMPORTANT** – Avoid processing delays by providing COMPLETE documentation as described below.
Include ALL pages of any statements.

| Income Record Type | What EACH borrower should provide |
|---|---|
| ☐ PROFIT AND LOSS STATEMENT *If Self-Employed only* | 1. Either the last **three** monthly profit and loss statements OR one for the most recent quarter OR complete Section 9.<br>2. Include only BUSINESS related gross / net income and itemized expenses.<br>3. Copy of the **most recently filed** tax return including ALL schedules and K-1, if applicable.*<br>4. Copy of **two** most recent consecutive business bank statements dated within 90 days |
| ☐ BASE PAY – SALARY / HOURLY WAGE INCOME | **Two** most recent paystubs dated within 90 days. At least one must show at least 30 days of Year-to-Date income. |
| ☐ OVERTIME PAY, BONUS, TIPS, COMMISSIONS, HOUSING ALLOWANCE | If not clearly evident on your pay stub, provide documentation from the employer that describes the income amount, frequency and duration. |
| ☐ UNEMPLOYMENT BENEFITS | Documentation showing the amount, frequency and duration of benefits that have begun or will begin in 60 days<br>• Examples include letters, exhibits or benefits statement from the provider<br>• If unemployment benefits ended within the last 6 months, provide the latest unemployment statement. |
| ☐ PUBLIC ASSISTANCE & FOOD STAMPS; SOCIAL SECURITY RETIREMENT, SURVIVORS, OR DISABILITY BENEFITS; SUPPLEMENTAL SECURITY INCOME; WORKER'S COMPENSATION; PENSIONS, ANNUITIES, OR RETIREMENT PLANS; AND / OR ADOPTION ASSISTANCE | Documentation showing the amount and frequency of benefits<br>• Examples include letters, exhibits, disability policy or benefits statement(s) from provider **AND** proof of payment receipt (such as **two** most recent bank statements or **two** deposit advices)<br>• For Public Assistance, include the award letter indicating the amount and frequency. |
| ☐ ALIMONY, CHILD SUPPORT, OR SEPARATION MAINTENANCE PAYMENTS | 1. Copy of divorce decree, separation agreement, or other written legal agreement filed with the court documents must show the amount of payments AND the period of time that you are entitled to payment(s) AND<br>2. Copies of **two** most recent bank statements, deposit advices showing receipt of payment, cancelled checks, or court documentation demonstrating the payment history. All documentation must be dated within 90 days.<br><br>**NOTE** – Alimony, child support or separate maintenance income <u>need not be disclosed</u> if you do not choose to have it considered for repaying your mortgage debt. |
| ☐ (MONTHLY GROSS) INCOME FROM RENTAL PROPERTIES | Most Recent Federal Tax Return with all schedules, including Schedule E*<br><br>**NOTE** – If rental income is not reported on Tax Schedule E, include a copy of the current Lease Agreement (ALL pages) AND **two** bank statements showing deposit of rent checks. |
| ☐ OTHER INCOME – INVESTMENT, INTEREST, DIVIDENDS, ROYALTY, ETC. | Proof of payment receipt (such as **two** most recent bank statements or deposit advices). Must include source, amount and frequency. |



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

03/07/2016                                          Loan Number: 7655508885



| **Section 9** | **PROFIT AND LOSS FORM (P&L)** | For Borrowers With |
|---|---|---|
| | A separate form is required for EACH self-employed borrower and EACH business | Self-Employment Income ONLY |

- ■  A separate P&L is required for each business where the borrower has at least 25% ownership. This form is only a guide; borrowers can submit their own P&L so long as it contains the required information.
- ■  You must also provide a copy of your most recently-filed federal tax return, including ALL schedules and K-1, if applicable.

Statement Year (YYYY): _____   Start date (MM|YY): _____|_____   End Date(MM|YY): _____|_____

**Must cover a minimum of 3 calendar months or the most recent calendar quarter.**

Business Name: _____

Business Address:   Street: _____

City: _____   State: _____   Zip: _____

Other Owner(s): _____   Partnership Share: _____ %

### Gross Receipts / Business Income (round all figures to the nearest dollar)

| Items | Description (optional) | Amount |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | **Total Income** | $_____.00 |

### Expenses (round all figures to the nearest dollar)
Do NOT include any depreciation as an expense or any personal (non-business) expenses
Do NOT include any wages paid to owners

| | | | | |
|---|---|---|---|---|
| 1. | Advertising | $ | 12. Rent or lease: | |
| 2. | Car and truck expenses | $ | a.  Vehicles, machinery and equipment | $ |
| 3. | Commissions and fees | $ | b.  Other business property | $ |
| 4. | Contract labor | $ | 13. Repairs and maintenance | $ |
| 5. | Depletion / Depreciation | $ | 14. Supplies | $ |
| 6. | Employee benefit programs | $ | 15. Taxes and licenses | $ |
| 7. | Insurance (other than health) | $ | 16. Travel, meals and entertainment: | |
| 8. | Interest: | | a.  Travel | $ |
| | a.  Mortgage | $ | b.  Deductible meals and entertainment | $ |
| | b.  Other | $ | 17. Utilities | $ |
| 9. | Legal and professional services | $ | 18. Wages (less employment credits) | $ |
| 10. | Office expenses | $ | 19. Other expenses | $ |
| 11. | Pension and profit-sharing plans | $ | **Total Expenses** $_____.00 | |
| | | | **Net Profit** (Total Income minus Total Expenses) $_____.00 | |

RMA / HARDSHIP AFFIDAVIT – Profit and Loss Form (P&L)



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL  33409
Toll Free: (800) 746 - 2936

03/07/2016

Loan Number: 7655508885



| Section 10 | IRS FORM 4506T-EZ |
|---|---|

### Form **4506T-EZ** — Short Form Request for Individual Tax Return Transcript

(Rev. August 2014)

Department of the Treasury
Internal Revenue Service

OMB No. 1545-2154

▶ **Request may not be processed if the form is incomplete or illegible.**
▶ **For more information about Form 4506T-EZ, visit** *www.irs.gov/form4506tez.*

**Tip.** Use Form 4506T-EZ to order a 1040 series tax return transcript free of charge, or you can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get Transcript of Your Tax Records" under "Tools" or call 1-800-908-9946.

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first. | **1b** First social security number or individual taxpayer identification number on tax return |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the transcript is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.

| Third party name | Telephone number |
|---|---|
| **Ocwen Loan Servicing, LLC** Address (including apt., room, or suite no.), city, state, and ZIP code | |

**ATTN: Home Retention Department, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409**

**Caution.** If the tax transcript is being mailed to a third party, ensure that you have filled in line 6 before signing. Sign and date the form once you have filled in this line. Completing this step helps to protect your privacy. Once the IRS discloses your IRS transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

**6** **Year(s) requested.** Enter the year(s) of the return transcript you are requesting (for example, "2008"). Most requests will be processed within 10 business days.

| 2012 | 2013 | 2014 | |
|---|---|---|---|

**Note.** *If the IRS is unable to locate a return that matches the taxpayer identity information provided above, or if IRS records indicate that the return has not been filed, the IRS will notify you or the third party that it was unable to locate a return, or that a return was not filed, whichever is applicable.*

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am the taxpayer whose name is shown on either line 1a or 2a. If the request applies to a joint return, **either** spouse must sign. **Note.** *For transcripts being sent to a third party, this form must be received within 120 days of the signature date.*

Phone number of taxpayer on line 1a or 2a

| **Sign Here** | Signature (see instructions) | Date |
|---|---|---|
| | Spouse's signature | Date |

For Privacy Act and Paperwork Reduction Act Notice, see page 2.

Cat. No. 54185S

Form **4506T-EZ** (Rev. 08-2014)

RMA / HARDSHIP AFFIDAVIT – IRS Form 4506T-EZ



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 – 2936

03/07/2016                                                                Loan Number: 7655508885

## Section 10                     IRS FORM 4506T-EZ (PAGE 2)



Form 4506T-EZ (Rev. 08-2014)                                                              Page **2**

Section references are to the Internal Revenue Code unless otherwise noted.

**Future Developments**

For the latest information about developments related to Form 4506T-EZ, such as legislation enacted after it was published, go to *www.irs.gov/form4506tez*.

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Individuals can use Form 4506T-EZ to request a tax return transcript for the current and the prior three years that includes most lines of the original tax return. The tax return transcript will not show payments, penalty assessments, or adjustments made to the originally filed return. You can also designate (on line 5) a third party (such as a mortgage company) to receive a transcript. Form 4506T-EZ cannot be used by taxpayers who file Form 1040 based on a tax year beginning in one calendar year and ending in the following year (fiscal tax year). Taxpayers using a fiscal tax year must file Form 4506-T, Request for Transcript of Tax Return, to request a return transcript.

Use Form 4506-T to request tax return transcripts, tax account information, W-2 information, 1099 information, verification of non-filing, and record of account.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get Transcript of Your Tax Records" under "Tools" or call 1-800-908-9946.

**Where to file.** Mail or fax Form 4506T-EZ to the address below for the state you lived in when the return was filed.

If you are requesting more than one transcript or other product and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

| If you filed an individual return and lived in: | Mail or fax to the "Internal Revenue Service" at: |
| --- | --- |
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | RAIVS Team Stop 6716 AUSC Austin, TX 73301 512-460-2272 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | RAIVS Team Stop 37106 Fresno, CA 93888 559-456-7227 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | RAIVS Team Stop 6705 P-6 Kansas City, MO 64999 816-292-6102 |

**Line 1b.** Enter your employer identification number (EIN) if your request relates to a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, include it on this line.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note.** If the address on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address.

**Signature and date.** Form 4506T-EZ must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the information be sent to a third party, the IRS must receive Form 4506T-EZ within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.

Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506T-EZ exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. If you request a transcript, sections 6103 and 6109 require you to provide this information, including your SSN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506T-EZ will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 9 min.; **Preparing the form,** 18 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506T-EZ simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see *Where to file* on this page.

RMA / HARDSHIP AFFIDAVIT – IRS Form 4506T-EZ (PAGE 2)



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 – 2936

03/07/2016                                                                                    Loan Number: 7655508885



| Section 11 | HARDSHIP STATEMENT |
|---|---|

Date hardship began (MM|YY): _____|_____

I / We believe my situation is: ☐ Short-term (Under 6 months)   ☐ Medium-term (6-12 months)   ☐ Long-term or permanent Hardship ( 12 months +)

Has the reason for your hardship reason been resolved? ☐ Yes ☐ No

I am / We are requesting review for mortgage assistance.
I am / We are having difficulty in making my monthly payments because of financial difficulties created by the following:

| Reason for Hardship<br>Check ALL that apply below and add description if needed | Documentation Needed<br>Documents to include with your application |
|---|---|
| ☐ My household income has declined | No hardship documentation required |
| ☐ Reduction in hours with current employer<br>  ☐ Current Year   ☐ Prior Year | No hardship documentation required |
| ☐ My expenses have increased | No hardship documentation required |
| ☐ My cash reserves, including all liquid assets, are insufficient to maintain my current mortgage payment and cover basic living expenses at the same time. | No hardship documentation required |
| ☐ My monthly debt payments are excessive and I am overextended with my creditors. Debt includes credit cards, home equity or other debt. | No hardship documentation required |
| ☐ Death of primary or secondary wage earner | ☐ Death Certificate (Required for any deceased borrower.); OR<br>☐ Obituary or newspaper article reporting the death |
| ☐ Divorce / separation | ☐ Divorce Decree copy signed by the court; OR<br>☐ Separation Agreement copy signed by the court; OR<br>☐ Current credit report copy evidencing divorce, separation, or non-occupying borrower has a different address; OR<br>☐ Recorded Quit Claim Deed copy evidencing that the non-occupying Borrower or Co-Borrower has relinquished all rights to the property |
| ☐ Disability or serious injury of a borrower or family member | ☐ Proof of monthly insurance benefits or government assistance (if applicable); OR<br>☐ Written statement or other documentation verifying Disability; OR<br>☐ Doctor's certificate of injury or Disability OR<br>☐ Copies of Medical Bills |
| ☐ Disaster (natural or man-made) adversely impacting my property or place of employment | ☐ Insurance claim; OR<br>☐ Federal Emergency Management Agency grant or Small Business Administration loan; OR<br>☐ Borrower or employee property located in a Federally Declared Disaster Area |
| | ☐ For active-duty Service members: Notice of Permanent Change of Station (PCS) or actual PCS orders. |
| ☐ Distant Employment Transfer / Relocation | ☐ For employment transfer / new employment:<br>  ☐ Signed offer letter copy or notice from employer showing transfer to a new employment location: OR<br>  ☐ Paystub from new employer; OR<br>  ☐ If none above apply, provide written explanation<br>☐ In addition to the above, documentation showing the amount of any relocation assistance provided, if applicable (not required for those with PCS orders). |

RMA / HARDSHIP AFFIDAVIT – Hardship Statement, page 1



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL  33409
Toll Free: (800) 746 - 2936



03/07/2016                                                                 Loan Number: 7655508885

| Section 11 | HARDSHIP STATEMENT |
|---|---|

| | |
|---|---|
| ☐ Business failure | ☐ Federal Tax Return from the previous year (including all schedules) AND<br>☐ Proof of business failure supported by one of the following:<br>☐ Bankruptcy filing for the business; OR<br>☐ Two months recent Bank Statement for the business account evidencing cessation of business activity; OR<br>☐ Most recent signed and dated quarterly or year-to-date Profit and Loss statement |
| ☐ Medical expenses, surgeries, extended illness or disease | ☐ Written statement or other documentation verifying illness; OR<br>☐ Doctor's certificate of illness; OR<br>☐ Copy of the Medical bills<br>*None of the above shall require providing detailed medical information |
| ☐ I am unemployed and receiving benefits<br>☐ I am / was receiving unemployment benefits from<br>___\|___\|___ to ___\|___\|___<br>Start Date ( MM\|DD\|YY )    End Date ( MM\|DD\|YY ) | No hardship documentation required |
| ☐ I am unemployed and NOT receiving benefits | No hardship documentation required |
| ☐ Other Hardship(s) – describe below: | ☐ Written explanation describing the details of the hardship and relevant documentation.  Space provided below. |
| **Hardship Explanation (continue on a separate sheet of paper if necessary)** | |
| | |

| Section 12 | DODD-FRANK CERTIFICATION FORM (REQUIRED) |
|---|---|

The following information is requested by the federal government in accordance with the Dodd-Frank Wall Street Reform and Consumer Protection Act (Pub. L. 111-203) **You are required to furnish this information**. The law provides that no person shall be eligible to begin receiving assistance from the Making Home Affordable Program, authorized under the Emergency Economic Stabilization Act of 2008 (12 U.S.C. 5201 et seq.) or any other mortgage assistance program authorized or funded by that Act, if such person, in connection with a mortgage or real estate transaction, has been convicted, within the last 10 years, of any one of the following: (A) Felony larceny, theft, fraud, or forgery, (B) Money laundering or (C) Tax evasion.

I / we certify under penalty of perjury that I / we have not been convicted within the last 10 years of any one of the following in connection with a mortgage or real estate transaction:

    (A) Felony, larceny, theft, fraud, or forgery,
    (B) Money laundering or
    (C) Tax evasion.

I / we understand that the servicer, the U.S. Department of the Treasury, or their respective agents may investigate the accuracy of my statements by performing routine background checks, including automated searches of federal, state and county databases, to confirm that I / we have not been convicted of such crimes. I / we also understand that knowingly submitting false information may violate Federal law.

This certification is effective on the earlier of the date listed below or the date this RMA is received by the servicer.



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936



03/07/2016                                                                    Loan Number: 7655508885

---

| **Section 13** | **NON-BORROWER CONSENT FORM** Complete if including income from a non-borrower (person(s) not on loan) | If non-borrower earnings are used as income |
| --- | --- | --- |

**IMPORTANT - Ocwen cannot consider non-borrower income UNLESS this authorization form is completed.**

A **non-borrower** is defined as someone who lives at the borrower's primary residence, but is not on the original mortgage loan / note (and may or may not be on the original security instrument), but whose income is used to support the mortgage payment or monthly expenses.
- Ocwen will review credit report(s) for any non-borrower whose income is included in the mortgage assistance application.
- This form authorizes Ocwen to pull a credit report and verify that the income from this non-borrower has not been used for a prior modification.

**Note:** Without these authorizations, non-borrower income cannot be considered and may result in a delay in processing your application.

| Non-Borrower 1 | Non-Borrower 2 |
| --- | --- |
| Print Name _____ | Print Name _____ |
| _____-_____-_____      \|_____\|_____\| | _____-_____-_____      \|_____\|_____\| |
| Social Security Number      Date of Birth (MM\|DD\|YY) | Social Security Number      Date of Birth (MM\|DD\|YY) |

**Acknowledgements**. **This must be completed, but will only be used if being evaluated for the Government's Making Home Affordable Program.**
- I understand that Ocwen will pull a current credit report on all non-borrowers whose income is submitted.
- I confirm that my income was not utilized in a prior modification.

| SIGN HERE ▶ | Non-Borrower 1 Signature    Date(MM\|DD\|YY) | SIGN HERE ▶ | Non-Borrower 2 Signature    Date(MM\|DD\|YY) |

---

| **Section 14** | **CONSENT FOR RELEASE OF INFORMATION FORM** |
| --- | --- |

**Third-Party Authorization Form**

| Ocwen Loan Servicing, LLC | 7655508885 |
| --- | --- |
| Mortgage Lender / Servicer Name ("Servicer") | Account / Loan Number |

By signing below, Borrower and Co-Borrower (if any) (individually and collectively, "Borrower" or "I"), authorize the above Servicer, its partners or affiliates and the third parties listed below (individually and collectively, "Third Party") to obtain, share, release, discuss and otherwise provide to and with each other, public and non-public personal information contained in or related to the mortgage loan of the Borrower. This information may include (but is not limited to) the name, address, telephone number, social security number, credit score, credit report, income, government monitoring information, loss mitigation application status, account balances, program eligibility and payment activity of the Borrower.

| Counseling Agency | State HFA Entity | Other Third Party     Relationship to Borrower(s) |
| --- | --- | --- |
| Agency Contact Name & Phone Number | State HFA Contact Name & Phone Number | Third Party Contact Name & Phone Number |
| Agency Email Address | State HFA Email Address | Third Party Email Address |

☐ I / We do not wish to authorize any third parties to receive information about the mortgage
- Hardest Hit Fund Programs by Servicer or State HFA to the U.S. Department of the Treasury or their agents in connection with their responsibilities under the Emergency Economic Stabilization Act.
- Ocwen will take reasonable steps to verify the identity of a Third Party, but has no responsibility or liability to verify the identity of such Third Party. Ocwen also has no responsibility or liability for what a Third Party does with such information.
- This Third-Party Authorization is valid when signed by ALL borrowers and co-borrowers named on the mortgage. Authorization remains valid until Ocwen receives a written revocation signed by any borrower or co-borrower.

**I UNDERSTAND AND AGREE WITH THE TERMS OF THIS THIRD-PARTY AUTHORIZATION.**

| SIGN HERE ▶ | Patsy J Harnish Signature    Date(MM\|DD\|YY) | SIGN HERE ▶ | Signature    Date(MM\|DD\|YY) |
| SIGN HERE ▶ | Signature    Date(MM\|DD\|YY) | | |



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

03/07/2016                                                                    Loan Number: 7655508885



| Section 15 | BORROWER ACKNOWLEDGEMENT AND AGREEMENT |
|---|---|
| | PAGE 1 OF 2 |

1. I certify that all of the information in this package is truthful and the hardship(s) identified above has contributed to submission of this request for mortgage relief.

2. I understand and acknowledge that the Servicer, the U.S. Department of the Treasury (if applying for a Making Homes Affordable (MHA) program*), the owner or guarantor of my mortgage loan, their respective agents, or an authorized third party** may investigate the accuracy of my statements, may request me to provide additional supporting documentation and that knowingly submitting false information may violate Federal and other applicable law.

3. I authorize and give permission to the Servicer, the U.S. Department of the Treasury (if applying for a MHA program*), their respective agents, or an authorized third party** to assemble and use a current consumer report on all borrowers obligated on the loan, to investigate each borrower's eligibility for mortgage assistance and the accuracy of my statements and any documentation that I provide in connection with my request for assistance. I understand that these consumer reports may include, without limitation, a credit report and be assembled and used at any point during the application process to assess each borrower's eligibility thereafter.

4. I understand that if I have intentionally defaulted on my existing mortgage, engaged in fraud or if it is determined that any of my statements or any information contained in the documentation that I provide are materially false and that I was ineligible for assistance under MHA or any other mortgage relief program, the Servicer, the U.S. Department of the Treasury (if applying for a MHA program*), or their respective agents may terminate my participation in MHA or any other mortgage relief program, including any right to future benefits and incentives that otherwise would have been available under the program and also may seek other remedies available at law and in equity, such as recouping any benefits or incentives previously received and pursuing foreclosure.

5. I certify that any property for which I am requesting assistance is a habitable residential property that is not subject to a condemnation notice. I certify that unless I have previously notified the Servicer and I am currently seeking an assumption of the mortgage, there has been no change in the ownership of the Property since the original mortgage documents for the property in which I am seeking relief were signed.

6. I certify that I am willing to provide all requested documents and to respond to all Servicer, their agents or authorized third party** communications in a timely manner. I understand that time is of the essence.

7. I understand that the Servicer will use the information I provide to evaluate my eligibility for available relief options and foreclosure alternatives, but the Servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.

8. If applicable to the program for which my loan is under review, I am willing to commit to credit counseling if it is determined that my financial hardship is related to excessive debt.

9. If I am eligible for assistance under MHA or any other mortgage relief program and I accept and agree to all terms of any notice, plan, or agreement, I also agree that:

   a. The terms of this Acknowledgment and Agreement are incorporated into such notice, plan, or agreement by reference as if set forth therein in full.

   b. My first timely payment, if required, following my Servicer's determination and notification of my eligibility or prequalification for assistance will serve as my acceptance of the terms set forth in the notice, plan, or agreement sent to me.

   c. The Servicer's acceptance of any payments under the plan will not be a waiver of any acceleration of my loan or foreclosure action that has occurred and will not cure my default unless such payments are sufficient to completely cure my entire default under my loan.

   d. Payments due under a trial period plan for a modification will contain escrow accounts.  If I was not previously required to pay escrow amounts and my trial period plan contains escrow amounts, I agree to the establishment of an escrow account and agree that any prior waiver is revoked. Payments due under a repayment plan or forbearance plan may or may not contain escrow amounts; I agree to the establishment of an escrow account and agree that any prior escrow waiver is revoked.

10. I understand that my Servicer, their agents or authorized third party** will collect and record personal information that I submit in this package and during the evaluation process, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, government monitoring information and information about my account balances and activity.  I understand and consent to the Servicer's, their agents or authorized third party's**, as well as any investor or guarantor's, disclosing my personal information and the terms of any mortgage assistance or foreclosure alternative to the following:

   a. The U.S. Department of the Treasury and its agents, Fannie Mae and Freddie Mac in connection with their responsibilities under MHA, or any companies that perform support services in conjunction with MHA;

   b. Any investor, insurer, guarantor, or servicer that owns, insures, guarantees, or services my first lien or subordinate lien (if applicable) mortgage loan(s) or any companies that perform support services to them; and

   c. Any HUD-certified housing counselor.

RMA / HARDSHIP AFFIDAVIT – Borrower Acknowledgement and Agreement Page 1



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

03/07/2016      Loan Number: 7655508885



| Section 15 | BORROWER ACKNOWLEDGEMENT AND AGREEMENT |
|---|---|
| | PAGE 2 OF 2 |

11. NOTICE TO TEXAS BORROWERS: If the loan you are requesting to modify is a Texas Home Equity Loan or Line of Credit, your loan might not be eligible for a modification due to state law regulations concerning allowable modification terms. However, please proceed with submitting your package for review so we can examine your financial situation and your loan to determine the best available mortgage relief option.

12. I understand the Servicer will not refer the loan to foreclosure or conduct the foreclosure sale if already referred while under review for mortgage assistance. However, the court having jurisdiction or the public official charged with carrying out the foreclosure may fail or refuse to halt the sale. The review for a MHA program, or any other mortgage assistance program, will not begin until all required documentation is received. I understand that any fee charged in connection with a property valuation will be assessed to my account.

13. I understand that in order to be reviewed for a foreclosure alternative, all required documentation must be received no later than seven (7) business days prior to a scheduled foreclosure sale date. **Exception for California**: As required by state law, if your property is located in the state of California and your scheduled foreclosure sale is within seven (7) business days, the review of your loan for a foreclosure alternative is subject to different timeframes. Please contact us at (800) 746-2936 to discuss.

14. **I consent to being contacted concerning this request for mortgage assistance at any e-mail address or cellular or mobile telephone number I have provided to the Servicer. This includes text messages and telephone calls to my cellular or mobile telephone. The undersigned certifies under penalty of perjury that all statements in this document are true and correct.**

*Ocwen is a participating servicer in the federal government's Making Homes Affordable (MHA) program. This includes the Home Affordable Modification Program (HAMP), Home Affordable Foreclosure Alternatives (HAFA) and the Home Affordable Unemployment Program (HAUP). If allowed by your investor and other requirements are met, your loan could be reviewed for eligibility in these programs. If you are not eligible, there are other mortgage assistance programs for which your loan will be reviewed.

**An authorized third party may include, but is not limited to, a counseling agency, Housing Finance Agency (HFA), Consumer Finance Protection Bureau (CFPB), or other similar entity that is assisting in obtaining a foreclosure prevention alternative or ensuring on behalf of the borrower that all mortgage relief options were properly reviewed and offered.

| SIGN HERE | Patsy J Harnish Signature | Date(MM|DD|YY) |  SIGN HERE | Signature | Date(MM|DD|YY) |
|---|---|---|---|---|---|
| SIGN HERE | Signature | Date(MM|DD|YY) | | | |

| Section 16 | INFORMATION FOR GOVERNMENT MONITORING PURPOSES | (Optional) |
|---|---|---|

The following information is requested by the federal government in order to monitor compliance with federal statutes that prohibit discrimination in housing. **You are not required to furnish this information, but are encouraged to do so. The law provides that a lender or servicer may not discriminate either on the basis of this information, or based on whether you choose to furnish it.** If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person. **If you do not wish to furnish the information, please check the first box below.**

| BORROWER | | CO-BORROWER | |
|---|---|---|---|
| I do not wish to furnish this information | | I do not wish to furnish this information | |
| **Ethnicity** | ☐ Hispanic or Latino | **Ethnicity** | ☐ Hispanic or Latino |
| | ☐ Not Hispanic or Latino | | ☐ Not Hispanic or Latino |
| **Race** | ☐ American Indian or Alaska Native | **Race** | ☐ American Indian or Alaska Native |
| | ☐ Asian | | ☐ Asian |
| | ☐ Black or African American | | ☐ Black or African American |
| | ☐ Native Hawaiian or Other Pacific Islander | | ☐ Native Hawaiian or Other Pacific Islander |
| | ☐ White | | ☐ White |
| **Sex** | ☐ Female | **Sex** | ☐ Female |
| | ☐ Male | | ☐ Male |



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936



03/07/2016                                                    Loan Number: 7655508885

| Section 17 | HOMEOWNER'S HOTLINE |
|---|---|

If you have questions about this document or the Making Home Affordable Program, please call your servicer.

If you have questions about the program that your servicer cannot answer or need further counseling, you can call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673).

The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.



| Section 18 | BEWARE OF FORECLOSURE RESCUE SCAMS. HELP IS FREE! |
|---|---|

Beware of Foreclosure Rescue Scams.

There is never a fee to get assistance or information about the Making Home Affordable Program from your lender or a HUD-approved housing counselor. Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.  Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt. Never make your mortgage payments to anyone other than your mortgage company without their approval.





**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 – 2936

03/07/2016                                                                 Loan Number: 7655508885

| Section 19 | FREQUENTLY ASKED QUESTIONS |
|---|---|



1. **Will I be evaluated for the Home Affordable Modification Program (HAMP) when I submit my Request for Modification Assistance (RMA)?**
Once we receive your **complete** RMA, we will evaluate your loan for the Home Affordable Modification Program (HAMP) if you are eligible.  Otherwise we will evaluate you for an "in-house" loan modification.

2. **I've seen ads offering to help me avoid foreclosure for a fee. Will it cost money to get help?**
<u>There should never be a fee</u> from Ocwen or any qualified counselor to obtain assistance or information about foreclosure prevention options. Unfortunately, foreclosure prevention has become a target for scam artists. Be wary of companies or individuals offering to help you for a fee. Never send a mortgage payment to any company other than the one listed on your monthly mortgage statement or one designated to receive your payments under a state assistance program.  We suggest using the HUD website referenced in question 10 to locate a counselor near you. Also, please refer to the attached document called "Notice to Borrowers" for more information.

3. **What happens to my mortgage while you are evaluating my documents?**
You remain obligated to make all mortgage payments when they come due, even when we are reviewing your loan for assistance options.

4. **Will the foreclosure process begin if I do not respond to this letter?**
If you have missed four monthly payments or there is reason to believe the property is vacant or abandoned and you do not supply a complete package, we may refer your mortgage to foreclosure.  In order for Ocwen to consider you for all types of foreclosure alternatives and not to refer your loan to foreclosure or go to foreclosure judgment or sale, we must receive a complete package.

5. **What happens if I have waited too long and my property has been referred to an attorney for foreclosure? Should I still contact you?**
Yes, the sooner the better! We have a number of options available even if foreclosure proceedings have started. The sooner you contact us within the foreclosure process, the greater the likelihood that we can help you. Contact us and we can tell you which programs are still available.

6. **What if my property is scheduled for a foreclosure sale in the future?**
If you submit a complete 'Request for Mortgage Assistance and Hardship Affidavit' less than 37 calendar days before a scheduled foreclosure sale, there is no guarantee we can evaluate you for a foreclosure alternative in time to stop the foreclosure sale. Even if we are able to approve you for a foreclosure alternative prior to a sale, a court with jurisdiction over the foreclosure proceeding (if any) or public official charged with carrying out the sale may not halt the scheduled sale.

7. **Will my property be sold at a foreclosure sale if I accept a foreclosure alternative?**
No. Foreclosure proceedings will be stalled once you accept a foreclosure alternative, such as a forbearance or modification. Foreclosure will only be cancelled once you complete all necessary agreements and comply with all requirements of the program.

8. **Will my credit score be affected by my late payments or being in default?**
The delinquency status of your loan will be reported to credit reporting agencies as well as your entry into a Repayment Plan, Forbearance Plan, or Trial Period Plan in accordance with the requirements of the Fair Credit Reporting Act and the Consumer Data Industry Association requirements.

9. **Will my credit score be affected if I accept a foreclosure prevention option?**
While the effect on your credit will depend on your individual credit history, credit scoring companies would generally consider entering into a plan with reduced payments as increasing your credit risk. As a result, entering into a plan with reduced payments may adversely affect your credit score, particularly if you are current on your mortgage or otherwise have a good credit score

10. **Is foreclosure prevention counseling available?**
Yes, HUD-approved counselors are available to provide you with the information and assistance you may need to avoid foreclosure. You can use the search tool at www.hud.gov/offices/hsg/sfh/hcc/fc/ to find a counselor near you.

11. **What happens once I have sent the package to you?**
After we receive your application, we will contact you within three business days to confirm that we have received it. Next, we will review your package to determine whether or not it is complete. If your application is incomplete or missing any documentation, we will notify you within five business days. Within 30 days of receiving your complete application, we will let you know what foreclosure alternatives are available to you and what your next steps are. If you submit your complete application less than 37 days prior to a scheduled foreclosure sale date, we will strive to process your request as quickly as possible. However, you may not receive a notice of incompleteness or a decision on your request prior to sale. Please submit your application as soon as possible.

RMA / HARDSHIP AFFIDAVIT – Frequently Asked Questions



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

03/07/2016                                                                                    Loan Number: 7655508885

| Section 20 | INFORMATION ABOUT DEED-IN-LIEU OF FORECLOSURE |
|---|---|



1. **What is a Deed-in-Lieu of foreclosure?**
   A Deed-in-Lieu of foreclosure (Deed-in-Lieu) is an option to settle your mortgage. You hand the property title over to your mortgage holder. This transfers ownership to them, so you both avoid a costly and time-consuming foreclosure process.

2. **Why is a Deed-in-Lieu a good option for me?**
   In many cases, a Deed-in-Lieu is a great solution for both you and Ocwen. With a Deed-in-Lieu, you could walk away with no more mortgage debt, a less negative impact on your credit than foreclosure or bankruptcy and a check for relocation assistance when you move out. Unlike a short sale, a Deed-in-Lieu does not require the time and energy associated with listing and selling your house. There are no realtors involved and you don't have to worry about getting an offer. You simply transfer the title to settle the loan.

3. **What if I have a second mortgage or other lien against my property? Do I still qualify?**
   In order to participate in the Deed-in-Lieu program, your property needs to have a clear title. This means all other mortgages, plus any liens or encumbrances on the property, must be settled or paid off. However, we can negotiate on your behalf to help settle those accounts and release other liens on your title.

4. **My home is already in foreclosure. What happens if my preference is to give back the property?**
   If foreclosure proceedings are already underway and there is a foreclosure sale date scheduled in the next 37 days, the foreclosure proceedings will not automatically be stopped if you choose to give back the property. Be sure to discuss your options with your Relationship Manager.

5. **How will a Deed-in-Lieu affect my state and federal income taxes?**
   There are possible income tax considerations, but they vary depending on the circumstances. Please contact the IRS or your tax preparer to discuss your specific tax situation.

6. **How will you report my Deed-in-Lieu to the credit bureaus?**
   We will follow standard industry practice and report to the major credit reporting agencies. We have no control over, or responsibility for, the impact of this report on your credit score. For more information, visit www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.

7. **How will a Deed-in-Lieu affect my credit report?**
   A Deed-in-Lieu program will have a negative impact on your credit report. Though it is impossible to predict the exact impact for you personally, a Deed-in-Lieu may be viewed more favorably by future creditors than a foreclosure. This is just one reason why more and more people are finding that a Deed-in-Lieu of foreclosure program is a sensible option for them.

8. **Where can I get more information about Deed-in-Lieu?**
   Call our Customer Care Center at (800) 746-2936, Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET. Or, call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673) or 1-877-304-9709 (TTY) to speak with a HUD-certified counselor.

9. **I am renting my house to tenants right now. Am I still eligible for Deed-in-Lieu?**
   Yes. Properties that are vacant or tenant occupied are now eligible for Deed-in-Lieu. This includes family members or dependents living in the property rent-free. However, if you are not living in the property, you won't be eligible for relocation assistance. Instead, your tenants would be eligible to receive relocation assistance.

10. **When will I receive my cash incentives? Where will Ocwen send my payment?**
    We will ask for your new address when we send you the final agreement and deed transfer paperwork. Make sure your new address is a physical address, not a P.O. Box. Once we receive final inspection, we cut the check and mail it to your new address.



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

03/07/2016                                                                 Loan Number: 7655508885

| Section 21 | INFORMATION ABOUT SHORT SALES |
|---|---|



1. **How does a short sale work?**
   A "short sale" is specifically designed to help borrowers who (a) Are unable to afford their first mortgage loan and (b) Want to sell their home to avoid foreclosure, but the sales price may be less than what they owe on their mortgage loan. A short sale refers to selling a home "short" of, or for less than, what is owed on the mortgage loan and using the sale proceeds to settle the full debt owed on the home. A short sale requires coordination and cooperation between several parties - the Seller, the Buyer, listing and buyer's Real Estate Agent, Settlement Agent, Mortgage Lender / Servicer and / or Mortgage Insurer.

2. **What is the Home Affordable Foreclosure Alternative (HAFA) Program – Short Sale?**
   HAFA is a government sponsored program designed to assist struggling homeowners with selling their home(s) rather than foreclosing. Ocwen actively participates in the HAFA program and reviews all short sale applications for HAFA program eligibility. All eligible HAFA requests must include a fully executed Hardship Affidavit and Dodd Frank Certificate. For those loans ineligible for HAFA, Ocwen also checks qualification for our own non-HAFA alternatives.

   *Potential HAFA benefits* – If a loan is HAFA eligible, the property occupants may be able to receive $10,000 in relocation assistance, to help with moving expenses. If applicable, those funds would be paid by the settlement agent and disclosed on the HUD-1 Settlement Statement. In some cases, sale proceeds may be higher than the amount need to pay off the full loan balance owed and approved closing costs, such that there is money left over after disbursing funds to Ocwen.

   Vacant properties may qualify for the HAFA Program, but no relocation assistance will be paid.

3. **What if the offer doesn't get approved?**
   - If your financial situation does not fit the requirements of the HAFA program, we will automatically review your account for our "in-house" short sale program. Since it is separate from the government program, we may still be able to approve you for short sale under different guidelines.
   - If the "in-house" short sale is not approved **due to unacceptable sale terms** (low sales price, excessive commission, etc.), you may be able to submit a revised purchase contract with a new sales price for review.

4. **Other important information.**
   - Keep your house and your property in good condition and cooperate with your real-estate agent to show it to potential buyers.
   - Be able to provide the buyer of your home with clear title. To start, determine if you have other loans, judgments or liens secured by your home, such as a home-equity line of credit or a second mortgage. If there are such liens, these loans will need to be paid off in full or negotiated with the lien holders to release them before the closing date. Under this program, you must make sure other lien holders will agree not to pursue other legal action related to the payoff of their lien, such as a deficiency judgment. You can get help from your broker to negotiate with the other lien holders.

5. **IRS and Credit Reporting information.**
   - We are required by law to report the difference between the remaining amount of principal owed and the amount that we receive from the sale to the Internal Revenue Service (IRS) on Form 1099C as debt forgiveness. In some cases, debt forgiveness can be taxed as income. Amounts allowed for moving expenses may also be reported as income. We suggest that you contact the IRS or your tax preparer to determine if you may have any tax liability.
   - We will follow standard industry practice and report to the major credit reporting agencies that your mortgage was settled for less than the full balance. We have no control over, or responsibility for, the impact of this reporting on your credit score.

| Form **W-9**<br>(Rev. October 2007)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification** | **Give form to the<br>requester. Do not<br>send to the IRS.** |
|---|---|---|



Name (as shown on your income tax return)

Business name, if different from above

Check appropriate box: ☐ Individual/Sole proprietor   ☐ Corporation   ☐ Partnership
☐ Limited liability company. Enter the tax classification (D=disregarded entity, C=corporation, P=partnership) ▶ _____
☐ Other (see instructions) ▶

☐ Exempt
payee

Address (number, street, and apt. or suite no.)                    Requester's name and address (optional)

City, state, and ZIP code

List account number(s) here (optional)

*Print or type*   *See Specific Instructions on page 2.*

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

or

Employer identification number

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 4.

| Sign<br>Here | Signature of<br>U.S. person ▶ | Date ▶ |
|---|---|---|

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

Definition of a U.S. person. For federal tax purposes, you are considered a U.S. person if you are:

● An individual who is a U.S. citizen or U.S. resident alien,

● A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

● An estate (other than a foreign estate), or

● A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

● The U.S. owner of a disregarded entity and not the entity,

Cat. No. 10231X                    Form **W-9** (Rev. 10-2007)

• The U.S. grantor or other owner of a grantor trust and not the trust, and

• The U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

**Foreign person.** If you are a foreign person, do not use Form W-9. Instead, use the appropriate Form W-8 (see Publication 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the payee has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

*Example.* Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a nonresident alien or a foreign entity not subject to backup withholding, give the requester the appropriate completed Form W-8.

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS 28% of such payments. This is called "backup withholding." Payments that may be subject to backup withholding include interest, tax-exempt interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1. You do not furnish your TIN to the requester,

2. You do not certify your TIN when required (see the Part II instructions on page 3 for details),

3. The IRS tells the requester that you furnished an incorrect TIN,

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the instructions below and the separate Instructions for the Requester of Form W-9.

Also see *Special rules for partnerships* on page 1.



## Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

## Specific Instructions

### Name

If you are an individual, you must generally enter the name shown on your income tax return. However, if you have changed your last name, for instance, due to marriage without informing the Social Security Administration of the name change, enter your first name, the last name shown on your social security card, and your new last name.

If the account is in joint names, list first, and then circle, the name of the person or entity whose number you entered in Part I of the form.

**Sole proprietor.** Enter your individual name as shown on your income tax return on the "Name" line. You may enter your business, trade, or "doing business as (DBA)" name on the "Business name" line.

**Limited liability company (LLC).** Check the "Limited liability company" box only and enter the appropriate code for the tax classification ("D" for disregarded entity, "C" for corporation, "P" for partnership) in the space provided.

For a single-member LLC (including a foreign LLC with a domestic owner) that is disregarded as an entity separate from its owner under Regulations section 301.7701-3, enter the owner's name on the "Name" line. Enter the LLC's name on the "Business name" line.

For an LLC classified as a partnership or a corporation, enter the LLC's name on the "Name" line and any business, trade, or DBA name on the "Business name" line.

**Other entities.** Enter your business name as shown on required federal tax documents on the "Name" line. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on the "Business name" line.

**Note.** You are requested to check the appropriate box for your status (individual/sole proprietor, corporation, etc.).

### Exempt Payee

If you are exempt from backup withholding, enter your name as described above and check the appropriate box for your status, then check the "Exempt payee" box in the line following the business name, sign and date the form.

Form W-9 (Rev. 10-2007)                                                                                     Page **3**

Generally, individuals (including sole proprietors) are not exempt from backup withholding. Corporations are exempt from backup withholding for certain payments, such as interest and dividends.

**Note.** If you are exempt from backup withholding, you should still complete this form to avoid possible erroneous backup withholding.

The following payees are exempt from backup withholding:

1. An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2),

2. The United States or any of its agencies or instrumentalities,

3. A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or instrumentalities,

4. A foreign government or any of its political subdivisions, agencies, or instrumentalities, or

5. An international organization or any of its agencies or instrumentalities.

Other payees that may be exempt from backup withholding include:

6. A corporation,

7. A foreign central bank of issue,

8. A dealer in securities or commodities required to register in the United States, the District of Columbia, or a possession of the United States,

9. A futures commission merchant registered with the Commodity Futures Trading Commission,

10. A real estate investment trust,

11. An entity registered at all times during the tax year under the Investment Company Act of 1940,

12. A common trust fund operated by a bank under section 584(a),

13. A financial institution,

14. A middleman known in the investment community as a nominee or custodian, or

15. A trust exempt from tax under section 664 or described in section 4947.

The chart below shows types of payments that may be exempt from backup withholding. The chart applies to the exempt payees listed above, 1 through 15.

| IF the payment is for ... | THEN the payment is exempt for ... |
|---|---|
| Interest and dividend payments | All exempt payees except for 9 |
| Broker transactions | Exempt payees 1 through 13. Also, a person registered under the Investment Advisers Act of 1940 who regularly acts as a broker |
| Barter exchange transactions and patronage dividends | Exempt payees 1 through 5 |
| Payments over $600 required to be reported and direct sales over $5,000 [1] | Generally, exempt payees 1 through 7 [2] |

[1] See Form 1099-MISC, Miscellaneous Income, and its instructions.
[2] However, the following payments made to a corporation (including gross proceeds paid to an attorney under section 6045(f), even if the attorney is a corporation) and reportable on Form 1099-MISC are not exempt from backup withholding: medical and health care payments, attorneys' fees, and payments for services paid by a federal executive agency.

## Part I. Taxpayer Identification Number (TIN)

**Enter your TIN in the appropriate box.** If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see *How to get a TIN* below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN. However, the IRS prefers that you use your SSN.

If you are a single-member LLC that is disregarded as an entity separate from its owner (see Limited liability company *(LLC)* on page 2), enter the owner's SSN (or EIN, if the owner has one). Do not enter the disregarded entity's EIN. If the LLC is classified as a corporation or partnership, enter the entity's EIN.

**Note.** See the chart on page 4 for further clarification of name and TIN combinations.

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local Social Security Administration office or get this form online at *www.ssa.gov*. You may also get this form by calling 1-800-772-1213. Use Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can apply for an EIN online by accessing the IRS website at *www.irs.gov/businesses* and clicking on Employer Identification Number (EIN) under Starting a Business. You can get Forms W-7 and SS-4 from the IRS by visiting *www.irs.gov* or by calling 1-800-TAX-FORM (1-800-829-3676).

If you are asked to complete Form W-9 but do not have a TIN, write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

**Note.** Entering "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.

**Caution:** *A disregarded domestic entity that has a foreign owner must use the appropriate Form W-8.*

## Part II. Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if items 1, 4, and 5 below indicate otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). Exempt payees, see *Exempt Payee* on page 2.

**Signature requirements.** Complete the certification as indicated in 1 through 5 below.

1. **Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.** You must give your correct TIN, but you do not have to sign the certification.

2. **Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.



Form W-9 (Rev. 10-2007)                                                                                        Page **4**

**3. Real estate transactions.** You must sign the certification. You may cross out item 2 of the certification.

**4. Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

**5. Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), IRA, Coverdell ESA, Archer MSA or HSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) | The actual owner of the account or, if combined funds, the first individual on the account ¹ |
| 3. Custodian account of a minor (Uniform Gift to Minors Act) | The minor ² |
| 4. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee ¹ |
|    b. So-called trust account that is not a legal or valid trust under state law | The actual owner ¹ |
| 5. Sole proprietorship or disregarded entity owned by an individual | The owner ³ |

| For this type of account: | Give name and EIN of: |
|---|---|
| 6. Disregarded entity not owned by an individual | The owner |
| 7. A valid trust, estate, or pension trust | Legal entity ⁴ |
| 8. Corporate or LLC electing corporate status on Form 8832 | The corporation |
| 9. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 10. Partnership or multi-member LLC | The partnership |
| 11. A broker or registered nominee | The broker or nominee |
| 12. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |

¹ List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

² Circle the minor's name and furnish the minor's SSN.

³ You must show your individual name and you may also enter your business or "DBA" name on the second name line. You may use either your SSN or EIN (if you have one), but the IRS encourages you to use your SSN.

⁴ List first and circle the name of the trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.) Also see *Special rules for partnerships* on page 1.

**Note.** If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.

## Secure Your Tax Records from Identity Theft

Identity theft occurs when someone uses your personal information such as your name, social security number (SSN), or other identifying information, without your permission, to commit fraud or other crimes. An identity thief may use your SSN to get a job or may file a tax return using your SSN to receive a refund.

To reduce your risk:
● Protect your SSN,
● Ensure your employer is protecting your SSN, and
● Be careful when choosing a tax preparer.

Call the IRS at 1-800-829-1040 if you think your identity has been used inappropriately for tax purposes.

Victims of identity theft who are experiencing economic harm or a system problem, or are seeking help in resolving tax problems that have not been resolved through normal channels, may be eligible for Taxpayer Advocate Service (TAS) assistance. You can reach TAS by calling the TAS toll-free case intake line at 1-877-777-4778 or TTY/TDD 1-800-829-4059.

**Protect yourself from suspicious emails or phishing schemes.** Phishing is the creation and use of email and websites designed to mimic legitimate business emails and websites. The most common act is sending an email to a user falsely claiming to be an established legitimate enterprise in an attempt to scam the user into surrendering private information that will be used for identity theft.

The IRS does not initiate contacts with taxpayers via emails. Also, the IRS does not request personal detailed information through email or ask taxpayers for the PIN numbers, passwords, or similar secret access information for their credit card, bank, or other financial accounts.

If you receive an unsolicited email claiming to be from the IRS, forward this message to *phishing@irs.gov*. You may also report misuse of the IRS name, logo, or other IRS personal property to the Treasury Inspector General for Tax Administration at 1-800-366-4484. You can forward suspicious emails to the Federal Trade Commission at: *spam@uce.gov* or contact them at *www.consumer.gov/idtheft* or 1-877-IDTHEFT(438-4338).

Visit the IRS website at *www.irs.gov* to learn more about identity theft and how to reduce your risk.



## Privacy Act Notice

Section 6109 of the Internal Revenue Code requires you to provide your correct TIN to persons who must file information returns with the IRS to report interest, dividends, and certain other income paid to you, mortgage interest you paid, the acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA, or Archer MSA or HSA. The IRS uses the numbers for identification purposes and to help verify the accuracy of your tax return. The IRS may also provide this information to the Department of Justice for civil and criminal litigation, and to cities, states, the District of Columbia, and U.S. possessions to carry out their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You must provide your TIN whether or not you are required to file a tax return. Payers must generally withhold 28% of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to a payer. Certain penalties may also apply.

# Exhibit

# "D"



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

06/29/2016

Loan Number: 7655508885



Patsy J Harnish
2325 Ulmerton Rd Ste 16 C/O Korte and Wortman Pa
Clearwater, FL 33762-3362

Property Address: 19510 Carriage Ct
Mounds, OK 74047-5516

## Standard Deed in Lieu of Foreclosure Application Review

Dear Customer(s),

We carefully reviewed your file, and assessed your eligibility for a Deed-in-lieu of Foreclosure (DIL) option.

Conclusions based on our analysis:

There is an issue with your mortgage title that prevents acceptance into this program

The results require that we cancel your DIL application. We encourage you to make an appointment with your Relationship Manager, Kishore Dilip Panwar to discuss options.

To set an appointment or ask questions, please call us toll-free (800) 746-2936 Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 09:00 am to 9:00 pm ET.

DTERLSM

NMLS # 1852

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936



If you are concerned regarding the handling of your case after receiving a response from our Escalation Department you may contact one of the agencies below for further review and assistance:

**HOPE Hotline Number:**     1-888-995-4673
**HAMP Solution Center:**     866-939-4469 (Select Option 3)

Kishore Dilip Panwar has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents.

Sincerely,
Loss Mitigation
Loan Servicing

NMLS # 1852                                                                                                                                          DTERLSM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!*™

1661 Worthington Road, Suite 100
West Palm Beach, FL  33409
Toll Free: (800) 746 - 2936



## ALTERNATIVES TO FORECLOSURE

No matter what your situation, you may have options. We offer multiple solutions to help you through difficult times, including, but not limited to, the Home Affordable Modification Program (HAMP) and Home Affordable Foreclosure Alternative Program (HAFA). We also offer our own modification options and foreclosure alternatives.

Contact us right away. Call toll-free us at **(800) 746-2936**. The sooner you apply, the sooner we can help.

| Modification | Deed in Lieu of Foreclosure | Short Sale |
|---|---|---|
| A change to one or more terms of the original mortgage agreement. | If you do not intend to keep the property, Ocwen may accept the deed to the property and extinguish the debt, even if the property is worth less than the loan balance. | By listing your property, you may receive a sale offer acceptable to both you and Ocwen. |
| This may include a change in interest rate, loan balance, or term, which may lower your payment and bring the account current. | Title on the property must generally be clear of any other liens in order for this option to be available. | The sale of your property could help you prevent a foreclosure sale of your home. |

## FOR ADDITIONAL ASSISTANCE

When you are experiencing a financial hardship, counseling may be a way to help you manage your finances. We urge you to contact HUD-approved agencies to obtain assistance in keeping your home. This assistance is available at no charge. For specific guidance on this notice or information related to the Home Affordable Foreclosure Alternative Program, ask the counselor for MHA HELP.

| | | |
|---|---|---|
| HUD Approved Housing Counseling | 1-800-569-4287 | www.HUD.gov |
| HOPE Hotline Number | 1-888-995-4673 | www.hopenow.com |
| Making Home Affordable Program | | www.makinghomeaffordable.gov |
| Fannie Mae Assistance Program Number | | www.knowyouroptions.com |

## BEWARE OF FORECLOSURE RESCUE SCAMS. HELP IS FREE!

**There is never a fee to get assistance** or information about foreclosure alternatives from your lender, or from HUD-approved counselor. Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.

To discuss options, please call our Customer Care Center toll-free at (800) 746-2936. You can get information about any of these Alternatives to Foreclosure, and set up time to meet with your Relationship Manager, Kishore Dilip Panwar. We are available Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

Kishore Dilip Panwar has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents.

NMLS # 1852

DTERLSM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!*™

1661 Worthington Road, Suite 100
West Palm Beach, FL  33409
Toll Free: (800) 746 - 2936



Patsy J Harnish Signature        Date(MM|DD|YYYY)        Signature        Date(MM|DD|YYYY)

Signature        Date(MM|DD|YYYY)        Signature        Date(MM|DD|YYYY)

Signature        Date(MM|DD|YYYY)        Signature        Date(MM|DD|YYYY)

NMLS # 1852

DTERLSM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

# Exhibit

# "E"

MEMORY TRANSMISSION REPORT

```
                                        TIME      :08-31-'16 09:54
                                        FAX NO.1  :305-348-6084
                                        NAME      :FIU Law Library TS
```

```
FILE NO.            :  193
DATE                :  08.31 09:52
TO                  :  ☎4077376352
DOCUMENT PAGES      :  3
START TIME          :  08.31 09:52
END TIME            :  08.31 09:54
PAGES SENT          :  3
STATUS              :  OK
```

***   SUCCESSFUL TX NOTICE   ***



## Home Defense Law Group

2325 Ulmerton Rd, Suite 16
CLEARWATER, FL 33762
(Ph) 1-866-325-6660
(Fax) 727-216-8132

# Facsimile Transmittal

| | | |
|---|---|---|
| **Attn:** Ocwen | **Fax:** 407-737-6352 | |
| **From:** Loss Mitigation | **Date:** 8/31/16 | |
| **Re:** Patsy Harnish  Loan #7655508885 | **Pages:** 3 (including cover) | |

X Urgent     X For review     ☐ Please comment     ☐ Please reply     ☐ Please recycle

Notes/Comments:
**Please see attached recorded release of mortgage lien**

TULSA COUNTY CLERK - PAT KEY
Doc # 2016077029 Page(s): 1 Recorded 08/18/2016 03:38:07 PM
Receipt # 18-46221 Fees: $13.00

*** Electronically Filed Document ***

# RELEASE OF MORTGAGE

[ ]  **PARTIAL RELEASE OF MORTGAGE**

WHEN RECORDED RETURN TO:
Commerce Bank
Chevelle Prewitt

811 Main 8th floor
KCCLSCOL
KANSAS CITY, MO 64106

[ X ]  **FULL RELEASE OF MORTGAGE**

*IN CONSIDERATION of the discharge of the indebtedness secured by the mortgage described below (the "Mortgage"), or if a partial release the consideration agreed upon by the parties, the Undersigned Mortgagee or Assignee does by this document release to the extent set forth below that mortgage made by:*

Borrower name:
JOHN W. HARNISH and PATSY J. HARNISH, Husband and Wife

To:  Commerce Bank formerly known as Commerce Bank, N.A., Successor in interest to Summit Bank 5314 S. Yale Suite 100 Ave, Tulsa, OK 74135

Which Mortgage is dated and recorded as follows:

| RECORDING DATE | COUNTY AND STATE OF RECORDING | DOC NUMBER |
|---|---|---|
| 8/11/2005 | TULSA COUNTY, OK DTD 8/3/2005 | #2005094874 |

Covering the real estate in above stated county and described as follows:

The South 553.26 feet of the West 393 feet of the East 1260 feet of the Northwest Quarter (NW/4) of Section 11, Township 16 North Range 12 East of the Indian Meridian, Tulsa County, State of Oklahoma, according to the U.S. Government Survey thereof.

The Property is located in Tulsa at 19510 Carriage Court, Mounds, OK 74047

This release is of all the described real estate if a full release, and if a partial release of that part described as follows:

### SIGNATURE OF MORTGAGEE OR ASSIGNEE

Signed and Delivered on this Date: 8/18/2016

X _____
Jeremiah B. Allen Senior Vice President, Commerce Bank,

### ACKNOWLEDGMENT FOR INDIVIDUAL REPRESENTING CORPORATION

STATE OF MISSOURI      }
                       } SS
COUNTY OF JACKSON      }

The foregoing instrument was acknowledged before me on this 18th day of August 2016,

by Jeremiah B. Allen, Senior Vice President, Commerce Bank,, on behalf of the Corporation.

*My commission Expires April 15, 2019*      *Shantell C. Wooten* Shantell C. Wooten
                                            NOTARY PUBLIC

SHANTELL C. WOOTEN
Notary Public - Notary Seal
STATE OF MISSOURI
Jackson County
My Commission Expires: April 15, 2019
Commission # 15534459

# Exhibit

# "F"

MEMORY TRANSMISSION REPORT

```
                                    TIME      :10-07-'16 15:36
                                    FAX NO.1  :305-348-6084
                                    NAME      :FIU Law Library TS
```

```
FILE NO.         :   407
DATE             :   10.07 15:21
TO               : ☎5616828151
DOCUMENT PAGES   :   43
START TIME       :   10.07 15:22
END TIME         :   10.07 15:36
PAGES SENT       :   43
STATUS           :   OK
```

```
***     SUCCESSFUL TX NOTICE      ***
```



## Home Defense Law Group
### A Korte & Workman Company

2325 Ulmerton Rd, Suite 16
CLEARWATER, FL 33762
(Ph) 1-866-325-6660
(Fax) 727-216-3132

# Facsimile Transmittal

| | | | |
|---|---|---|---|
| **Attn:** | OCWEN | **Fax:** | 561-682-8151 |
| **From:** | Loss Mitigation | **Date:** | 10/06/16 |
| **Re:** | Patsy J. Harnish Loan #765550885 | **Pages:** | 43 (including cover) |

X Urgent      N For review      ☐ Please comment      ☐ Please reply      ☐ Please recycle

Notes/Comments:
**Please see attached bank statements, 2015 tax returns, and current pension statement.**

# Exhibit

# "G"

MEMORY TRANSMISSION REPORT

|  |  |
| --- | --- |
| TIME | : 11-22-'16 14:12 |
| FAX NO.1 | : 305-348-6084 |
| NAME | : FIU Law Library TS |

|  |  |  |
| --- | --- | --- |
| FILE NO. | : | 601 |
| DATE | : | 11.22 14:09 |
| TO | : ☎ | 5616828151 |
| DOCUMENT PAGES | : | 3 |
| START TIME | : | 11.22 14:10 |
| END TIME | : | 11.22 14:12 |
| PAGES SENT | : | 3 |
| STATUS | : | OK |

\*\*\*     SUCCESSFUL TX NOTICE     \*\*\*



# Home Defense Law Group
### A Korte & Wortman Company

2325 Ulmerton Rd, Suite 16
CLEARWATER, FL 33762
(Ph) 1-866-325-6660
(Fax) 727-216-3132

## Facsimile Transmittal

| **Attn:** | Ocwen Loan Servicing | **Fax:** | 561- 682 - 8151 |
| --- | --- | --- | --- |
| **From:** | Loss Mitigation | **Date:** | 11/22/16 |
| **Re:** | Patsy Harnish | **Pages:** | 3 (including cover) |
| | Loan # 7655508885 | | |

X Urgent     X For review     ☐ Please comment     ☐ Please reply     ☐ Please recycle

Notes/Comments:
**Please see attached 4506-T forms.**

# Exhibit

# "H"

MEMORY TRANSMISSION REPORT

```
                                          TIME      : 11-28-'16 16:56
                                          FAX NO.1   : 305-348-6084
                                          NAME       : FIU Law Library TS
```

```
FILE NO.          :   615
DATE              :   11.28 16:53
TO                : ☎ 5616828151
DOCUMENT PAGES    :   4
START TIME        :   11.28 16:53
END TIME          :   11.28 16:56
PAGES SENT        :   4
STATUS            :   OK
```

```
        ***   SUCCESSFUL TX NOTICE   ***
```



**Home Defense Law Group**

2325 Ulmerton Rd, Suite 16
CLEARWATER, FL 33762
(Ph) 1-866-325-6660
(Fax) 727-216-3132

# Facsimile Transmittal

| | | | |
|---|---|---|---|
| **Attn:** | Ocwen Loan Servicing | **Fax:** | 561-682-8151 |
| **From:** | Loss Mitigation | **Date:** | 11/28/16 |
| **Re:** | Patsy Harnish | **Pages:** | 26 (including cover) |
| | Loan # 7655508885 | | |

X Urgent      X For review      ☐ Please comment      ☐ Please reply      ☐ Please recycle

Notes/Comments:
**Please see attached letter of explanation and proof of funds.**

# Exhibit

# "I"

MEMORY TRANSMISSION REPORT

|  |  |
|---|---|
| TIME | : 12-13-'16 17:34 |
| FAX NO.1 | : 305-348-6084 |
| NAME | : FIU Law Library TS |

| | | |
|---|---|---|
| FILE NO. | : | 656 |
| DATE | : | 12.13 17:33 |
| TO | : ☎ | 5616828151 |
| DOCUMENT PAGES | : | 2 |
| START TIME | : | 12.13 17:33 |
| END TIME | : | 12.13 17:34 |
| PAGES SENT | : | 2 |
| STATUS | : | OK |

***    SUCCESSFUL TX NOTICE    ***



# Home Defense Law Group
### A Korte & Wortman Company

2325 Ulmerton Rd, Suite 16
CLEARWATER, FL 33762
(Ph) 1-866-335-6660
(Fax) 727-216-3132

## Facsimile Transmittal

| | | | |
|---|---|---|---|
| **Attn:** | Ocwen Loan Servicing | **Fax:** | 561-682-8151 |
| **From:** | Loss Mitigation | **Date:** | 12/13/16 |
| **Re:** | Patsy Harnish | **Pages:** | 2 (including cover) |
| | Loan # 7655508885 | | |

X Urgent    X For review    ☐ Please comment    ☐ Please reply    ☐ Please recycle

Notes/Comments:
**Please see attached** Non-Borrower Authorization Form

# Exhibit

## "J"



## Ocwen Loan Servicing, LLC
### WWW.OCWEN.COM
*Helping Homeowners is What We Do!*™

We are here to help you!
Call toll-free (800) 746-2936
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

01/10/2017

Loan Number: 7655508885



Patsy J Harnish
2325 Ulmerton Rd Ste 16
C/O Korte and Wortman Pa
Clearwater, FL 33762-3362

Property Address: 19510 Carriage Ct
Mounds, OK 74047-5516

# DECISION ON YOUR REQUEST FOR MORTAGE ASSISTANCE
## PLEASE READ CAREFULLY

Dear Customer(s),



## Why Are We Contacting You

We completed our review of your application and the financial information you provided. We have evaluated your loan for all available mortgage assistance options.

Unfortunately, we are **not able to offer you any loan modification option** at this time. Please see section titled "NON-APPROVAL NOTICE" for details on the modification options that we could not approve.

**You are conditionally approved for two options below** that will not allow you to keep your home, but will allow you **to avoid foreclosure.**



## What You Need To Do

You may contact your Relationship Manager Donavan S Clarke toll-free at (800) 746-2936, to discuss one of the following options:
- **Conditional Short Sale**
- **Conditional Deed-in-Lieu of Foreclosure**

If you believe our decision was incorrect, you can request an appeal in writing as outlined in this notice. Additional details on how to submit an appeal are included in the "Opportunity to Appeal" section.



## What We Will Do

Once you contact your relationship manager and upon receipt of the required documents, we will evaluate your complete package for a decision.

If you choose to submit an appeal and upon receipt of any required documents, we will evaluate your request and notify you of our decision.

NMLS # 1852                                                                 CFPBMDLSM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

We are here to help you!
Call toll-free (800) 746-2936
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

We are here to help! Donavan S Clarke has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents.

**If you have any questions,** please call your Relationship Manager Donavan S Clarke toll-free at (800) 746-2936. We are available Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

Sincerely,
Loan Servicing



NMLS # 1852                                                                                                          CFPBMDLSM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

We are here to help you!
Call toll-free (800) 746-2936
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

## Other Available Options



**You also are conditionally approved for these mortgage assistance options.**
Acceptance of any of these options will not allow you to keep your home but will allow you to avoid foreclosure. These offers are conditional and could be subject to an appraisal or title search. We are not able to guarantee final approval until we receive all the documents required for our final evaluation of your eligibility.

|  | Short Sale | Deed-in-Lieu of Foreclosure (DIL) |
|---|---|---|
| **Option Details** | Listing and selling your property at market value will release you from your mortgage debt serviced by Ocwen on this property, even if the sale price is lower than your mortgage debt. | Transferring ownership of your property by signing over the deed/title to us will release you from your mortgage debt. |
| **Benefits** | <ul><li>Avoid the stress and potential costs of foreclosure.</li><li>Sell the property with less negative impact to your credit than foreclosure or bankruptcy.</li><li>You may be eligible for relocation assistance if you qualify.</li></ul> | <ul><li>A Deed-in-Lieu is a quicker way to get out of the property without the hassle, time and energy associated with listing and selling your house.</li><li>You could walk away with no mortgage debt and less negative impact to your credit than foreclosure or bankruptcy.</li><li>If you qualify, you may be eligible to receive up to $10,000 in relocation assistance.</li></ul> |
| **Additional Documents Required from You**<br><br>**Send by Fax to (407) 737-5693** | **You must send the documents listed below to us by 02/09/2017:**<br>1. Executed listing agreement.<br>2. Executed purchase contract, including all addendums.<br>3. The buyer's proof of funds or financing pre-approval letter.<br>4. Preliminary Closing Disclosure/ Settlement Statement. | **In order to complete the Deed-In-Lieu transaction you must send the applicable document listed below :**<br><ul><li>If you are married, please provide one of the documents listed below:<br>1) Signed letter stating you and your spouses' complete names, or<br>2) Copy of your marriage license.</li><li>If you are no longer married, please provide the following:<br>1) A copy of your divorce decree.</li><li>If your spouse is deceased, please provide one of the documents listed below:<br>1) Copy of the probate court documents,<br>2) death certificate, or<br>3) obituary/newspaper article reporting the death.</li></ul> |

NMLS # 1852                                                                                          CFPBMDLSM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



# Ocwen Loan Servicing, LLC
### WWW.OCWEN.COM
*Helping Homeowners Is What We Do!* ™

We are here to help you!
**Call toll-free (800) 746-2936**
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET



| | |
|---|---|
| **Additional Documents/Informati on We Will Request from Third Parties Prior to Final Approval** | Please note that final approval is conditioned upon receipt of the following documents/information from third-party providers: |

Please note that final approval is conditioned upon receipt of the following documents/information from third-party providers:

- Valuation - an independent valuation of the property that verifies that the current estimated market value.

- Closing costs - verification that closing costs associated with the transaction are reasonable and customary.

If applicable, approval from the investor or mortgage insurer of your loan to proceed with the transaction.

After we receive all required documents, we will:

- Complete a review of the loan terms, investor requirements and mortgage insurance requirements, if applicable.

- Work with you to complete an independent valuation review. A valuation agent will contact you or your designated agent for access to the property so that the valuation agent can set up an appointment.

**Our Next Steps after We Receive All Required Documents from You**

If an offer is present, and after all documents/information have been received, we will issue a decision within 30 calendar days.

If we send you a final approval, you will have 14 calendar days from the date of receipt to provide signed written acceptance of the short sale approval.

Failure to perform all actions required to accept the short sale offer will be deemed a rejection.

---

Please note that final approval is conditioned upon receipt of the following documents/information from third-party providers:

- Valuation - an independent valuation of the property.

- Clear Title - a title search or history demonstrating clear title and in marketable condition.

- If applicable, approval from the investor or mortgage insurer of your loan to proceed with the transaction.

After we receive all required documents, we will:

- Complete a review of the loan terms, investor requirements and mortgage insurance requirements, if applicable.

- Work with you to complete an independent valuation review. A valuation agent will contact you or your designated agent for access to the property so that the valuation agent can set up an appointment.

If we send you a final approval, you will have 14 calendar days from the date of receipt to provide signed written acceptance of the offer.

Once we've received your written acceptance, our vendor will draft the deed document and schedule a notary at a convenient time and place for you to execute the DIL of foreclosure documents.

Failure to perform all actions required to accept the deed-in-lieu of foreclosure offer will be deemed a rejection.

---

NMLS # 1852                                                                                                          CFPBMDLSM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*





## Ocwen Loan Servicing, LLC
### WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

**We are here to help you!**
Call toll-free (800) 746-2936
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

## NON-APPROVAL NOTICE

After careful review of the information you provided, we were not able to approve you for the Loan Modification options below:



| Loan Modification Option | Non-Approval Reason |
|---|---|
| **Home Affordable Modification Program – Tier 1** | We are unable to offer you a Home Affordable Modification because: Your loan has received the maximum number of modifications permitted under the Home Affordable Modification Program ("HAMP"). You are only allowed to receive one HAMP Tier 1 modification for your primary residence. Please note, not all eligibility factors were evaluated. |
| **Home Affordable Modification Program – Tier 2** | We are unable to offer you a Home Affordable Modification because: We are unable to create a post-modification monthly payment that is between 10% and 55% of your monthly gross monthly income. The monthly mortgage payment includes principal, interest, property taxes, hazard insurance premiums, and homeowners dues (if any), and your monthly gross income is provided below. If you believe the income we used is incorrect, please contact us at the number provided below. Please note, not all eligibility factors were evaluated. |
| **Shared Appreciation Modification Program** | We are unable to review you for the Shared Appreciation Modification program as the OCWEN SAM program was retired on December 31st, 2016. |
| **Proprietary Modification Program** | We are unable to offer you a proprietary modification because: There are no modification options that will reduce your payments to an affordable level based on your verified income. Please note, not all eligibility factors were evaluated. |

According to our records, the owner of your loan is: The Bank of New York Mellon Trust Company, National Association as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-SP2.

We verified your gross income as $4,227.85. Please note that if any of your household income is non-taxable (including Government Social Security Benefits or Disability Payments), the income amount quoted above may be higher than your actual income. This is because guidelines require us to increase the amount of non-taxable income by up to 25% in order to qualify for a modification.

NMLS # 1852                                                                                                     CFPBMDLSM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



# Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

We are here to help you!
Call toll-free (800) 746-2936
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET



## OPPORTUNITY TO APPEAL

**What should you do if you disagree with the reason(s) for non-approval and want to appeal?**
If you disagree with the reason(s) for non-approval of any loan modification option, you have the right to appeal. To appeal, you have 30 days from the date of this notice to send a written explanation and supporting documentation to substantiate your findings. Please send a copy of this letter, along with any supporting documents, to:

Ocwen Loan Servicing, LLC
Escalations Department
P.O. Box 785061
Orlando, FL 32878-5061
Email: escalatedcases@ocwen.com

No foreclosure sale will be conducted, and you will not lose your home during this 30-day period. However, please note the foreclosure sale may not be suspended for this 30-day period if, despite our reasonable attempts to delay the sale, the court with jurisdiction over the foreclosure proceedings, or the bankruptcy court in a bankruptcy case, or the public official charged with carrying out the sale fails or refuses to halt the sale.

If you choose to appeal our decision, the mortgage assistance option(s) offered to you in this notice, if any, will remain available pending the outcome of your appeal.

If you wait to accept the mortgage assistance option(s) offered to you in this notice until after receiving our appeal decision, your loan will become more delinquent. Any unpaid interest and other unpaid amounts, such as escrows for taxes and insurance, will continue to accrue on your mortgage loan during the appeal. In that event, the payment amounts and due dates of your initial mortgage assistance option(s) may be adjusted.

NMLS # 1852                                                                                                CFPBMDLSM
*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

We are here to help you!
Call toll-free (800) 746-2936
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET



## YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT

We have carefully considered your request.

A consumer report was used in making the modification decision. The consumer reporting agency listed below provided information that in whole or in part influenced the decision. The reporting agency played no part in the decision and is unable to supply specific reasons why your request for a modification was denied. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you received is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency. Any questions regarding such information should be directed to the agency listed below.

Any questions regarding such information should be directed to EXPERIAN.

<div align="center">

Experian
P.O. Box 2002
Allen, TX 75013
(888) 397-3742

</div>



NMLS # 1852                                                                                                    CFPBMDLSM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!*™

We are here to help you!
Call toll-free (800) 746-2936
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

## FOR ADDITIONAL ASSISTANCE

When you are experiencing a financial hardship, housing counseling may be a way to help you manage your finances. We urge you to contact HUD approved agencies to obtain assistance in keeping your home. This assistance is available at no charge.



| | | |
|---|---|---|
| HUD Approved Housing Counseling | (800) 569-4287 | www.HUD.gov |
| Homeowner's HOPE Hotline Number | (888) 995-4673 | www.hopenow.com |
| Fannie Mae Assistance Program | | www.knowyouroptions.com |

If you would like to submit a qualified written request, a notice of error or a request for information, you must use the following address:

<div align="center">

Ocwen Loan Servicing, LLC
Attention: Research Department
P.O. Box 24736
West Palm Beach, FL 33416-4736

</div>

---

NMLS # 1852      CFPBMDLSM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

**We are here to help you!**
Call toll-free (800) 746-2936
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET



# ADDITIONAL LEGAL DISCLOSURES

**Notice Regarding Bankruptcy:** Please be advised that if you are part of an active Bankruptcy case or if you have received an Order of Discharge from a Bankruptcy Court, this letter is in no way an attempt to collect either a pre-petition, post-petition or discharged debt. If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If you have received an Order of Discharge in a Chapter 7 case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from you personally. Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your plan.

**Notice Regarding Credit Discrimination:** The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract) because all or part of the applicant's income derives from any public assistance program or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

**Notice Regarding Tax Consequences of Mortgage Assistance Options:** Your acceptance of a Loan Modification, Short Sale, or Deed-in-Lieu of Foreclosure may result in federal, state, or local tax consequences to you and/or affect your eligibility for any public assistance benefits. We cannot advise you on these impacts and encourage you to contact a tax professional to discuss any questions you may have.

NMLS # 1852                                                                                                          CFPBMDLSM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

0-814-96092-0000147-001-1-000-000-000-000




Patsy J Harnish
2325 ULMERTON RD STE 16
C/O KORTE AND WORTMAN PA
CLEARWATER FL  33762-3362

# Exhibit

## "K"

# IN THE DISTRICT COURT OF TULSA COUNTY
## STATE OF OKLAHOMA

DISTRICT COURT
**FILED**

FEB - 2 2017

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

### MINUTE ORDER

On this 1st day of February, 2017, the following matters in the designated case came on for decision, pursuant to the Rules of the District Court for Tulsa County. The Clerk of the Court is directed to notify counsel of record of the indicated decision by mailing a copy of this Order/Notice to them and to file a copy of this Order/Notice in this case.

_____
Dana L. Kuehn, Associate District Judge

**CJ-2015-4621**    **THE BANK OF NEW YORK MELLON TRUST COMPANY,**

**VS**

**PATSY J. HARNISH,**

Now, on this 1st day of February, 2017 the Court has for consideration Plaintiff's Motion for Summary Judgment and Brief and Affidavit in Support Thereof, filed November 22nd, 2016.

Pursuant to Rule 13 of the Rules for the District Courts and *Spirgis v. Circle K Stores, Inc.*, 1987 OK CIV APP 45, 743 P.2d 682, the Court finds that the Plaintiff's Motion for Summary Judgment and Brief and Affidavit in Support Thereof should be sustained against Defendants, Patsy Harnish; John Harnish; John Doe, Occupant; Commerce Bank, Successor in Interest to Summit Bank.

IT IS THEREFORE ORDERED by the Court,

Done this 1st day of February, 2017.

2017 FEB -2 AM 8:46

**Notice to:**

Kirk Cejda
770 N.E. 63rd Street
Oklahoma City, OK 73105

David Garrett
First National Center
Suite 1400 West, 120 N. Robinson Ave.
Oklahoma City, OK 73102

David Garrett
2325 Ulmerton Rd. Ste. 16
Clearwater, FL 33762

Commerce Bank
Successor in interest to Summit Bank
1000 Walnut Street
Kansas City, MO 64106

## Affidavit of Mailing

I, Don Newberry, Court Clerk for Tulsa County, hereby certify that on the _2_ day of February, 2017, a true and correct copy of the foregoing Order was mailed/faxed to each of the attorneys listed above and a true and correct copy of the foregoing Order was filed in the foregoing case.

DON NEWBERRY, COURT CLERK

Tammy Gardner, Deputy Court Clerk

IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

DISTRICT COURT
**F I L E D**

FEB 2 8 2017

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-SP2, | Case No. CJ-2015-4621 |
| Plaintiff, | |
| v. | |
| PATSY J. HARNISH; JOHN W. HARNISH; JOHN DOE, OCCUPANT; AND COMMERCE BANK, SUCCESSOR IN INTEREST TO SUMMIT BANK | Honorable Judge Dana Kuehn |
| Defendant(s). | |

## F I N A L   J U D G M E N T

NOW, on this ̇ᴏ ᴅ̇ day of ꜰᴇᵇ          , 2017, the Court finds that the above cause came on to be heard by the Court, the Plaintiff, The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-SP2, being represented by its attorney, Shapiro & Cejda, LLC, and the Defendant(s) Patsy J. Harnish, through counsel, David Garrett, appearing as undersigned, John W. Harnish, through counsel, David Garrett, appearing as undersigned, John Doe, Occupant, having been dismissed herein and Commerce Bank, successor in interest to Summit Bank, appearing not.

THE COURT FURTHER FINDS that the defendant(s) Commerce Bank, successor in interest to Summit Bank, being regularly served with summons in said cause, and having failed to answer or otherwise pled, is/are in default, and that default is hereby adjudged against said defendant(s).

THE COURT FURTHER FINDS AND THEREFORE ORDERS, ADJUDGES AND DECREES that the subject property is occupied by the Defendants, Patsy J. Harnish and John W. Harnish; therefore, the Defendant, "John Doe" is dismissed without prejudice.

THE COURT FURTHER FINDS from an examination of the pleadings and the evidence introduced that it has jurisdiction, that Plaintiff is in possession of and entitled to enforce the

note, that the Plaintiff has sustained the material allegations of its Petition, that the indebtedness owed by the Defendant(s) Patsy J. Harnish, to the Plaintiff upon the note and mortgage sued upon is the sum of $575,924.08, with interest from December 1, 2014, at the rate of 2.75% per annum or at the current adjustable rate, until paid, and a deferred principal balance of $98,730.54, including late charges, and in the further sum of $2,500.00 reasonable attorney's fee, $750.00 for title search, and those additional sums advanced for taxes, insurance, property preservation and costs of this action; and all necessary funds advanced by said Plaintiff accrued and accruing hereafter through completion of this action, that said note is secured by the mortgage set up and sued upon in said Petition, and that said mortgage constitutes a valid and subsisting first lien upon the real estate hereinafter described for the amount of said indebtedness; that the conditions of said mortgage have been broken as alleged in said Petition, and Plaintiff is entitled to have said mortgage foreclosed and said mortgaged property sold to satisfy said indebtedness; and that the Plaintiff has elected, under the terms of said mortgage, to have said property sold with appraisement, and same should, therefore, be sold with appraisement.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiff, The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-SP2, have a judgment against the Defendant(s), Patsy J. Harnish in the sum of $575,924.08, with interest thereon from December 1, 2014, at the rate of 2.75% per annum or at the current adjustable rate, until paid, and a deferred principal balance of $98,730.54, plus late charges, and the further sum of $2,500.00 as a reasonable attorney's fee, $750.00 for title search, and those additional sums advanced for taxes, insurance, property preservation and costs of this action; and all necessary funds advanced by said Plaintiff accrued or accruing hereafter through completion of this action and that the mortgage described in Plaintiff's Petition of record in Book 7304 Page 231 of the records of Tulsa County, Oklahoma, be adjudged a valid and subsisting first lien upon the following described real estate, situated in Tulsa County, Oklahoma, to-wit:

THE SOUTH 553.26 FEET OF THE WEST 393 FEET OF THE EAST 1260 FEET OF THE NORTHWEST QUARTER (NW/4)OF SECTION ELEVEN (11), TOWNSHIP SIXTEEN (16) NORTH, RANGE TWELVE (12) EAST OF THE INDIAN BASE AND MERIDIAN, TULSA COUNTY, STATE OF OKLAHOMA, ACCORDING TO THE UNITED STATES GOVERNMENT SURVEY THEREOF

PROPERTY ADDRESS: 19510 Carriage Court, Mounds, OK 74047

for the amount of said judgment, that said mortgage be foreclosed, that Plaintiff have a judgment of foreclosure against all defendants herein, and that a Special Execution and Order of Sale issue from the office of the Court Clerk, directed to the Sheriff of Tulsa County, Oklahoma, commanding said Sheriff to advertise and sell said real estate with appraisement,  subject to any unpaid general real estate ad valorem taxes and/or special assessments which by statute are a first and prior lien, and pay out of the proceeds of said sale in the manner hereinafter specifically directed:

First.         The costs of said sale and the cost of said action;

Second.        The judgment awarded the Plaintiff, The Bank of New York Mellon Trust
               Company, National Association fka The Bank of New York Trust Company,
               N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential
               Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through
               Certificates, Series 2006-SP2, including interest and attorney's fees, as set
               forth herein;

Finally        and the residue, if any, to be paid into Court to await the further order of the
               Court or a Judge thereof.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that upon
said confirmed sale, the defendant(s) herein, and all persons claiming by, through or under them
since the commencement of this action, be forever barred, foreclosed and enjoined from
asserting or claiming any right, title, interest, estate, or equity of redemption in or to said real
estate and premises, or any part thereof.

IT IS FURTHER ORDERED by the Court that the notes and mortgage offered in
evidence be canceled in judgment, and that the Plaintiff be permitted to withdraw the same.

**DANA LYNN KUEHN**
JUDGE OF THE DISTRICT COURT

APPROVED AND AGREED:
SHAPIRO & CEJDA, LLC


By: _____
Kirk J. Cejda  #12241
Mike Templeton  #10143
Lesli Peterson #14177
Ken Hemry #4073
Lyna L. Mitchell #30177
Gina D. Knight #12996
770 NE 63rd St
Oklahoma City, OK 73105-6431
(405)848-1819
Attorneys for Plaintiff
File No. 15-124986

RE:   The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-SP2 vs Patsy J. Harnish and John W. Harnish, et al.
      Court Case Number:  CJ-2015-4621
      S&C File Number:  15-124986

David Garrett, OBA #21674


Attorney for Defendants, Patsy J. Harnish and John W. Harnish

I, Don Newberry, Court Clerk, for Tulsa County, Oklahoma, hereby certify that the foregoing is a true, correct and full copy of the instrument herewith set out as appears on record in the Court Clerk's Office of Tulsa County, Oklahoma, this

FEB 2 8 2017

By _____
              Deputy

# Exhibit

## "L"

APR 1 8 2017

**PUBLISH IN THE TULSA BUSINESS AND LEGAL NEWS**

(NOTE TO PUBLISHER:  Publish for two consecutive weeks, the first publication date to be at least thirty (30) days prior to the date of Sheriff's Sale.  On publication, send copy to Plaintiff's attorney immediately.)

THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-SP2,

 Plaintiff,

v.

PATSY J. HARNISH; JOHN W. HARNISH; JOHN DOE, OCCUPANT; AND COMMERCE BANK, SUCCESSOR IN INTEREST TO SUMMIT BANK

 Defendant(s).

Case No. CJ-2015-4621

**NOTICE OF SHERIFF'S SALE**

NOTICE IS GIVEN to Patsy J. Harnish; John W. Harnish; John Doe, Occupant; Commerce Bank, successor in interest to Summit Bank that on   APR 1 8 2017  , 2017, at   10   o'clock,  A .m., at Room 119 of the County Courthouse in Tulsa, Tulsa County, Oklahoma, the Sheriff of said County will offer for sale and sell for cash at public auction to the highest and best bidder, with appraisement, all that certain real estate in Tulsa County, Oklahoma, to wit:

THE SOUTH 553.26 FEET OF THE WEST 393 FEET OF THE EAST 1260 FEET OF THE NORTHWEST QUARTER (NW/4)OF SECTION ELEVEN (11), TOWNSHIP SIXTEEN (16) NORTH, RANGE TWELVE (12) EAST OF THE INDIAN BASE AND MERIDIAN, TULSA COUNTY, STATE OF OKLAHOMA, ACCORDING TO THE UNITED STATES GOVERNMENT SURVEY THEREOF

PROPERTY ADDRESS: 19510 Carriage Court, Mounds, OK 74047

~~subject to taxes and tax sales, said property being duly appraised at $~~   560,000  .

Sale will be made pursuant to an Order of Sale issued upon a judgment entered in the District Court of Tulsa County, Oklahoma, in Case No. CJ-2015-4621, wherein The Bank of

New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-SP2 is Plaintiff and Patsy J. Harnish is/are Defendant(s) to satisfy said judgment in the sum of $575,924.08 together with interest at 2.75% per annum or at the current adjustable rate from December 1, 2014, and a deferred principal balance of $98,730.54, including late charges, $2,500.00 for attorney's fee, $750.00 advances for title search, and those additional sums advanced for taxes, insurance, property preservation and all costs of this action accrued and accruing.

WITNESS MY HAND this _____ day of __MAR 0 2 2017__, 2017.

BY: _____
    Sheriff

BY: _____
    Undersheriff/Deputy

SHAPIRO & CEJDA, LLC
770 NE 63rd St
Oklahoma City, OK 73105-6431
(405)848-1819
Attorneys for Plaintiff
File No. 15-124986

# Exhibit

# "M"

MEMORY TRANSMISSION REPORT

|  |  |
|---|---|
| TIME | : 03-07-'17 13:16 |
| FAX NO.1 | : 727-216-3132 |
| NAME | : KW Law |

|  |  |  |
|---|---|---|
| FILE NO. | : | 947 |
| DATE | : | 03.07 12:33 |
| TO | : ☎ | 4077376375 |
| DOCUMENT PAGES | : | 107 |
| START TIME | : | 03.07 12:35 |
| END TIME | : | 03.07 13:16 |
| PAGES SENT | : | 107 |
| STATUS | : | OK |

***    SUCCESSFUL TX NOTICE    ***



**Home Defense Law Group**
A Kohr & Wortman Company

2325 Ulmerton Rd, Suite 16
CLEARWATER, FL 33762
(Ph) 1-866-325-6660
(Fax) 727-216-3132

# Facsimile Transmittal

| Attn: | Ocwen Loan Servicing | Fax: | 407-737-6375/561-682-8151 |
|---|---|---|---|
| From: | Loss Mitigation | Date: | 03/07/17 |
| Re: | Patsy Harnish | Pages: 107 (including cover) | |
|  | Loan# 7655508885 | | |

X Urgent        X For review        ☐ Please comment        ☐ Please reply        ☐ Please recycle

Notes/Comments:
**Please see attached Deed-in-Lieu package.**

# Exhibit

# "N"

MEMORY TRANSMISSION REPORT

```
                                    TIME        : 03-14-'17 14:48
                                    FAX NO.1     : 727-216-3132
                                    NAME         : KW Law
```

```
FILE NO.          :  963
DATE              :  03.14 14:47
TO                :  ☎ 5616828151
DOCUMENT PAGES    :  2
START TIME        :  03.14 14:47
END TIME          :  03.14 14:48
PAGES SENT        :  2
STATUS            :  OK
```

```
***   SUCCESSFUL TX NOTICE   ***
```



## Home Defense Law Group

2325 Ulmerton Rd, Suite 16
CLEARWATER, FL 33762
(Ph) 1-866-325-6660
(Fax) 727-216-8182

## Facsimile Transmittal

| | | | |
|---|---|---|---|
| **Attn:** | Ocwen Loan Servicing / Donovan Clarke | **Fax:** | 407-737-6375/561-682-8151 |
| **From:** | Loss Mitigation | **Date:** | 3/14/17 |
| **Re:** | Patsy Harnish | **Pages:** | 2 (including cover) |
| | Loan# 7655508885 | | |

X Urgent      X For review      ☐ Please comment      ☐ Please reply      ☐ Please recycle

**Notes/Comments:**
**Please see attached** Release Of Mortgage

# Exhibit

## "O"



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

03/15/2017

Loan Number: 7655508885

Patsy J Harnish
2325 ULMERTON RD STE 16
C/O HOME DEFENSE LAW GROUP
Clearwater, FL 33762-3362

Property Address: 19510 Carriage Ct
Mounds, OK 74047-5516

### NOTICE OF NON-APPROVAL FOR REQUEST FOR DEED-IN-LIEU OF FORECLOSURE
### PLEASE READ OUR EXPLANATION CAREFULLY

Dear Customer(s),



**Why We Are Contacting You**

We carefully reviewed your mortgage assistance application for our Deed-in-Lieu of Foreclosure (DIL) program. Unfortunately, we are **not able to offer you DIL assistance** at this time.

Our decision was based primarily on the following:

There is confirmed Foreclosure Sale date scheduled on your mortgage within 60 days

Donavan S Clarke has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents.

**If you have any questions,** please call your Relationship Manager Donavan S Clarke toll-free at 800.746.2936. We are available Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

Sincerely,
Loan Servicing

DILDLSM

NMLS # 1852

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 1 of 4



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

## ALTERNATIVES TO FORECLOSURE

Although you are not currently eligible for our Deed-in-Lieu of foreclosure program, there are other options that we may be able to offer you. If you would like consideration for any of the foreclosure alternatives listed below, please contact us at 800.746.2936, Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET. If we do not have enough information to consider whether you are eligible for one of the foreclosure alternatives listed below, we will instruct you as to what additional information we may require.

**Loan Modification:**
If you have not yet applied for a loan modification, we encourage you to do so. You may qualify for an affordable payment plan and be able to keep your home under one of our modification programs. If you would like to be considered for a loan modification, please contact us.

**Short Sale:**
By listing your property, you may receive a sale offer acceptable to both you and Ocwen. The sale of your property could help you prevent a foreclosure sale of your home.

DILDLSM

NMLS # 1852

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!™*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

## ADDITIONAL ASSISTANCE IS AVAILABLE

When you are experiencing a financial hardship, counseling may be a way to help you manage your finances. We urge you to contact HUD-approved agencies to obtain assistance in keeping your home. This assistance is available at no charge.

| | | |
|---|---|---|
| HUD Approved Housing Counseling | 1-800-569-4287 | www.HUD.gov |
| HOPE Hotline Number | 1-888-995-4673 | www.hopenow.com |
| Fannie Mae Assistance Program Number | | www.knowyouroptions.com |

If you would like to submit a qualified written request, a notice of error or a request for information, you must use the following address:

Ocwen Loan Servicing, LLC
Attention: Research Department
P.O. Box 24736
West Palm Beach, FL 33416-4736

DILDLSM

NMLS # 1852

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!™*

1661 Worthington Road, Suite 100
West Palm Beach, FL. 33409
Toll Free: (800) 746 - 2936

## ADDITIONAL LEGAL DISCLOSURES

**Notice Regarding Foreclosure:** Please be advised that we might not be able to suspend the foreclosure sale if a court with jurisdiction over the foreclosure proceeding (if any), or the bankruptcy court in a bankruptcy case, or the public official charged with carrying out the activities or event, fails or refuses to halt the sale after we make reasonable efforts to move the court or request the public official to cease the sale.

**Notice Regarding Bankruptcy:** Please be advised that if you are part of an active Bankruptcy case or if you have received an Order of Discharge from a Bankruptcy Court, this letter is in no way an attempt to collect either a pre-petition, post-petition or discharged debt. If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If you have received an Order of Discharge in a Chapter 7 case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from you personally. Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your plan.

**Notice Regarding Credit Discrimination:** The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract) because all or part of the applicant's income derives from any public assistance program or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

**Notice Regarding Tax Consequences:** Your acceptance of a Loan Modification, Short Sale, or Deed-in-Lieu of Foreclosure may result in federal, state, or local tax consequences to you and/or affect your eligibility for any public assistance benefits.  We cannot advise you on these impacts and encourage you to contact a tax professional to discuss any questions you may have.

NMLS # 1852

DILDLSM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

# Exhibit

# "P"



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL. 33409
Toll Free: (800) 746 - 2936

04/24/2017

Loan Number: 7655508885



patsy j Harnish
2325 ULMERTON RD STE 16
C/O HOME DEFENSE LAW GROUP
CLEARWATER, FL 33762-3362

Property Address: 19510 Carriage Ct
Mounds, OK 74047-5516

Customer Name: Patsy J Harnish

## THIS IS A CONDITIONAL APPROVAL FOR A DEED-IN-LIEU (DIL) OF FORECLOSURE
### PLEASE READ CAREFULLY

Dear Customer(s),



**Why Are We
Contacting You**

We have received your request for review for a Deed-in-Lieu of Foreclosure (DIL).

We are providing you with a **30-day conditional approval for a DIL offer.**



**What You
Need To Do**

**No further action is required of you** until we complete the review and respond accordingly. If anything further is required, we will contact you.For your convenience, **Frequently Asked Questions (FAQs)** about DIL are enclosed.

**What We
Will Do**

Ocwen will begin obtaining the information outlined below, please note that final approval will be subject to satisfactory completion of the following items:
- An independent valuation of the property may be completed to determine fair market value of the property.
- A clear property title (i.e. no other claims or liens are attached to your property, also known as subordinate liens).
- Approval from the investor or mortgage insurer of your loan to proceed with the transaction, if applicable.

**This offer is conditional and does not guarantee final approval.**

Once we review all transactional documents received from you and information from the necessary third parties listed above, we will issue a decision within 30 calendar days.

NMLS # 1852

DLCAPM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL. 33409
Toll Free: (800) 746 - 2936

Leilani Rivera has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents.

**If you have any questions,** please contact your Relationship Manager Leilani Rivera toll-free at 800.746.2936, Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

Sincerely,
Loan Servicing

NMLS # 1852                                                                                                      DLCAPM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!™*

1661 Worthington Road, Suite 100
West Palm Beach, FL. 33409
Toll Free: (800) 746 - 2936



### INFORMATION ABOUT DEED-IN-LIEU OF FORECLOSURE

1. **What is a deed-in-lieu of foreclosure?**
   A deed-in-lieu of foreclosure (DIL) is an alternative to foreclosure. This program is designed for borrowers who cannot afford their mortgage payments but at the same time are not able to sell their property because of the declining property values, or want to avoid the hassle of the sale process. As part of a deed-in-lieu, borrowers voluntarily transfer their property title to the mortgage holder. In return, the mortgage holder releases the borrower from his or her mortgage debt.

2. **Why is a deed-in-lieu a good option for me?**
   A deed-in-lieu can allow you to walk away from your mortgage debt and suffer a less severe impact on your credit than would result from a foreclosure. Unlike a short sale, a deed-in-lieu does not require the time and energy associated with listing and selling your house. There are no realtors involved and you do not have to worry about getting an offer.

3. **Do I qualify for a deed-in-lieu if I am renting my house to tenants?**
   Properties that are vacant or tenant occupied are eligible for a deed-in-lieu. This includes family members or dependents living in the property rent-free.

4. **Do I qualify for a deed-in-lieu if I have a second mortgage or other lien(s) against my property?**
   You must also be able to deliver a marketable title free of any other liens. We may contribute up to $8,500 or the maximum amount allowable by the investor who owns your loan toward paying off any subordinate mortgage lien holders.
   This means all other mortgages or any liens or encumbrances on the property must be settled or paid off. Examples include HOA and Condo liens, tax liens or claims for unpaid bills.

5. **Do I need to keep maintaining my property if I am interested in a deed-in-lieu?**
   You are responsible for all property maintenance and expenses of your property, including utilities, assessments, association dues and costs for interior and exterior maintenance, until you convey the property to the mortgage holder.

6. **You may be eligible to receive a cash incentive of up to $3,000. What does it mean?**
   If your property is currently your principal residence, you may be eligible to receive a consideration assistance payment of up to $3,000 to help with moving expenses based on the property occupation and location.

   In order to receive a full incentive amount, you must leave the property in broom-clean condition.

7. **My home is already in foreclosure. What happens if I want to participate in a deed-in-lieu instead?**
   If foreclosure proceedings are already underway and there is a foreclosure sale date scheduled in the next 37 days, the foreclosure proceedings will not automatically be stopped if you choose to participate in this deed-in-lieu program. If you have any questions, please call toll-free at 800.746.2936 Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

8. **How will a deed-in-lieu affect my state and federal income taxes?**
   Your acceptance of a deed-in-lieu may result in federal, state or local tax consequences to you and affect your eligibility for any public assistance benefits. We cannot advise you on these impacts. We encourage you to contact a tax professional to discuss any question you may have.

9. **How will the cash incentive affect my state and federal income taxes?**
   Your acceptance of a cash incentive may result in federal, state or local tax consequences to you and affect your eligibility for any public assistance benefits. We cannot advise you on these impacts. We encourage you to contact a tax

NMLS # 1852

DLCAPM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL. 33409
Toll Free: (800) 746 - 2936

O C W E N

professional to discuss any question you may have.

**10. How will you report my deed-in-lieu to the credit bureaus?**
We will follow standard industry practice and report to the major credit reporting agencies that either a deed-in-lieu has been executed or the account has been settled for less than the full amount due. We have no control over or responsibility for the impact of this report on your credit score. To learn more about the potential impact on your credit, please visit http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm

NMLS # 1852                                                                                                                                          DLCAPM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL. 33409
Toll Free: (800) 746 - 2936

O C W E N



### FOR ADDITIONAL ASSISTANCE

If you are experiencing a financial hardship, housing counseling may be a way to help you manage your finances. We urge you to contact HUD approved agencies to obtain assistance in keeping your home. Help is free! This assistance is available at no charge to you.

| | | |
|---|---|---|
| HUD Approved Housing Counseling | (800) 569-4287 | www.HUD.gov |
| Homeowner's HOPE Hotline Number | (888) 995-4673 | www.hopenow.com |
| Fannie Mae Assistance Program | | www.knowyouroptions.com |

If you would like to submit a qualified written request, a notice of error, or a request for information you must use the following address:

Ocwen Loan Servicing, LLC
Attention: Research Department
P.O. Box 24736
West Palm Beach, FL 33416-4736

NMLS # 1852
DLCAPM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL. 33409
Toll Free: (800) 746 - 2936



### ADDITIONAL LEGAL DISCLOSURES

**Notice Regarding Foreclosure:** Please be advised that we might not be able to suspend the foreclosure sale if a court with jurisdiction over the foreclosure proceeding (if any), or the bankruptcy court in a bankruptcy case, or the public official charged with carrying out the activities or event, fails or refuses to halt the sale after we make reasonable efforts to move the court or request the public official to cease the sale.

**Notice Regarding Bankruptcy:** Please be advised that if you are part of an active Bankruptcy case or if you have received an Order of Discharge from a Bankruptcy Court, this letter is in no way an attempt to collect either a pre-petition, post-petition or discharged debt. If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If you have received an Order of Discharge in a Chapter 7 case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from you personally. Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your plan.

**Notice Regarding Credit Discrimination:** The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

**Balance Waiver:** A deficiency will remain after acceptance of a deed-in-lieu. Ocwen agrees to waive the remaining balance due on the referenced loan or such waiver is required by state law and, therefore, Ocwen will release the Borrower(s) from further obligation upon successful completion of the deed-in-lieu. Furthermore, Ocwen agrees to waive all rights to pursue for further judgment or deficiencies, costs, fees, interest or expenses in association with the referenced loan. Ocwen further agrees that it shall not transfer any further obligations or rights to pursue further judgment or deficiencies to a third party debt-collector. Unless prohibited by state law, Ocwen will report this debt forgiveness to the Internal Revenue Service (IRS) on Form 1099-C.

**Tax Consequences of Loss Mitigations Options:** Your acceptance of a Loan Modification, Short Sale, or Deed-in-Lieu of Foreclosure may result in federal, state, or local tax consequences to you and/or affect your eligibility for any public assistance benefits. We cannot advise you on these impacts and encourage you to contact a tax professional to discuss any questions you may have.

**Credit Reporting:** We will follow standard industry practice and report to the major credit reporting agencies that your mortgage was settled for less than the full payment. We have no control over or responsibility for the impact of this report on your credit score. You may access the following website to learn more about the potential impact of a short sale on your credit: http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.

**Notice Regarding Additional Liens:** If you have any other mortgage loan(s) that is/are secured by the same property, we encourage you to contact the servicer(s) of those loan(s) to discuss available loss mitigation options.

---

NMLS # 1852                                                                                                                 DLCAPM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners Is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL. 33409
Toll Free: (800) 746 - 2936

**Please be Aware that Documents may Expire During the Review:** If financial documents are over 90 days old, we may contact you to request updated documentation. Please ensure that you have provided our office with the most current documents available.



1-814-AC-98-0002724-002-08-000-001-000-000

NMLS # 1852                                                                                      DLCAPM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

1-814-ACJ98-0002724-002-01-000-001-000-000



PATSY J HARNISH
C/O HOME DEFENSE LAW GROUP
2325 ULMERTON RD STE 16
CLEARWATER FL 33762-3362



# Exhibit

## "Q"

**** Electronically Filed Document



Tulsa County Clerk - Michael Willis
Doc # 2017053697  Page(s): 2 Recorded 06/09/2017 11:46:03 AM
Receipt # 17-31888 Fees: $15.00

## <u>RELEASE OF MORTGAGE</u>

[ ] PARTIAL RELEASE OF MORTGAGE

[x]  FULL RELEASE OF MORTGAGE

WHEN RECORDED RETURN TO:
**Commerce Bank**
**Tai Canady**
**811 Main 8th floor**
**KCCLSCOL**
**KANSAS CITY, MO 64106**

*IN CONSIDERATION* of the discharge of the indebtedness secured by the mortgage described below (the "Mortgage"), or if a partial release the consideration agreed upon by the parties, the Undersigned Mortgagee or Assignee does by this document release to the extent set forth below that mortgage made by:

Borrower name:
JOHN W. HARNISH and PATSY J. HARNISH, HUSBAND AND WIFE

To: Commerce Bank, formerly known as Commerce Bank, N.A. successor by merger to Summit Bank 5314 S. Yale, Suite 100 Tulsa, OK 74135

Which Mortgage is dated and recorded as follows:

| RECORDING DATE | COUNTY AND STATE OF RECORDING | DOC NUMBER |
|---|---|---|
| 1/30/2006 | TULSA, OK | DTD 12/15/2005 DOC#2006011362 |

Covering the real estate in above stated county and described as follows:

The release of all the described real estate if a full release, and if a partial release of that part described as follows:

SEE ATTACHED EXHIBIT "A"

### SIGNATURE OF MORTGAGEE OR ASSIGNEE

Signed and Delivered on this Date: 6/7/2017

x _____
Angela S. Wright-Jones, Assistant Vice President, Commerce Bank, formerly known as Commerce Bank, N.A.

### ACKNOWLEDGMENT FOR INDIVIDUAL REPRESENTING CORPORATION

STATE OF MISSOURI      }
                       } SS
COUNTY OF JACKSON      }

The foregoing instrument was acknowledged before me on this  7th day of June 2017,

by Angela S. Wright-Jones, Assistant Vice President, Commerce Bank, formerly known as Commerce Bank, N.A., on behalf of the Corporation.

*My commission Expires April 9, 2018*          *Harry Willard Harris*
                                                *NOTARY PUBLIC*

HARRY WILLARD HARRIS
Notary Public - Notary Seal
State of Missouri
Commissioned for Jackson County
My Commission Expires: April 09, 2018
Commission Number: 14603127

## EXHIBIT "A"

A TRACT OF LAND IN THE NORTH HALF (N/2) OF SECTION ELEVEN (11), TOWNSHIP SIXTEEN (16) NORTH, RANGE TWELVE (12) EAST OF THE INDIAN BASE AND MERIDIAN, TULSA COUNTY, STATE OF OKLAHOMA, ACCORDING TO THE U.S. GOVERNMENT SURVEY THEREOF, MORE PARTICULARLY DESCRIBED AS FOLLOWS, TO-WIT:

COMMENCING AT THE NORTHEAST CORNER OF THE NORTHWEST QUARTER (NW/4) OF SAID SECTION 11, THENCE NORTH 89° 56' 26" EAST, ALONG THE NORTH LINE OF SAID NORTH HALF OF SECTION 11 AND THE NORTH LINE OF BLOCK ONE (1), SADDLEBACK ESTATES, AN ADDITION IN TULSA COUNTY, STATE OF OKLAHOMA, FOR 440.02 FEET; THENCE SOUTH 00° 04' 06" EAST, ALONG THE EAST LINE OF SAID BLOCK 1, FOR 2092.14 FEET TO THE POINT OF BEGINNING OF SAID TRACT; THENCE NORTH 89° 59' 50" WEST, ALONG THE SOUTH LINE OF SAID BLOCK 1 FOR 465.78 FEET; THENCE SOUTH 00° 14' 06" EAST FOR 553.69 FEET; THENCE NORTH 89° 59' 57" EAST FOR 461.33 FEET; THENCE NORTH 00° 04' 06" WEST FOR 553.66 FEET TO THE POINT OF BEGINNING, CONTAINING 5.91 ACRES MORE OR LESS.

## AND

A TRACT OF LAND IN THE NORTH HALF (N/2) OF SECTION 11, TOWNSHIP 16 NORTH, RANGE 12 EAST OF THE INDIAN BASE AND MERIDIAN, TULSA COUNTY, STATE OF OKLAHOMA, ACCORDING TO THE U.S. GOVERNMENT SURVEY THEREOF, MORE PARTICULARLY DESCRIBED AS FOLLOWS, TO-WIT:

COMMENCING AT THE NORTHEAST CORNER OF THE NORTHWEST QUARTER (NW/4) OF SAID SECTION 11, THENCE N 89°56'26"E ALONG THE NORTH LINE OF SAID NORTH HALF OF SECTION 11 AND THE NORTH LINE OF BLOCK ONE (1) OF TULSA COUNTY, STATE OF OKLAHOMA FOR 440.02 FEET, THENCE S 0°04'06"E ALONG THE EAST LINE OF SAID BLOCK ONE (1) FOR 2092.14 FEET, THENCE N 89°59'50"W ALONG THE SOUTH LINE OF SAID BLOCK ONE (1) FOR 465.78 FEET TO THE POINT OF BEGINNING, THENCE N 89°59'50"W FOR 575.11 FEET, THENCE S 2°16'08"E FOR 554.16 FEET TO A POINT ON THE SOUTH LINE OF SAID NORTH HALF (N/2) OF SAID SECTION 11, THENCE N 89°59'57"E ALONG SAID SOUTH LINE FOR 555.28 FEET, THENCE N 0°13'06"W FOR 553.69 FEET TO THE POINT OF BEGINNING, LESS AND ECEPT THE WEST 75 FEET THEREOF; CONTAINING APPROXIMATELY 6.226 ACRES MORE OR LESS.

# Exhibit

# "R"

## Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!*®

OCWEN

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

07/18/2017

Loan Number: 7655508885



Patsy J Harnish
2325 ULMERTON RD STE 16
C/O HOME DEFENSE LAW GROUP
CLEARWATER, FL 33762-3362

Property Address: 19510 Carriage Ct
Mounds, OK 74047-5516

### DEED IN LIEU OF FORECLOSURE PROGRAM

Dear Customer(s),

We have completed the review of your application for assistance and the financial information you provided. We have evaluated your loan and **you are pre-approved for** a Deed-in-Lieu of Foreclosure (DIL). Please note that with our DIL program you may also be eligible for relocation assistance to help with moving expenses.

**Deed in lieu of Foreclosure (DIL) Program**
With a DIL, you voluntarily transfer ownership of all real property securing your mortgage loan (Property) to Ocwen by signing over the Property deed and/or title. In exchange, Ocwen officially <u>releases you from all responsibility to repay the mortgage debt</u> and considers the total amount due on the first mortgage satisfied. In addition, persons still living in the home may qualify for relocation assistance to help with moving expenses.

The following pages detail specific requirements, responsibilities and terms and conditions of DIL. **NOTE - This letter constitutes an agreement between you and Ocwen ("Agreement").** Please read the enclosed Agreement terms carefully. Steps for accepting this DIL offer are listed below. The deadline for this Agreement is 08/01/2017.

### STEPS TO ACCEPT THIS OFFER
All Steps Must be Completed by 08/01/2017

**Step 1:** **Fill-in and Sign the enclosed pages, including the following:**

Be sure that ALL borrowers sign forms marked - *Sign*

☐ DIL Agreement - *Sign*
☐ IRS Form W9 - *Sign*

☐ Authorization to negotiate with and release information to additional lien holders - *Sign*

**Step 2:** **Return all signed and completed pages to Ocwen on or before 08/01/2017**

Fax to 407.737.5070 - or - Email DIL@ocwen.com

Please see Steps 3 and 4 on page 2!

4-814-AEO73-0000673-001-02-000-001-000-000

NMLS # 1852

DLUASM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

STEPS TO ACCEPT THIS OFFER (CONTINUED):
All Steps Must be Completed by 08/01/2017

**Step 3:**   **Make sure your property title is "clear"**
You must be sure that no other claims or liens are attached to your property, also known as subordinate liens. Examples include second mortgages such as home equity loans, tax liens, or claims for unpaid bills.

- ☐ If liens exist, you must contact the lien holders and negotiate payoff and release of these debts.
- ☐ Ocwen may contribute up to **$8,500 or a maximum amount allowable by the investor/ guarantor of the loan** to be paid to help get subordinate mortgage lien releases. We will need official documentation of the release(s) of personal liability for all liens. **NOTE:** Ocwen does not take responsibility **for preventing other lien holders** from seeking to enforce personal liability against you.

**Step 4:**   **Leave the property in broom-clean condition**
- ☐ Anyone living at the property must move out completely by 09/16/2017, with all personal belongings removed.

  NOTE: We may dispose of any personal property remaining in or on the property after 09/16/2017 in any manner we or our successors assign.
- ☐ The property must be "broom clean", i.e., clear of all trash and debris both inside and outside.
- ☐ Yard areas must be clean and neat.

Once we receive all the documentation listed in Step 1, we may have to order an interior appraisal which typically takes 5 - 7 days to complete. A title report will also be ordered to verify there are no liens or judgments attached to the property. Once the interior appraisal is complete and a clear title report is received, the DIL request will be reviewed for approval. If approval is received, you will be contacted to schedule a closing or transfer the title if there is no formal closing. If the request is not approved or we do not get all of the required documents, you will receive a denial letter stating the reason the property is not eligible for a DIL. Please contact us at the number below if you have any questions regarding this process.

Leilani Rivera has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents.

If you have questions, please call us toll-free at 800.746.2936. We are available  Monday through Friday 8 am to 9 pm, Saturday 8 am to 5 pm and Sunday 9 am to 9 pm ET.

Sincerely,
Loan Servicing

NMLS # 1852                                                                                           DLUASM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936



## DIL Agreement - Terms and Conditions

Other terms and conditions to the Deed-in-Lieu Agreement ("Agreement"):

**Property Maintenance and Expenses.** You are responsible for all property maintenance and expenses of your Property, including utilities, assessments, association dues, and costs for interior and exterior maintenance, until you convey it to us. Additionally, you must report any and all property damage to us and file a hazard insurance claim for covered damage.

While under Agreement, unless insurance proceeds are used to pay for repairs or personal property losses, we may require that they be applied to reduce the mortgage debt. After the formal closing or transfer of title, any funds remaining in your escrow/suspense account and/or insurance proceeds relating to the Loan shall be released by the Borrower to Ocwen and considered the property of Ocwen.

1. **Occupant Relocation Assistance.**
   a. To be eligible for relocation assistance, the occupant must be required to vacate as a condition of payment.
   b. In addition, you must provide evidence that the property is the payee's principal residence, which in the case of a Tenant, may include information concerning the Tenant, a copy of the lease agreement or other evidence of occupancy.

2. **Relocation Assistance Payment.** If there is a formal closing and the occupant has vacated the Property and you have complied with the other terms of this Agreement, the assistance payment will be paid to the occupant at closing. If at the time of closing the occupant has not vacated the Property, and you have complied with the other terms of this Agreement, a check will be mailed to the occupant within 10 calendar days from when the occupant vacates the Property and the keys are delivered to us. Similarly, if a formal closing is not conducted, we will mail the occupant a check within 10 calendar days from the later of when you execute the deed to us or when the occupant vacates the Property and the keys are delivered to us as long, as you have complied with the terms of this Agreement.

   Only one payment per household is provided for the relocation assistance, regardless of the number of occupants of the Property.

3. **Foreclosure Sale Suspension.** We may initiate or continue the foreclosure process as permitted by the mortgage documents; however, we will suspend any foreclosure sale date until the conveyance of your Property has been completed, provided you continue to abide by the terms and conditions of this Agreement.

4. **Satisfaction and Release of Liability.** If all of the terms and conditions of this Agreement are met, upon conveyance of your Property to us by General Warranty deed or the equivalent in the state where your Property is located, we will prepare and record a lien release in full satisfaction of the mortgage, foregoing all rights to pursue a deficiency judgment.

5. **Mortgage Insurer or Guarantor or Investor Approval.** The terms and conditions of the Agreement are subject to the written approval of the mortgage insurer or guarantor or the investor/ owner of the loan.

6. **Termination of This Agreement.** We may terminate this Agreement at any time if:
   a. Your financial situation improves significantly, you qualify for loan modification, you bring the account current, or you pay off the mortgage in full.
   b. You fail to act in good faith with the Agreement.
   c. A significant change occurs to the property condition or value.
   d. There is evidence of fraud or misrepresentation.
   e. You file for bankruptcy and the Bankruptcy Court declines to approve the agreement.

NMLS # 1852                                                                                                                    DLUASM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

f.  Litigation is initiated or threatened that could affect title to the property or interfere with a valid conveyance.

g.  You or your Tenant, if applicable, fail to make the property available for inspection or fail to leave the property in broom clean condition.

7.  **Settlement of a Debt.** The proposed transaction represents our attempt to reach a settlement of the delinquent mortgage. You are choosing to enter into this Agreement even though there is no guarantee that the transaction will be successful. In the event this transaction is unsuccessful, we may exercise our remedies under the mortgage, including foreclosure.

8.  **Possible Income Tax Considerations.** The difference between the remaining amount of principal you owe and the current market value of the property must be reported to the Internal Revenue Service (IRS) on Form 1099-C as debt forgiveness. In some cases, debt forgiveness could be taxed as income. The amount we pay you for moving expenses may also be reported as income. We suggest that you contact the IRS or your tax preparer to determine if you may have any tax liability.

9.  **Credit Bureau Reporting.** We will follow standard industry practice and report to the major credit reporting agencies that your mortgage was settled for less than the full payment. We have no control over, or responsibility for the impact of this report on your credit score. To learn more about the potential impact of a Deed-in-Lieu on your credit, you may want to go to http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.



NMLS # 1852

DLUASM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

**DIL Agreement - Acknowledgments**

**PLEASE READ THIS AGREEMENT CAREFULLY BEFORE YOU SIGN, BECAUSE IT AFFECTS YOUR LEGAL RIGHTS.**

By signing this Agreement, you are agreeing to a Deed-in lieu of foreclosure. If you have any questions about the Deed in lieu of foreclosure, please call us before signing and returning this Agreement.

**Borrower Acknowledgement of Risks, Conditions and Contingencies.** In signing and returning this Deed in lieu of foreclosure Agreement, I/we agree to all the stated terms and conditions. If any of the terms or conditions of this Agreement are not satisfied by the Borrower, or are changed without prior written consent of Ocwen, this Agreement becomes null and void in its entirety. This Agreement is not transferable or assignable by the Borrower.

**ACKNOWLEDGED AND ACCEPTED:**

| SIGN HERE | *Patsy J Harnish* | 7/26/17 | SIGN HERE | *Jim W Harnish* | 7/26/17 |
|---|---|---|---|---|---|
| | Patsy J Harnish Signature | Date (MM/DD/YYYY) | | Signature | Date (MM/DD/YYYY) |

| SIGN HERE | _____ | _____ |
|---|---|---|
| | Signature | Date (MM/DD/YYYY) |

**If you have any questions, please call us toll-free at 800.746.2936. We are available  Monday through Friday 8 am to 9 pm, Saturday 8 am to 5 pm and Sunday 9 am to 9 pm ET.**

**Counseling Services:** If you would like to speak with a counselor about this program, call the Homeowner's HOPE™ Hotline 1-888-995-HOPE (4673). The Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment.

NMLS # 1852

DLUASM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936



### ADDITIONAL ASSISTANCE IS AVAILABLE

When you are experiencing a financial hardship, housing counseling may be a way to help you manage your finances. We urge you to contact HUD approved agencies to obtain assistance in keeping your home. This assistance is available at no charge.

| HUD Approved Housing Counseling | 800.569.4287 | www.HUD.gov |
| Homeowner's HOPE Hotline Number | 888.995.4673 | www.hopenow.com |
| Fannie Mae Assistance Program | | www.knowyouroptions.com |

### ADDITIONAL LEGAL DISCLOSURES

**Notice Regarding Bankruptcy:** Please be advised that if you are part of an active Bankruptcy case or if you have received an Order of Discharge from a Bankruptcy Court, this letter is in no way an attempt to collect either a pre-petition, post-petition or discharged debt. If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If you have received an Order of Discharge in a Chapter 7 case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from you personally. Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your plan.

**Notice Regarding Credit Discrimination:** The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

**Balance Waiver:** A deficiency will remain after acceptance of a Deed-in-Lieu. Ocwen agrees to waive the remaining balance due on the referenced loan or such waiver is required by state law and, therefore, Ocwen will release the Borrower(s) from further obligation upon successful completion of the Deed-in-Lieu. Furthermore, Ocwen agrees to waive all rights to pursue for further judgment or deficiencies, costs, fees, interest or expenses in association with the referenced loan. Ocwen further agrees that it shall not transfer any further obligations or rights to pursue further judgment or deficiencies to a third party debt-collector. Unless prohibited by state law, Ocwen will report this debt forgiveness to the Internal Revenue Service (IRS) on Form 1099-C.

**Tax Consequences of Loss Mitigations Options:** Your acceptance of a Loan Modification, Short Sale, or Deed-in-Lieu of Foreclosure may result in federal, state, or local tax consequences to you and/or affect your eligibility for any public assistance benefits. We cannot advise you on these impacts and encourage you to contact a tax professional to discuss any questions you may have.

**Credit Reporting:** We will follow standard industry practice and report to the major credit reporting agencies that your mortgage was settled for less than the full payment. We have no control over or responsibility for the impact of this report on your credit score. You may access the following website to learn more about the potential impact of a short sale on your credit: http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.

NMLS # 1852                                                                                                    DLUASM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

O C W E N

**Notice Regarding Additional Liens:** If you have any other mortgage loan(s) that is/are secured by the same property, we encourage you to contact the servicer(s) of those loan(s) to discuss available loss mitigation options.

**Notice Regarding Appraisals:** We may obtain an appraisal or other written valuation in order to determine the property's value. We will promptly provide you with a copy of any such valuation, even if you are not approved for any loss mitigation options.

**Please be Aware that Documents may Expire During the Review:** If financial documents are over 90 days old, we may contact you to request updated documentation. Please ensure that you have provided our office with the most current documents available.



4-814-AE073-0000673-001-08-000-001-000-000

NMLS # 1852                                                                                        DLUASM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!*®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

07/18/2017

Loan Number: 7655508885



Patsy J Harnish
2325 ULMERTON RD STE 16
C/O HOME DEFENSE LAW GROUP
CLEARWATER, FL 33762-3362

Property Address: 19510 Carriage Ct
Mounds, OK 74047-5516

## Authorization To Negotiate With And Release Information To Additional Lien Holders

Borrower hereby authorizes Ocwen Loan Servicing, LLC ("Ocwen") and its Vendors or Agents (as defined below) to assist in negotiating a release of additional liens that may exist on the Property and further authorizes Ocwen to release any necessary Property Information to facilitate the release. Ocwen will allocate a total amount of $8500 to negotiate with other lien holders. This amount is not independent to each lien, but rather the total of all outstanding liens must be released without exceeding $8500.

Borrower hereby authorizes all lien holders with regard to the above referenced property, including, but not limited to, the specific lien holders identified below, to release to Ocwen, its Vendors and/or its respective Agents (as defined below) and assigns any and all information or documentation that may be requested about the below-referenced loan/account and/or the above referenced property ("Property Information"). "Agents" shall mean, without limitation, real estate agents, attorneys, and their employees. A copy of this *Authorization to Negotiate with and Release Information to Additional Lien Holders* may be accepted as an original.

**Borrower shall include below information about any lien holder (including the account number) of which they are aware. By signing below, your authorization includes any lien holders not listed below which are identified through a title search completed by Ocwen, its Vendors or Agents.**

_____

*Junior (2nd) Lien Holder*

_____

*Junior (2nd) Lien Account Number*

_____

*Estimated Unpaid Principal Balance*

_____

*Junior (2nd) Lien Holder Phone Number*

_____

*Junior (2nd) Lien Holder Fax Number*

NMLS # 1852

DLUASM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

4-814-AE073-0000673-001-09-000-001-000-000



## Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

By signing below, borrower(s) acknowledge they have read, understand, accept and have received a copy of this agreement.

Borrower Signature

*Patsy J Harnish*

Patsy J Harnish

Social Security Number   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

Date   2-26-17

To expedite processing, Fax or Email this letter and ALL required documents: Fax: 407.737.5070 - OR - Email: DIL@ocwen.com

Mailing Address:

Ocwen Loan Servicing, LLC
Attn: Collateral Based Solutions (DIL)
1661 Worthington Road, Suite 100
West Palm Beach, Florida 33409

DLUASM

NMLS # 1852

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

**Form W-9**
(Rev. October 2007)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer**
**Identification Number and Certification**

Give form to the
requester. Do not
send to the IRS.

Name (as shown on your income tax return)

*Patsy J. Harnish*

Business name, if different from above

Check appropriate box: ☒ Individual/Sole proprietor ☐ Corporation ☐ Partnership
☐ Limited liability company. Enter the tax classification (D=disregarded entity, C=corporation, P=partnership) ▶ _____
☐ Other (see instructions) ▶

☐ Exempt payee

Address (number, street, and apt. or suite no.)

*19510 Carriage Court*

City, state, and ZIP code

*Woods, Okla. 74042*

Requester's name and address (optional)

List account number(s) here (optional)

**Part I    Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

*445 44 7653*

or

Employer identification number

**Part II    Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 4.

Sign
Here

Signature of
U.S. person ▶

Date ▶

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

● An individual who is a U.S. citizen or U.S. resident alien,

● A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

● An estate (other than a foreign estate), or

● A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

● The U.S. owner of a disregarded entity and not the entity,

Cat. No. 10231X

Form **W-9** (Rev. 10-2007)

Form W-9 (Rev. 10-2007)

Page **2**

● The U.S. grantor or other owner of a grantor trust and not the trust, and

● The U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

**Foreign person.** If you are a foreign person, do not use Form W-9. Instead, use the appropriate Form W-8 (see Publication 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the payee has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

*Example.* Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a nonresident alien or a foreign entity not subject to backup withholding, give the requester the appropriate completed Form W-8.

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS 28% of such payments. This is called "backup withholding." Payments that may be subject to backup withholding include interest, tax-exempt interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1. You do not furnish your TIN to the requester,

2. You do not certify your TIN when required (see the Part II instructions on page 3 for details),

3. The IRS tells the requester that you furnished an incorrect TIN,

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the instructions below and the separate Instructions for the Requester of Form W-9.

Also see *Special rules for partnerships* on page 1.

## Penalties



**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

# Specific Instructions

## Name

If you are an individual, you must generally enter the name shown on your income tax return. However, if you have changed your last name, for instance, due to marriage without informing the Social Security Administration of the name change, enter your first name, the last name shown on your social security card, and your new last name.

If the account is in joint names, list first, and then circle, the name of the person or entity whose number you entered in Part I of the form.

**Sole proprietor.** Enter your individual name as shown on your income tax return on the "Name" line. You may enter your business, trade, or "doing business as (DBA)" name on the "Business name" line.

**Limited liability company (LLC).** Check the "Limited liability company" box only and enter the appropriate code for the tax classification ("D" for disregarded entity, "C" for corporation, "P" for partnership) in the space provided.

For a single-member LLC (including a foreign LLC with a domestic owner) that is disregarded as an entity separate from its owner under Regulations section 301.7701-3, enter the owner's name on the "Name" line. Enter the LLC's name on the "Business name" line.

For an LLC classified as a partnership or a corporation, enter the LLC's name on the "Name" line and any business, trade, or DBA name on the "Business name" line.

**Other entities.** Enter your business name as shown on required federal tax documents on the "Name" line. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on the "Business name" line.

**Note.** You are requested to check the appropriate box for your status (individual/sole proprietor, corporation, etc.).

## Exempt Payee

If you are exempt from backup withholding, enter your name as described above and check the appropriate box for your status, then check the "Exempt payee" box in the line following the business name, sign and date the form.

4-814-AEO73-000673-001-12-000-001-000-000

Form W-9 (Rev. 10-2007)

Generally, individuals (including sole proprietors) are not exempt from backup withholding. Corporations are exempt from backup withholding for certain payments, such as interest and dividends.

**Note.** If you are exempt from backup withholding, you should still complete this form to avoid possible erroneous backup withholding.

The following payees are exempt from backup withholding:

1. An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2),

2. The United States or any of its agencies or instrumentalities,

3. A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or instrumentalities,

4. A foreign government or any of its political subdivisions, agencies, or instrumentalities, or

5. An international organization or any of its agencies or instrumentalities.

Other payees that may be exempt from backup withholding include:

6. A corporation,

7. A foreign central bank of issue,

8. A dealer in securities or commodities required to register in the United States, the District of Columbia, or a possession of the United States,

9. A futures commission merchant registered with the Commodity Futures Trading Commission,

10. A real estate investment trust,

11. An entity registered at all times during the tax year under the Investment Company Act of 1940,

12. A common trust fund operated by a bank under section 584(a),

13. A financial institution,

14. A middleman known in the investment community as a nominee or custodian, or

15. A trust exempt from tax under section 664 or described in section 4947.

The chart below shows types of payments that may be exempt from backup withholding. The chart applies to the exempt payees listed above, 1 through 15.

| IF the payment is for . . . | THEN the payment is exempt for . . . |
|---|---|
| Interest and dividend payments | All exempt payees except for 9 |
| Broker transactions | Exempt payees 1 through 13. Also, a person registered under the Investment Advisers Act of 1940 who regularly acts as a broker |
| Barter exchange transactions and patronage dividends | Exempt payees 1 through 5 |
| Payments over $600 required to be reported and direct sales over $5,000 [1] | Generally, exempt payees 1 through 7 [2] |

[1] See Form 1099-MISC, Miscellaneous Income, and its instructions.
[2] However, the following payments made to a corporation (including gross proceeds paid to an attorney under section 6045(f), even if the attorney is a corporation) and reportable on Form 1099-MISC are not exempt from backup withholding: medical and health care payments, attorneys' fees, and payments for services paid by a federal executive agency.

## Part I. Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see *How to get a TIN* below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN. However, the IRS prefers that you use your SSN.

If you are a single-member LLC that is disregarded as an entity separate from its owner (see *Limited liability company (LLC)* on page 2), enter the owner's SSN (or EIN, if the owner has one). Do not enter the disregarded entity's EIN. If the LLC is classified as a corporation or partnership, enter the entity's EIN.

**Note.** See the chart on page 4 for further clarification of name and TIN combinations.

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local Social Security Administration office or get this form online at *www.ssa.gov*. You may also get this form by calling 1-800-772-1213. Use Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can apply for an EIN online by accessing the IRS website at *www.irs.gov/businesses* and clicking on Employer Identification Number (EIN) under Starting a Business. You can get Forms W-7 and SS-4 from the IRS by visiting *www.irs.gov* or by calling 1-800-TAX-FORM (1-800-829-3676).

If you are asked to complete Form W-9 but do not have a TIN, write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

**Note.** Entering "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.

**Caution:** *A disregarded domestic entity that has a foreign owner must use the appropriate Form W-8.*

## Part II. Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if items 1, 4, and 5 below indicate otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). Exempt payees, see *Exempt Payee* on page 2.

**Signature requirements.** Complete the certification as indicated in 1 through 5 below.

**1. Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.** You must give your correct TIN, but you do not have to sign the certification.

**2. Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

4-814-AE073-0000673-001-13-000-001-000-000

Form W-9 (Rev. 10-2007)                                                                                                                Page 4

**3. Real estate transactions.** You must sign the certification. You may cross out item 2 of the certification.

**4. Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

**5. Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), IRA, Coverdell ESA, Archer MSA or HSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) | The actual owner of the account or, if combined funds, the first individual on the account[1] |
| 3. Custodian account of a minor (Uniform Gift to Minors Act) | The minor[2] |
| 4. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee[1] |
| b. So-called trust account that is not a legal or valid trust under state law | The actual owner[1] |
| 5. Sole proprietorship or disregarded entity owned by an individual | The owner[3] |

| For this type of account: | Give name and EIN of: |
|---|---|
| 6. Disregarded entity not owned by an individual | The owner |
| 7. A valid trust, estate, or pension trust | Legal entity[4] |
| 8. Corporate or LLC electing corporate status on Form 8832 | The corporation |
| 9. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 10. Partnership or multi-member LLC | The partnership |
| 11. A broker or registered nominee | The broker or nominee |
| 12. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |

[1] List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

[2] Circle the minor's name and furnish the minor's SSN.

[3] You must show your individual name and you may also enter your business or "DBA" name on the second name line. You may use either your SSN or EIN (if you have one), but the IRS encourages you to use your SSN.

[4] List first and circle the name of the trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.) Also see Special rules for partnerships on page 1.

**Note.** If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.

## Secure Your Tax Records from Identity Theft

Identity theft occurs when someone uses your personal information such as your name, social security number (SSN), or other identifying information, without your permission, to commit fraud or other crimes. An identity thief may use your SSN to get a job or may file a tax return using your SSN to receive a refund.

To reduce your risk:
* Protect your SSN,
* Ensure your employer is protecting your SSN, and
* Be careful when choosing a tax preparer.

Call the IRS at 1-800-829-1040 if you think your identity has been used inappropriately for tax purposes.

Victims of identity theft who are experiencing economic harm or a system problem, or are seeking help in resolving tax problems that have not been resolved through normal channels, may be eligible for Taxpayer Advocate Service (TAS) assistance. You can reach TAS by calling the TAS toll-free case intake line at 1-877-777-4778 or TTY/TDD 1-800-829-4059.

**Protect yourself from suspicious emails or phishing** schemes. Phishing is the creation and use of email and websites designed to mimic legitimate business emails and websites. The most common act is sending an email to a user falsely claiming to be an established legitimate enterprise in an attempt to scam the user into surrendering private information that will be used for identity theft.

The IRS does not initiate contacts with taxpayers via emails. Also, the IRS does not request personal detailed information through email or ask taxpayers for the PIN numbers, passwords, or similar secret access information for their credit card, bank, or other financial accounts.

If you receive an unsolicited email claiming to be from the IRS, forward this message to *phishing@irs.gov.* You may also report misuse of the IRS name, logo, or other IRS personal property to the Treasury Inspector General for Tax Administration at 1-800-366-4484. You can forward suspicious emails to the Federal Trade Commission at: *spam@uce.gov* or contact them at *www.consumer.gov/idtheft* or 1-877-IDTHEFT(438-4338).

Visit the IRS website at *www.irs.gov* to learn more about identity theft and how to reduce your risk.



## Privacy Act Notice

Section 6109 of the Internal Revenue Code requires you to provide your correct TIN to persons who must file information returns with the IRS to report interest, dividends, and certain other income paid to you, mortgage interest you paid, the acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA, or Archer MSA or HSA. The IRS uses the numbers for identification purposes and to help verify the accuracy of your tax return. The IRS may also provide this information to the Department of Justice for civil and criminal litigation, and to cities, states, the District of Columbia, and U.S. possessions to carry out their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You must provide your TIN whether or not you are required to file a tax return. Payers must generally withhold 28% of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to a payer. Certain penalties may also apply.



4-814-AEO73-0000673-001-01-000-001-000-000




PATSY J HARNISH
C/O HOME DEFENSE LAW GROUP
2325 ULMERTON RD STE 16
CLEARWATER FL 33762-3362

Form **W-9**
(Rev. October 2007)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

Give form to the
requester. Do not
send to the IRS.



Name (as shown on your income tax return)

Business name, if different from above

Check appropriate box: ☐ Individual/Sole proprietor  ☐ Corporation  ☐ Partnership
☐ Limited liability company. Enter the tax classification (D=disregarded entity, C=corporation, P=partnership) ► ..........
☐ Other (see instructions) ►

☐ Exempt payee

Address (number, street, and apt. or suite no.)

Requester's name and address (optional)

City, state, and ZIP code

List account number(s) here (optional)

*(left margin)* Print or type
See Specific Instructions on page 2.

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

or

Employer identification number

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here**  Signature of
U.S. person ►                                   Date ►

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

● An individual who is a U.S. citizen or U.S. resident alien,

● A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

● An estate (other than a foreign estate), or

● A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

● The U.S. owner of a disregarded entity and not the entity,

*(right margin vertical text)* 4-814-AEO73-000673-001-11-000-001-000-000



## Ocwen Loan Servicing, LLC
### www.ocwen.com
### *Helping Homeowners Is What We Do!*®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936



**By signing below, borrower(s) acknowledge they have read, understand, accept and have received a copy of this agreement.**

_____          _____
Borrower Signature                              Social Security Number

_____          _____
Patsy J Harnish                                      Date

**To expedite processing, Fax or Email this letter and ALL required documents: Fax: 407.737.5070 - OR - Email: DIL@ocwen.com**

**Mailing Address:**

<div align="center">

**Ocwen Loan Servicing, LLC**
**Attn: Collateral Based Solutions (DIL)**
**1661 Worthington Road, Suite 100**
**West Palm Beach, Florida 33409**

</div>

NMLS # 1852                                                                                            DLUASM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!*®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936



## DIL AGREEMENT - ACKNOWLEDGMENTS

**PLEASE READ THIS AGREEMENT CAREFULLY BEFORE YOU SIGN, BECAUSE IT AFFECTS YOUR LEGAL RIGHTS.**

By signing this Agreement, you are agreeing to a Deed-in lieu of foreclosure. If you have any questions about the Deed in lieu of foreclosure, please call us before signing and returning this Agreement.

**Borrower Acknowledgement of Risks, Conditions and Contingencies.** In signing and returning this Deed in lieu of foreclosure Agreement, I/we agree to all the stated terms and conditions. If any of the terms or conditions of this Agreement are not satisfied by the Borrower, or are changed without prior written consent of Ocwen, this Agreement becomes null and void in its entirety. This Agreement is not transferable or assignable by the Borrower.

**ACKNOWLEDGED AND ACCEPTED:**

| SIGN HERE | _____ | ___/___/___ | SIGN HERE | _____ | ___/___/___ |
|---|---|---|---|---|---|
| | Patsy J Harnish Signature | Date (MM/DD/YYYY) | | Signature | Date (MM/DD/YYYY) |

| SIGN HERE | _____ | ___/___/___ |
|---|---|---|
| | Signature | Date (MM/DD/YYYY) |

**If you have any questions, please call us toll-free at 800.746.2936. We are available  Monday through Friday 8 am to 9 pm, Saturday 8 am to 5 pm and Sunday 9 am to 9 pm ET .**

**Counseling Services:** If you would like to speak with a counselor about this program, call the Homeowner's HOPE™ Hotline 1-888-995-HOPE (4673). The Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment.

<div style="writing-mode: vertical-rl">4-814-AE073-0000673-001-06-000-001-000-000</div>

NMLS # 1852                                                                                        DLUASM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!*®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

07/18/2017

Loan Number: 7655508885

Patsy J Harnish
2325 ULMERTON RD STE 16
C/O HOME DEFENSE LAW GROUP
CLEARWATER, FL 33762-3362

Property Address: 19510 Carriage Ct
Mounds, OK 74047-5516

## AUTHORIZATION TO NEGOTIATE WITH AND RELEASE INFORMATION TO ADDITIONAL LIEN HOLDERS

Borrower hereby authorizes Ocwen Loan Servicing, LLC ("Ocwen") and its Vendors or Agents (as defined below) to assist in negotiating a release of additional liens that may exist on the Property and further authorizes Ocwen to release any necessary Property Information to facilitate the release. Ocwen will allocate a total amount of $8500 to negotiate with other lien holders. This amount is not independent to each lien, but rather the total of all outstanding liens must be released without exceeding $8500.

Borrower hereby authorizes all lien holders with regard to the above referenced property, including, but not limited to, the specific lien holders identified below, to release to Ocwen, its Vendors and/or its respective Agents (as defined below) and assigns any and all information or documentation that may be requested about the below-referenced loan/account and/or the above referenced property ("Property Information"). "Agents" shall mean, without limitation, real estate agents, attorneys, and their employees. A copy of this *Authorization to Negotiate with and Release Information to Additional Lien Holders* may be accepted as an original.

Borrower shall include below information about any lien holder (including the account number) of which they are aware. By signing below, your authorization includes any lien holders not listed below which are identified through a title search completed by Ocwen, its Vendors or Agents.

_____
*Junior (2nd) Lien Holder*

_____
*Junior (2nd) Lien Account Number*

_____
*Estimated Unpaid Principal Balance*

_____
*Junior (2nd) Lien Holder Phone Number*

_____
*Junior (2nd) Lien Holder Fax Number*

NMLS # 1852

DLUASM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

**"Enclosed is the copy of the document you requested"**



**First American**
MORTGAGE SOLUTIONS

## Notary Instructions for Ocwen Signings

Date:            SEPTEMBER 7, 2017
Homeowner:  JOHN W. HARNISH AND PATSY J. HARNISH
Property:        19510 CARRIAGE CT, MOUNDS, OK 74047
Order/Loan:   10912446
                     *5057352*

Dear Notary:

Enclosed are the documents to be executed by the homeowner(s).

1.   DEED IN LIEU - SIGN/NOTARIZE
2.   AFFIDAVIT/ESTOPPEL - SIGN/NOTARIZE
3.   W-9 - COMPLETE/SIGN – Complete with Name, Social Security Number and Future Address (not
      the subject property)
4.   EXHIBIT 100 - COMPLETE/SIGN – Complete with Valid Vacate Date (if already vacated, use date
      of signing).  *Please note borrowers, heirs and required signors must execute the Exhibit 100. Also,
      the form does not require notarization; therefore the notary can be the witness.*
5.   All documents need to be executed in black ink.
6.   Special instructions:

Please be aware that you are calling an attorney's office - c/o Home Defense Law Group - ***This is an open
date and time request*** Please schedule a notary near the area of the signing address. Upon receipt of this
request, the notary is to contact borrower at (877) 591-7859 or Moraima Aponte (727) 216-3420 | (727)
216-3137 to schedule appointment date, time and location most convenient for all between the following
dates: 9/7/17 (afternoon) through 9/18/17. The documents should be shipped to notary via FedEx on 9/6/17
and should be returned no later than 9/19/17.

If the borrower has any questions regarding this transaction they may contact Ocwen Loan Servicing at
1-855-235-9991.

**The Notary delivering the documents on behalf of First American Mortgage Services may not request
nor accept any funds from the borrower. Please direct the borrower to contact their lender
representatives for any questions pertaining to any agreements or terms. If there are any questions
regarding the Deed in Lieu documents please contact the FAMS representative below.**

Please return the executed documents, using the enclosed FedEx or UPS label, to:

              First American Mortgage Services
              3 First American Way, Second Floor
              Santa Ana, CA 92707
              Attn: FAMS DEFAULT SERVICES - DIL

Please contact your Deed in Lieu Specialist, OFELIA VU at 714-250-4349 with any questions.

Thank you.

To:7272163132    From:OCWEN    Fax:OCWEN    Powered by KOFAX    at  SEP-27-2017-16:23    Doc:024   Page:003



**First American**
MORTGAGE SOLUTIONS

**Procedure to contact Ocwen for DIL related queries while Notary signing appointment**

Below are the steps for the Notary to contact Ocwen to resolve customer questions/concerns with DIL documents at the signing appointment.

**Ocwen's DIL Customer care number for questions during signing: 1-855-235-9991**

After the FDCPA verbiage,
1. The IVR will prompt the caller to enter in the loan number followed by the pound button.
2. The IVR will prompt the caller to enter the last 4 digit of the borrower's SSN followed by pound sign.
3. The IVR will prompt the caller to enter the Zip Code followed by the pound sign.

Once the zip code is entered the caller will get connected to the Customer Care Center. The notary should handover the phone to the borrower and borrower will have to verify the last 4 digits of the SSN to proceed.

The borrower can ask the Customer Care Center Phone associate to transfer the call to a Deed in Lieu Specialist. Once the call reaches this department, the borrower can ask questions/concerns relating to DIL and get responses for all the queries.

To Whom It May Concern:

When I arrived at the signing location I opened the FedEx package that was sent to me. The borrowers copy was on top. I handed them their copy and then proceeded to have them sign their copy. When I got to the last document I then saw the Letter to the Notary on the bottom of the documents. I read the instructions and noticed I was supposed to use black ink. I had already had them sign in Blue ink. I also noticed they were supposed to put their future address on the W9. They had already completed the W9 with the address they used on their last IRS return. Just wanted you to know that I did not see the letter till the end of the closing as it was on the bottom of the stack.

DAvid

# Exhibit

# "S"

———————————— SPACE ABOVE THIS LINE FOR RECORDER'S USE ————————————

**After Recording Mail To:**
The Bank of New York Mellon
Trust Company
ATTN:  CT MBS Group
525 William Penn
Pittsburg, Pennsylvania 15259

**Prepared By:**
Matt Bishop - Bishop Law Firm
3739 North Steele Boulevard,
Suite 380
Fayetteville, Arkansas 72703
Phone: (479) 871-2029

Order: 11096824
Reference: 7655508885/10912446

## DEED IN LIEU OF FORECLOSURE
### TITLE OF DOCUMENT

**KNOW all men by these presents THAT:**

**John W. Harnish and Patsy J. Harnish, husband and wife, as joint tenants and not as tenants in common, with right of survivorship**, party(ies) of the first part, whose address is C/O Home Defense Law Group, 2325 Ulmerton Road, Suite 16, Clearwater, Florida 33762

OF Pinellas County, State of Florida,

IN CONSIDERATION OF the sum of FIVE HUNDRED SIXTY AND NO/100 DOLLARS ($560,000.00) and other valuable considerations in hand paid, the receipt of which is hereby acknowledged, does hereby Grant, Bargain, Sell and Convey unto

**The Bank of New York Mellon Trust Company, National Association FKA The Bank of New York Trust Company, N.A. as Successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-SP2**, party(ies) of the second part, whose address is ATTN: CT MBS Group 525 William Penn, Pittsburg, Pennsylvania 15259

OF Allegheny County, State of Pennsylvania,

THE FOLLOWING DESCRIBED real property and premises situate in Tulsa County, Oklahoma, to wit:

SEE EXHIBIT "A" ATTACHED HERETO AND BY THIS REFERENCE MADE A PART HEREOF.

COMMONLY known as: 19510 Carriage Court, Mounds, Oklahoma 74047
Parcel Identification Number: 96211-62-11-58760

Prior Recorded Doc. Ref.: Deed: Recorded May 28, 2004; BK 7304, PG 0230

This Instrument filed for record by First American Title Company as an accommodation only. It has not been examined as to its execution or as to its effect upon title.

This deed is absolute in effect and conveys fee simple title of the premises above described to the grantee and does not operate as a mortgage, deed of trust or security of any kind.

This deed does not effect a merger of the fee ownership and the lien of the mortgage described below. The fee and lien shall hereafter remain separate and distinct. By acceptance and recording of this deed, grantee covenants and agrees that it shall forever forebear taking any action whatsoever to collect against grantor on the obligations which are secured by the mortgage/deed of trust (referred to herein as "mortgage") described below, other than by foreclosure of that mortgage; and, that in any proceedings to foreclosure that mortgage, grantee shall not seek, obtain or permit a deficiency judgment against grantors, their heirs, successors or assigns, such right being hereby waived. This paragraph shall be inapplicable in the even that grantor attempts to have this deed set aside or this deed is determined to transfer less than fee simple title to grantee.

Grantor does hereby assign and transfer to grantee any equity of redemption and statutory rights of redemption concerning the real property and the mortgage described below.

Grantor is not acting under any misapprehension as to the legal effect of this deed, nor under duress, undue influence or misrepresentation of grantee, its agent, attorney or any other person. Grantor declares that this conveyance is freely and fairly made.

The true and actual consideration for this transfer consists of grantee's waiver of its right to bring an action against Grantor based on the promissory note secured by the mortgage hereinafter described and agreement not to name the grantor as a party to a foreclosure action stated above with respect to that certain mortgage bearing the date of May 24, 2004, by grantor in favor of **Mortgage Electronic Registration Systems, Inc. acting solely as a nominee for Greenpoint Mortgage Funding, Inc.,** and recorded at BK 7304, PG 0231, real property records of Tulsa County, Oklahoma on May 28, 2004, and according to public record the beneficial interest under the mortgage was assigned to The Bank of New York Mellon Trust Company, National Association FKA The Bank of New York Trust Company, N.A. as Successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, In., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-SP2, by assignment recorded December 14, 2015 as instrument no. 2015110055 of Official Records.

In construction this deed and where the context so requires, the singular included the plural and the plural includes the singular and all grammatical changes shall be implied to make the provisions hereof apply equally to corporations and to individuals.

TO HAVE AND TO HOLD said described premises unto the said party(ies) of the second part, and to the heirs and assigns forever; free, clear and discharged of and from all former grants, charges, taxes, judgments, mortgages and other liens and encumbrances of whatsoever nature.

Signed and delivered this ___*16*___ day of ___*Sepr*___, 20_*1 7*_

_____
John W. Harnish

_____
Patsy J. Harnish

## ACKNOWLEDGMENT

**STATE OF** _Oklahoma_ )
**COUNTY OF** _Tulsa_ ) ss

This instrument was acknowledged before me on this _*16*_ day of _*Sept*___, 20_*1 7*_, by **John W. Harnish and Patsy J. Harnish**.

NOTARY STAMP/SEAL

_____
Signature of Notarial Officer

_____
Title and Rank
My commission expires: _*4-2-21*_

DAVID KINNEY
Notary Public – State of Oklahoma
Commission Number 09002976
My Commission Expires Apr 2, 2021

## EXHIBIT "B"

## ESTOPPEL AFFIDAVIT

STATE OF Oklahoma
COUNTY OF Tulsa

**John W. Harnish and Patsy J. Harnish, husband and wife, as joint tenants and not as tenants in common, with right of survivorship,** being first duly sworn, depose and say: "That they are **the** identical parties who made, executed, and delivered that certain Deed in Lieu of Foreclosure to **The Bank of New York Mellon Trust Company, National Association FKA The Bank of New York Trust Company, N.A. as Successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-SP2,** dated the _____ day of _____, 2008, conveying the following described property, to-wit:

**SEE EXHIBIT "A" ATTACHED HERETO AND BY THIS REFERENCE MADE A PART HEREOF.**

Parcel ID # _____

That the aforesaid deed was intended to be and was an absolute conveyance of the title to said premises to **The Bank of New York Mellon Trust Company, National Association FKA The Bank of New York Trust Company, N.A. as Successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-SP2,** and was not and is not now intended as a mortgage, trust conveyance, or security of any kind; that it was the intention of affiants as grantors in said deed to convey, and by said deed these affiants did convey to **The Bank of New York Mellon Trust Company, National Association FKA The Bank of New York Trust Company, N.A. as Successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-SP2,** therein all their right, title, and interest absolutely in and to said premises; that possession of said premises has been surrendered to **The Bank of New York Mellon Trust Company, National Association FKA The Bank of New York Trust Company, N.A. as Successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-SP2;**

That in the execution and delivery of said deed affiants were not acting under any misapprehension as to the effect thereof, and acted freely and voluntarily and were not acting under coercion or duress;

That aforesaid deed was not given as a preference against any other creditor or the deponents or either of them; that at the time it was given there was no other person or persons, firms or corporations, other than **The Bank of New York Mellon Trust Company, National Association FKA The Bank of New York Trust Company, N.A. as Successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-SP2,** who have interest, either directly or indirectly, in said premises; that these deponents are solvent and have not other creditors whose rights would be prejudiced by such conveyance, and that deponents are not obligated upon any bond or mortgage or other security whereby any lien has been created or exists against the premises described in said deed.

That the consideration for said deed was and is payment to affiants of the sum of TEN AND NO/100 DOLLARS ($10.00) by **The Bank of New York Mellon Trust Company, National Association FKA The Bank of New York Trust Company, N.A. as Successor to JPMorgan Chase**

To: 7223149137   From: OCWEN   Fax: OCWEN   Powered by: KOFAX   at: SEP 27 2017 16:23   Doc:283   Page:009

Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-SP2, and **The Bank of New York Mellon Trust Company, National Association FKA The Bank of New York Trust Company, N.A. as Successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-SP2,** agreement to forebear taking any action against affiants to collect on the obligations secured by the mortgage described below, other than by foreclosure of that mortgage and to not seek, obtain or permit a deficiency judgment against affiants in such foreclosure action. The mortgage referred to herein, document dated by the undersigned to **Mortgage Electronic Registration Systems, Inc. acting solely as a nominee for Greenpoint Mortgage Funding, Inc.,** bearing the date of May 24, 2004, and recorded at BK 7304, PG 0231 real property records of Tulsa County, Oklahoma on May 28, 2004, and according to public record the beneficial interest under the mortgage was assigned to The Bank of New York Mellon Trust Company, National Association FKA The Bank of New York Trust Company, N.A. as Successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, In., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-SP2, by assignment recorded December 14, 2015 as instrument no. 2015110055 of Official Records. At the time of making said deed in lieu of foreclosure affiants believed and now believe that the aforesaid consideration therefore represents the fair value of the property so deeded, or more.

This affidavit is made for the protection and benefit of **The Bank of New York Mellon Trust Company, National Association FKA The Bank of New York Trust Company, N.A. as Successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-SP2,** its successors and assigns, and all other parties hereafter dealing with or who may acquire an interest in the property herein described.

That affiants, and each of them will testify, declare, depose, or certify before any competent tribunal, officer, or person, in any case now pending or which may hereafter be instituted, to the truth of the particular facts hereinabove set forth.

**WE (THE BORROWERS) UNDERSTAND THAT WE HAD A RIGHT TO OBTAIN LEGAL ADVICE BEFORE SIGNING THE AFORESAID DEED. WE HAVE EITHER DONE SO OR HAVE ELECTED TO PROCEED WITHOUT LEGAL ADVICE.**

Signed and delivered this ___16___ day of ___Sept_____, 20_17_.

_____
John W. Harnish

_____
Patsy J. Harnish

## ACKNOWLEDGMENT

STATE OF __Oklahoma__ )
COUNTY OF __Tulsa__ )   ss

This instrument was acknowledged before me on this _16_ day of __Sept___, 20_17_, by **John W. Harnish and Patsy J. Harnish**.

NOTARY STAMP/SEAL

```
DAVID KINNEY
Notary Public – State of Oklahoma
Commission Number 09002976
My Commission Expires Apr 2, 2021
```

_____
Signature of Notarial Officer

_____
Title and Rank
My commission expires: __4-2-21__

Prepared By:
Matt Bishop - Bishop Law Firm
3739 North Steele Boulevard, Suite 380
Fayetteville, Arkansas 72703
Phone: (479) 871-2029

**EXHIBIT "A"**
**LEGAL DESCRIPTION**

THE SOUTH 553.26 FEET OF THE WEST 393 FEET OF THE EAST 1260 FEET OF THE NORTHWEST QUARTER (NW/4) OF SECTION 11, TOWNSHIP 16 NORTH, RANGE 12 EAST OF THE INDIAN MERIDIAN, TULSA COUNTY, STATE OF OKLAHOMA, ACCORDING THE U.S. GOVERNMENT SURVEY THEREOF

## Exhibit 100 form specimen copy

# Exhibit 100

### Personal Property Release

The date of signing the deed

THIS PERSONAL PROPERTY RELEASE, made this _____ day of _____ 20___ between _____, ("Grantor(s)") who currently resides at _____ ("Property") and _____, ("Grantee") whose address is _____.

WHEREAS, Grantor(s) agrees to vacate said Property no later than _____ 20___ ("Vacancy Date") and to [The complete date when borrower vacated or will vacate the property] condition free of interior and exterior trash, debris or damage and to [              ] operty from the Mortgaged Premises. Grantor(s) agrees that Grantee and/or its s[              ]ay dispose of any personal property remaining in or on the Mortgaged Premise[              ]y Date in any manner and that this Personal Property Release shall be enforce[              ], Grantee and its successors and assigns. In consideration of Grantee's acceptance of a Deed-in-Lieu of Foreclosure of the Property, Grantor(s) hereby releases and holds harmless Grantee and its servicers, representatives, agents, attorneys, Officers, Directors, employees, successors and assigns from any claim or liability, loss, cost, or expense, including reasonable attorney's fees, for any and all personal property left in or on the Mortgaged Premises after the agreed upon Vacancy Date.

**THE UNDERSIGNED GRANTOR(S), HAS READ THE FOREGOING PERSONAL PROPERTY RELEASE AND UNDERSTANDS IT, AND HAS HAD THE OPPORTUNITY TO CONSULT WITH COUNSEL AND AGREES THAT ALL DOUBTS AND AMBIGUITIES IN CONNECTION WITH THIS PERSONAL PROPERTY RELEASE SHALL BE CONSTRUED IN FAVOR OF THE RELEASED PARTY.**

By: _____
Grantor

Borrower's signature

By: _____
Grantor

Witness: _____

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer
Identification Number and Certification**

Give Form to the
requester. Do not
send to the IRS.

Name (as shown on your income tax return)
*John W. Harris 4*

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

[x] Individual/sole proprietor   [ ] C Corporation   [ ] S Corporation   [ ] Partnership   [ ] Trust/estate

[ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

[ ] Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any) _____

Exemption from FATCA reporting
code (if any) _____

Address (number, street, and apt. or suite no.)
*19510 Carriage CT.*

City, state, and ZIP code
*Mounds OKla 74047*

Requester's name and address (optional)

List account number(s) here (optional)

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number
4 4 4 - 4 0 - 5 1 6 4

Employer identification number

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

Sign
Here

Signature of
U.S. person ▶ *John W. Harris*   Date ▶ *9-15-17*

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X                Form **W-9** (Rev. 8-2013)

Form W-9 (Rev. 8-2013)
Page **2**

In the cases below, the following person must give Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States:

• In the case of a disregarded entity with a U.S. owner, the U.S. owner of the disregarded entity and not the entity;

• In the case of a grantor trust with a U.S. grantor or other U.S. owner, generally, the U.S. grantor or other U.S. owner of the grantor trust and not the trust; and

• In the case of a U.S. trust (other than a grantor trust), the U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

**Foreign person.** If you are a foreign person or the U.S. branch of a foreign bank that has elected to be treated as a U.S. person, do not use Form W-9. Instead, use the appropriate Form W-8 or Form 8233 (see Publication 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the payee has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

**Example.** Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a nonresident alien or a foreign entity, give the requester the appropriate completed Form W-8 or Form 8233.

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS a percentage of such payments. This is called "backup withholding." Payments that may be subject to backup withholding include interest, tax-exempt interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, payments made in settlement of payment card and third party network transactions, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1. You do not furnish your TIN to the requester,

2. You do not certify your TIN when required (see the Part II instructions on page 3 for details),

3. The IRS tells the requester that you furnished an incorrect TIN,

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See *Exempt payee code* on page 3 and the separate Instructions for the Requester of Form W-9 for more information.

Also see *Special rules for partnerships* on page 1.

**What is FATCA reporting?** The Foreign Account Tax Compliance Act (FATCA) requires a participating foreign financial institution to report all United States account holders that are specified United States persons. Certain payees are exempt from FATCA reporting. See *Exemption from FATCA reporting code* on page 3 and the Instructions for the Requester of Form W-9 for more information.

**Updating Your Information**

You must provide updated information to any person to whom you claimed to be an exempt payee if you are no longer an exempt payee and anticipate receiving reportable payments in the future from this person. For example, you may need to provide updated information if you are a C corporation that elects to be an S corporation, or if you no longer are tax exempt. In addition, you must furnish a new Form W-9 if the name or TIN changes for the account, for example, if the grantor of a grantor trust dies.

**Penalties**

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

## Specific Instructions

### Name

If you are an individual, you must generally enter the name shown on your income tax return. However, if you have changed your last name, for instance, due to marriage without informing the Social Security Administration of the name change, enter your first name, the last name shown on your social security card, and your new last name.

If the account is in joint names, list first, and then circle, the name of the person or entity whose number you entered in Part I of the form.

**Sole proprietor.** Enter your individual name as shown on your income tax return on the "Name" line. You may enter your business, trade, or "doing business as (DBA)" name on the "Business name/disregarded entity name" line.

**Partnership, C Corporation, or S Corporation.** Enter the entity's name on the "Name" line and any business, trade, or "doing business as (DBA) name" on the "Business name/disregarded entity name" line.

**Disregarded entity.** For U.S. federal tax purposes, an entity that is disregarded as an entity separate from its owner is treated as a "disregarded entity." See Regulation section 301.7701-2(c)(2)(iii). Enter the owner's name on the "Name" line. The name of the entity entered on the "Name" line should never be a disregarded entity. The name on the "Name" line must be the name shown on the income tax return on which the income should be reported. For example, if a foreign LLC that is treated as a disregarded entity for U.S. federal tax purposes has a single owner that is a U.S. person, the U.S. owner's name is required to be provided on the "Name" line. If the direct owner of the entity is also a disregarded entity, enter the first owner that is not disregarded for federal tax purposes. Enter the disregarded entity's name on the "Business name/disregarded entity name" line. If the owner of the disregarded entity is a foreign person, the owner must complete an appropriate Form W-8 instead of a Form W-9. This is the case even if the foreign person has a U.S. TIN.

**Note.** Check the appropriate box for the U.S. federal tax classification of the person whose name is entered on the "Name" line (Individual/sole proprietor, Partnership, C Corporation, S Corporation, Trust/estate).

**Limited Liability Company (LLC).** If the person identified on the "Name" line is an LLC, check the "Limited liability company" box only and enter the appropriate code for the U.S. federal tax classification in the space provided. If you are an LLC that is treated as a partnership for U.S. federal tax purposes, enter "P" for partnership. If you are an LLC that has filed a Form 8832 or a Form 2553 to be taxed as a corporation, enter "C" for C corporation or "S" for S corporation, as appropriate. If you are an LLC that is disregarded as an entity separate from its owner under Regulation section 301.7701-3 (except for employment and excise tax), do not check the LLC box unless the owner of the LLC (required to be identified on the "Name" line) is another LLC that is not disregarded for U.S. federal tax purposes. If the LLC is disregarded as an entity separate from its owner, enter the appropriate tax classification of the owner identified on the "Name" line.

**Other entities.** Enter your business name as shown on required U.S. federal tax documents on the "Name" line. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on the "Business name/disregarded entity name" line.

### Exemptions

If you are exempt from backup withholding and/or FATCA reporting, enter in the Exemptions box, any code(s) that may apply to you. See *Exempt payee code* and *Exemption from FATCA reporting code* on page 3.

**Exempt payee code.** Generally, individuals (including sole proprietors) are not exempt from backup withholding. Corporations are exempt from backup withholding for certain payments, such as interest and dividends. Corporations are not exempt from backup withholding for payments made in settlement of payment card or third party network transactions.

**Note.** If you are exempt from backup withholding, you should still complete this form to avoid possible erroneous backup withholding.

The following codes identify payees that are exempt from backup withholding:

1—An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2)

2—The United States or any of its agencies or instrumentalities

3—A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or instrumentalities

4—A foreign government or any of its political subdivisions, agencies, or instrumentalities

5—A corporation

6—A dealer in securities or commodities required to register in the United States, the District of Columbia, or a possession of the United States

7—A futures commission merchant registered with the Commodity Futures Trading Commission

8—A real estate investment trust

9—An entity registered at all times during the tax year under the Investment Company Act of 1940

10—A common trust fund operated by a bank under section 584(a)

11—A financial institution

12—A middleman known in the investment community as a nominee or custodian

13—A trust exempt from tax under section 664 or described in section 4947

The following chart shows types of payments that may be exempt from backup withholding. The chart applies to the exempt payees listed above, 1 through 13.

| IF the payment is for . . . | THEN the payment is exempt for . . . |
| --- | --- |
| Interest and dividend payments | All exempt payees except for 7 |
| Broker transactions | Exempt payees 1 through 4 and 6 through 11 and all C corporations. S corporations must not enter an exempt payee code because they are exempt only for sales of noncovered securities acquired prior to 2012. |
| Barter exchange transactions and patronage dividends | Exempt payees 1 through 4 |
| Payments over $600 required to be reported and direct sales over $5,000¹ | Generally, exempt payees 1 through 5⁵ |
| Payments made in settlement of payment card or third party network transactions | Exempt payees 1 through 4 |

¹ See Form 1099-MISC, Miscellaneous Income, and its instructions.

² However, the following payments made to a corporation and reportable on Form 1099-MISC are not exempt from backup withholding: medical and health care payments, attorneys' fees, gross proceeds paid to an attorney, and payments for services paid by a federal executive agency.

**Exemption from FATCA reporting code.** The following codes identify payees that are exempt from reporting under FATCA. These codes apply to persons submitting this form for accounts maintained outside of the United States by certain foreign financial institutions. Therefore, if you are only submitting this form for an account you hold in the United States, you may leave this field blank. Consult with the person requesting this form if you are uncertain if the financial institution is subject to these requirements.

A—An organization exempt from tax under section 501(a) or any individual retirement plan as defined in section 7701(a)(37)

B—The United States or any of its agencies or instrumentalities

C—A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or instrumentalities

D—A corporation the stock of which is regularly traded on one or more established securities markets, as described in Reg. section 1.1472-1(c)(1)(i)

E—A corporation that is a member of the same expanded affiliated group as a corporation described in Reg. section 1.1472-1(c)(1)(i)

F—A dealer in securities, commodities, or derivative financial instruments (including notional principal contracts, futures, forwards, and options) that is registered as such under the laws of the United States or any state

G—A real estate investment trust

H—A regulated investment company as defined in section 851 or an entity registered at all times during the tax year under the Investment Company Act of 1940

I—A common trust fund as defined in section 584(a)

J—A bank as defined in section 581

K—A broker

L—A trust exempt from tax under section 664 or described in section 4947(a)(1)

M—A tax exempt trust under a section 403(b) plan or section 457(g) plan

## Part I. Taxpayer Identification Number (TIN)

**Enter your TIN in the appropriate box.** If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see *How to get a TIN* below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN. However, the IRS prefers that you use your SSN.

If you are a single-member LLC that is disregarded as an entity separate from its owner (see *Limited Liability Company (LLC)* on page 2), enter the owner's SSN (or EIN, if the owner has one). Do not enter the disregarded entity's EIN. If the LLC is classified as a corporation or partnership, enter the entity's EIN.

**Note.** See the chart on page 4 for further clarification of name and TIN combinations.

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local Social Security Administration office or get this form online at *www.ssa.gov*. You may also get this form by calling 1-800-772-1213. Use Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can apply for an EIN online by accessing the IRS website at *www.irs.gov/businesses* and clicking on Employer Identification Number (EIN) under Starting a Business. You can get Forms W-7 and SS-4 from the IRS by visiting IRS.gov or by calling 1-800-TAX-FORM (1-800-829-3676).

If you are asked to complete Form W-9 but do not have a TIN, apply for a TIN and write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

**Note.** Entering "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.

**Caution:** *A disregarded U.S. entity that has a foreign owner must use the appropriate Form W-8.*

## Part II. Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if items 1, 4, or 5 below indicate otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). In the case of a disregarded entity, the person identified on the "Name" line must sign. Exempt payees, see *Exempt payee code* earlier.

**Signature requirements.** Complete the certification as indicated in items 1 through 5 below.

**1. Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.** You must give your correct TIN, but you do not have to sign the certification.

**2. Interest, dividend, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

**3. Real estate transactions.** You must sign the certification. You may cross out item 2 of the certification.

**4. Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments made in settlement of payment card and third party network transactions, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

**5. Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), IRA, Coverdell ESA, Archer MSA or HSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

Case 9:17-cv-81330-DMM   Document 1   Entered on FLSD Docket 12/08/2017   Page 170 of 179

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) | The actual owner of the account or, if combined funds, the first individual on the account [1] |
| 3. Custodian account of a minor (Uniform Gift to Minors Act) | The minor [2] |
| 4. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee [1] |
| b. So-called trust account that is not a legal or valid trust under state law | The actual owner [1] |
| 5. Sole proprietorship or disregarded entity owned by an individual | The owner [3] |
| 6. Grantor trust filing under Optional Form 1099 Filing Method 1 (see Regulation section 1.671-4(b)(2)(i)(A)) | The grantor [4] |

| For this type of account: | Give name and EIN of: |
|---|---|
| 7. Disregarded entity not owned by an individual | The owner |
| 8. A valid trust, estate, or pension trust | Legal entity [4] |
| 9. Corporation or LLC electing corporate status on Form 8832 or Form 2553 | The corporation |
| 10. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 11. Partnership or multi-member LLC | The partnership |
| 12. A broker or registered nominee | The broker or nominee |
| 13. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |
| 14. Grantor trust filing under the Form 1041 Filing Method or the Optional Form 1099 Filing Method 2 (see Regulation section 1.671-4(b)(2)(ii)(B)) | The trust |

[1] List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

[2] Circle the minor's name and furnish the minor's SSN.

[3] You must show your individual name and you may also enter your business or "DBA" name on the "Business name/disregarded entity" name line. You may use either your SSN or EIN (if you have one), but the IRS encourages you to use your SSN.

[4] List first and circle the name of the trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.) Also see *Special rules for partnerships* on page 1.

*Note.* Grantor also must provide a Form W-9 to trustee of trust.

**Note.** If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.

## Secure Your Tax Records from Identity Theft

Identity theft occurs when someone uses your personal information such as your name, social security number (SSN), or other identifying information, without your permission, to commit fraud or other crimes. An identity thief may use your SSN to get a job or may file a tax return using your SSN to receive a refund.

To reduce your risk:

• Protect your SSN,

• Ensure your employer is protecting your SSN, and

• Be careful when choosing a tax preparer.

If your tax records are affected by identity theft and you receive a notice from the IRS, respond right away to the name and phone number printed on the IRS notice or letter.

If your tax records are not currently affected by identity theft but you think you are at risk due to a lost or stolen purse or wallet, questionable credit card activity or credit report, contact the IRS Identity Theft Hotline at 1-800-908-4490 or submit Form 14039.

For more information, see Publication 4535, Identity Theft Prevention and Victim Assistance.

Victims of identity theft who are experiencing economic harm or a system problem, or are seeking help in resolving tax problems that have not been resolved through normal channels, may be eligible for Taxpayer Advocate Service (TAS) assistance. You can reach TAS by calling the TAS toll-free case intake line at 1-877-777-4778 or TTY/TDD 1-800-829-4059.

**Protect yourself from suspicious emails or phishing schemes.** Phishing is the creation and use of email and websites designed to mimic legitimate business emails and websites. The most common act is sending an email to a user falsely claiming to be an established legitimate enterprise in an attempt to scam the user into surrendering private information that will be used for identity theft.

The IRS does not initiate contacts with taxpayers via emails. Also, the IRS does not request personal detailed information through email or ask taxpayers for the PIN numbers, passwords, or similar secret access information for their credit card, bank, or other financial accounts.

If you receive an unsolicited email claiming to be from the IRS, forward this message to *phishing@irs.gov*. You may also report misuse of the IRS name, logo, or other IRS property to the Treasury Inspector General for Tax Administration at 1-800-366-4484. You can forward suspicious emails to the Federal Trade Commission at: *spam@uce.gov* or contact them at *www.ftc.gov/idtheft* or 1-877-IDTHEFT (1-877-438-4338).

Visit IRS.gov to learn more about identity theft and how to reduce your risk.

## Privacy Act Notice

Section 6109 of the Internal Revenue Code requires you to provide your correct TIN to persons (including federal agencies) who are required to file information returns with the IRS to report interest, dividends, or certain other income paid to you; mortgage interest you paid; the acquisition or abandonment of secured property; the cancellation of debt; or contributions you made to an IRA, Archer MSA, or HSA. The person collecting this form uses the information on the form to file information returns with the IRS, reporting the above information. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation and to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their laws. The information also may be disclosed to other countries under a treaty, to federal and state agencies to enforce civil and criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism. You must provide your TIN whether or not you are required to file a tax return. Under section 3406, payers must generally withhold a percentage of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to the payer. Certain penalties may also apply for providing false or fraudulent information.

To:7273145132?   From:OCWEN   Fax: OCWEN   Powered by KOFAX   at: SEP-27-2017 16:23   Doc:094   Page:917

# Exhibit 100

## Personal Property Release

THIS PERSONAL PROPERTY RELEASE, made this __16__ day of ___Sept___, 20_17_, between **John W. Harnish and Patsy J. Harnish,** ("Grantor(s)") who currently resides at 19510 Carriage Court, Mounds, Oklahoma 74047 ("Property") and **The Bank of New York Mellon Trust Company, National Association FKA The Bank of New York Trust Company, N.A. as Successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-SP2,** ("Grantee") whose address is ATTN: CT MBS Group 525 William Penn, Pittsburg, Pennsylvania 15259.

WHEREAS, Grantor(s) agrees to vacate said Property no later than ___9-18___, 20_17_ ("Vacancy Date") and to leave the property in broom-swept condition free of interior and exterior trash, debris or damage and to remove all personal property from the Mortgaged Premises. Grantor(s) agrees that Grantee and/or its successors and assigns may dispose of any personal property remaining in or on the Mortgaged Premises following the Vacancy Date in any manner and that this Personal Property Release shall be enforceable by Grantee and its successors and assigns. In consideration of Grantee's acceptance of a Deed-in-Lieu of Foreclosure of the Property, Grantor(s) hereby releases and holds harmless Grantee and its servicers, representatives, agents, attorneys, Officers, Directors, employees, successors and assigns from any claim or liability, loss, cost, or expense, including reasonable attorney's fees, for any and all personal property left in or on the Mortgaged Premises after the agreed upon Vacancy Date.

**THE UNDERSIGNED GRANTOR(S), HAS READ THE FOREGOING PERSONAL PROPERTY RELEASE AND UNDERSTANDS IT, AND HAS HAD THE OPPORTUNITY TO CONSULT WITH COUNSEL AND AGREES THAT ALL DOUBTS AND AMBIGUITIES IN CONNECTION WITH THIS PERSONAL PROPERTY RELEASE SHALL BE CONSTRUED IN FAVOR OF THE RELEASED PARTY.**

By: _____
John W. Harnish

By: _____
Patsy J. Harnish

Witness: _____

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer
Identification Number and Certification**

Give Form to the
requester. Do not
send to the IRS.

Name (as shown on your income tax return)

*Patsy J. Harnish*

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

☒ Individual/sole proprietor  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

☐ Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any) _____

Exemption from FATCA reporting
code (if any) _____

Address (number, street, and apt. or suite no.)

*19510 Carriage Court*

Requester's name and address (optional)

City, state, and ZIP code

*Mounds, Oklahoma   74047*

List account number(s) here (optional)

## Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line
to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a
resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other
entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a
TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose
number to enter.

Social security number

445 - 49 - 2653

Employer identification number

## Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue
Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am
no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding
because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage
interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and
generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the
instructions on page 3.

Sign
Here

Signature of
U.S. person ▶ *Patsy J Harnish*

Date ▶ *9-16-17*

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information
about Form W-9, at *www.irs.gov/w9.* Information about any future developments
affecting Form W-9 (such as legislation enacted after we release it) will be posted
on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your
correct taxpayer identification number (TIN) to report, for example, income paid to
you, payments made to you in settlement of payment card and third party network
transactions, real estate transactions, mortgage interest you paid, acquisition or
abandonment of secured property, cancellation of debt, or contributions you made
to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to
provide your correct TIN to the person requesting it (the requester) and, when
applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number
to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If
applicable, you are also certifying that as a U.S. person, your allocable share of
any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are
exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form
W-9 to request your TIN, you must use the requester's form if it is substantially
similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S.
person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the
United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in
the United States are generally required to pay a withholding tax under section
1446 on any foreign partners' share of effectively connected taxable income from
such business. Further, in certain cases where a Form W-9 has not been received,
the rules under section 1446 require a partnership to presume that a partner is a
foreign person, and pay the section 1446 withholding tax. Therefore, if you are a
U.S. person that is a partner in a partnership conducting a trade or business in the
United States, provide Form W-9 to the partnership to establish your U.S. status
and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 8-2013)

# W9 form specimen copy



**Form W-9**
(Rev. October 2007)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer Identification Number and Certification**

> Borrower's complete name as on deed

Give form to the requester. Do not send to the IRS.

Name (as shown on your income tax return)

Business name, if different from above

> Check one of these boxes as applicable

Check appropriate box: ☐ Individual/Sole proprietor   ☐ Corporation   ☐ Partnership
☐ Limited liability company. Enter the tax classification (D=disregarded entity, C=corporation, P=partnership) ▶ .......
☐ Other (see instructions) ▶

☐ Exempt payee

Address (number, street, and apt. or suite no.)

Requester's name and address (optional)

> Borrower's mailing address to receive the relocation assistance check

City, state, and ZIP code

List account number(s) here (optional)

## Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided ... backup withholding. For individuals, this is your social ... however, for a resident alien, sole proprietor, or disregarded entity, see the Part ... For other entities, it is your employer identification number (EIN). If you do not ... to get a TIN on page 3.

> Borrower's Social Security Number

**Social security number**

**or**

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Employer identification number**

## Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you ... backup withholding because you have failed to report all interest and dividends on your tax return. For real estate ... not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, cont ... arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 4.

> Borrower's signature

**Sign Here**   Signature of U.S. person ▶                                    Date ▶

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:
● An individual who is a U.S. citizen or U.S. resident alien,

Powered by [illegible]

**Form W-9**
(Rev. October 2007)
Department of the Treasury
Internal Revenue Service

### Request for Taxpayer Identification Number and Certification

Give form to the requester. Do not send to the IRS.

Name (as shown on your income tax return)

Patsy J. Harnish

Business name, if different from above

Check appropriate box: ☑ Individual/Sole proprietor  ☐ Corporation  ☐ Partnership  ☐ Limited liability company. Enter the tax classification (D=disregarded entity, C=corporation, P=partnership) ▶ ........
☐ Other (see instructions) ▶

☐ Exempt payee

Address (number, street, and apt. or suite no.)

10029 E. 44th Place

City, state, and ZIP code

Tulsa, OK 74146-4707

Requester's name and address (optional)

List account number(s) here (optional)

**Part I   Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

445 44 7653

or

Employer identification number

**Part II   Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here**   Signature of U.S. person ▶ Patsy J. Harnish   Date ▶ 9-22-17

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

• The U.S. owner of a disregarded entity and not the entity,

Cat. No. 10231X

Form **W-9** (Rev. 10-2007)

# Exhibit

# "T"



IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

THE BANK OF NEW YORK MELLON
TRUST COMPANY, NATIONAL
ASSOCIATION FKA THE BANK OF NEW
YORK TRUST COMPANY, N.A. AS
SUCCESSOR TO JPMORGAN CHASE
BANK, N.A., AS TRUSTEE FOR
RESIDENTIAL ASSET MORTGAGE
PRODUCTS, INC., MORTGAGE ASSET-
BACKED PASS-THROUGH
CERTIFICATES, SERIES 2006-SP2,

        Plaintiff,

v.

PATSY J. HARNISH; JOHN W. HARNISH;
JOHN DOE, OCCUPANT; AND
COMMERCE BANK, SUCCESSOR IN
INTEREST TO SUMMIT BANK

        Defendant(s).

Case No. CJ-2015-4621

Judge Kuehn

**DISTRICT COURT**
**F I L E D**

OCT 3 1 2017

**DON NEWBERRY, Court Clerk**
**STATE OF OKLA. TULSA COUNTY**

<u>**DISMISSAL WITHOUT PREJUDICE**</u>

COMES NOW the Plaintiff and dismisses the above entitled cause of action as to all

parties without prejudice to the Plaintiff's right to bring a new cause of action in this behalf.

SHAPIRO & CEJDA, LLC

By: _____  10/25/17
Kirk J. Cejda  #12241
Lesli Peterson #14177
Ken Hemry #4073
Lyna L. Mitchell #30177
Gina D. Knight #12996
J. M. Gregory, Jr. #3595
770 NE 63rd St
Oklahoma City, OK 73105-6431
(405)848-1819
Attorneys for Plaintiff

File No. 15-124986



# Exhibit

## "U"





IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

THE BANK OF NEW YORK MELLON TRUST
COMPANY, NATIONAL ASSOCIATION FKA
THE BANK OF NEW YORK TRUST COMPANY,
N.A. AS SUCCESSOR TO JPMORGAN CHASE
BANK, N.A., AS TRUSTEE FOR RESIDENTIAL
ASSET MORTGAGE PRODUCTS, INC.,
MORTGAGE ASSET-BACKED PASS-THROUGH
CERTIFICATES, SERIES 2006-SP2,

       Plaintiff,

v.

PATSY J. HARNISH; JOHN W. HARNISH; JOHN
DOE, OCCUPANT; AND COMMERCE BANK,
SUCCESSOR IN INTEREST TO SUMMIT BANK

       Defendant(s).

Case No. CJ-2015-4621

Judge Kuehn

**DISTRICT COURT**
**F I L E D**

OCT 3 1 2017

**DON NEWBERRY**, Court Clerk
**STATE OF OKLA. TULSA COUNTY**

## ORDER

NOW on this _____ day of _____, 2017, upon application of the Plaintiff, The Bank of

New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as

successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage

Asset-Backed Pass-Through Certificates, Series 2006-SP2, the Court finds and it is hereby ORDERED,

ADJUDGED AND DECREED that the Journal Entry of Judgment entered on February 22, 2017, be vacated

and that Plaintiff's note and mortgage be reinstated and given full force and effect.

_____
JUDGE OF THE DISTRICT COURT



SHAPIRO & CEJDA, LLC

By: _____  10/23/17
Kirk J. Cejda #12241
Lesli Peterson #14177
Ken Hemry #4073
Lyna L. Mitchell #30177
Gina D. Knight #12996
J. M. Gregory, Jr. #3595
770 NE 63rd St
Oklahoma City, OK 73105-6431
(405) 848-1819
Attorneys for Plaintiff

## CERTIFICATE OF MAILING

I hereby certify that on the first business day following the filing of the foregoing Order, a true and correct copy of said document was mailed with sufficient postage, prepaid thereon to:

David Garrett
2325 Ulmerton Rd. Suite 16
Clearwater, FL 33762

Commerce Bank, successor in interest to Summit Bank
By serving authorized agent or officer
1000 Walnut Street
Kansas City, MO 64106

Kirk J. Cejda  #12241
Lesli Peterson #14177
Ken Hemry #4073
Lyna L. Mitchell #30177
Gina D. Knight #12996
J. M. Gregory, Jr. #3595

File No. 15-124986